UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PHYLLIS GRAYSON; and PHILLIP PENSON; individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION<br><br>Defendant. | Case No.: 6:20-cv-01770 |

**CERTIFICATION OF T. MICHAEL MORGAN IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF MR. EMSBO-MATTINGLY**

Pursuant to 28 U.S.C. § 1746, **T. Michael Morgan** hereby certifies that attached hereto are true and correct copies of the following exhibits:

1. Expert Report of Stephen Emsbo-Mattingly (July 1, 2022);

2. REFERENCE MANUAL ON SCIENTIFIC EVIDENCE 529 (3d ed. 2011) (Exhibit 21 to Deposition of Stephen Emsbo-Mattingly, M.S.)

3. Transcript of the Remote Video-Recorded Deposition of Stephen Emsbo-Mattingly, M.S.

4. Technical Memorandum re General Sampling Protocols for Shallow Soil Sampling-Orlando Florida Regional Soil Evaluation (March 16, 2022)

5. Ambient Air Sampling Plan prepared by Trinity Consultants

6. Transcript of the Remote Video-Recorded Deposition of Robert C. James, M.D. (August 8, 2022)

I certify under penalty of perjury that the foregoing is true and correct.

1

Executed on October 28, 2022

Respectfully submitted,

*/s/ T. Michael Morgan*
T. Michael Morgan
FL Bar No. 62229
MORGAN & MORGAN
20 N Orange Ave., Suite 1600
Orlando, FL 32801
mmorgan@ForThePeople.com
P: (407) 418-2031
F: (407) 245-3384
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 28, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

*/s/ T. Michael Morgan*
T. Michael Morgan
FL Bar No. 62229
*Counsel for Plaintiffs*