# Exhibit 3

Page 1

```
 1              UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
 2                   ORLANDO DIVISION
 3    PHYLISS GRAYSON; and PHILLIP PENSON,
 4            Plaintiffs,
      v.                              Case No.
 5                                    6:20-cv-1770-RBD
                                      DCI
 6    LOCKHEED MARTIN CORPORATION,
 7            Defendant.
      _____/
 8
      VERVICIA HENDERSON, et al.,
 9
              Plaintiffs,
10    v.                              Case No.
                                      6:21-cv-1363-RBD
11    LOCKHEED MARTIN CORPORATION;    DCI
      and UNIVERSAL CITY PROPERTY
12    MANAGEMENT COMPANY III, LLC,
13            Defendants.
      _____/
14
      MICHAEL DAVIS,
15
              Plaintiff,
16    v.                              Case No.
                                      6:22-cv-81-RBD
17    LOCKHEED MARTIN CORPORATION,    DCI
18            Defendant.
      _____/
19
20            Wednesday, September 21, 2022
                  9:39 a.m. - 3:59 p.m.
21
         REMOTE VIDEO-RECORDED DEPOSITION OF
22              STEPHEN EMSBO-MATTINGLY, M.S.
23
         Taken on behalf of the Plaintiffs before Janet
24    Betancourt, RPR, FPR, and Notary Public in and for
      the State of Florida at Large, pursuant to Notice of
25    Taking Deposition in the above cause.
```

```
                                                    Page 2
 1    APPEARANCES:
 2    ON BEHALF OF PLAINTIFFS
 3         MORGAN & MORGAN, P.A.
           20 North Orange Avenue
 4         Suite 1600
           Orlando, Florida 32801
 5         BY:  RENE F. ROCHA, ESQUIRE
                     rrocha@ForThePeople.com
 6
 7    ON BEHALF OF DEFENDANTS
 8         GREENBERG TRAURIG, P.A.
           101 East Kennedy Boulevard
 9         Suite 1900
           Tampa, Florida 33602
10         BY:  DAVID B. WEINSTEIN, ESQUIRE
                     weinsteing@gtlaw.com
11
12    ON BEHALF OF DEFENDANT HSW ENGINEERING, INC.
13         LEWIS BRISBOIS BISGAARD & SMITH LLP
           2 Alhambra Plaza
14         Suite 1100
           Coral Gables, Florida 33134
15         BY:  NOEL JOHNSON, ESQUIRE
                     noel.johnson@lewisbrisbois.com
16
17    ALSO PRESENT:
18         JERAME LIEPFINER, VIDEOGRAPHER
           JOE TOWNSEND, CONCIERGE
19         ISAAC HORNER, CONCIERGE
           MARCY NALLEY
20         CHRISTOPHER TORRES
           ML LOISELLE
21         JOE FETTERMAN
           TODD BILLMIRE
22         JOEL M. NAGLER
23
24
25
```

Page 3

1                          INDEX

2    WITNESS                                              PAGE

3    STEPHEN EMSBO-MATTINGLY, M.S.

4        Direct Examination by MR. ROCHA ................5

5        Witness Signature Page ......................154

6        Errata Sheet ................................155

7        Certificate of Oath of Witness ..............156

8        Reporter's Deposition Certificate ...........157

9        Letter to Witness Re: Reading ...............158

10       Letter to Counsel Re: Original Transcript ...159

11

12

13                   PLAINTIFF'S EXHIBITS

14   NUMBER              DESCRIPTION                 PAGE

15   Exhibit 1     Curriculum Vitae ...................6

16   Exhibit 2     Expert Report ....................18

17   Exhibit 3     Attachment 3 to Expert Report .....19

18   Exhibit 4     Attachment 4 to Expert Report .....20

19   Exhibit 5     Attachment 5 to Expert Report .....22

20   Exhibit 6     Attachment 6 to Expert Report ....37

21   Exhibit 7     Attachment 7 to Expert Report ....37

22   Exhibit 8     TCE Soil Full Database Results ...102

23   Exhibit 9     Attachment 9 to Expert Report ....106

24   Exhibit 10    Lead Soil Full Database Results ..107

25   Exhibit 11    Lead Sample Summary ..............107

Page 4

1                      PLAINTIFF'S EXHIBITS

2      NUMBER                DESCRIPTION                 PAGE

3      Exhibit 12    USGS Survey .....................107

4      Exhibit 13    Lead Soil Pattern Exhibit .......108

5      Exhibit 14    (Not introduced.)

6      Exhibit 15    Attachment 8A to Expert Report ...131

7      Exhibit 16    ITRC Soil Chapter 8 .............136

8      Exhibit 17    ITRC Soil Chapter 9 .............136

9      Exhibit 18    ITRC Soil Chapter 9 .............137

10     Exhibit 19    EPA Region 4 Soil Sampling .......139

                     Operating Procedure

11

       Exhibit 20    Kay Report ......................146

12

       Exhibit 21    Federal Reference Guide on .......147

13                   Exposure Sites

14     Exhibit 22    Enco Laboratory Results ..........150

15     Exhibit 23    2017 Air Samples ................150

16

17

18

19

20

21

22

23

24

25

```
                                                    Page 5
 1              THE VIDEOGRAPHER:  Good morning.  We are on
 2         the video record at 9:39 a.m. Eastern time on
 3         September 21, 2022 for the video deposition of
 4         Stephen Emsbo-Mattingly taken in the matter of
 5         Grayson and Henderson, et al. versus the Lockheed
 6         Martin Corporation filed in the United States
 7         District Court Middle District of Florida, Orlando
 8         division.
 9              My name is Jerame Leipfinger representing
10         Veritext, and I'm the videographer.  The court
11         reporter is Janet Betancourt.
12              I'm not authorized to administer an oath.
13         I'm not related to any party in this action nor
14         am I financially interested in the outcome.
15              At this time will the court reporter
16         please swear in the witness.
17              THE REPORTER:  Do you solemnly swear or
18         affirm the testimony you are about to give will be
19         the truth, the whole truth and nothing but the
20         truth?
21              THE WITNESS:  I do.
22                   DIRECT EXAMINATION
23    BY MR. ROCHA:
24         Q.   Good morning, Mr. Emsbo-Mattingly.  How are
25    you?
```

1      A.    Good.   Nice to meet you.

2      (Thereupon, Curriculum Vitae was marked for

3      identification as Plaintiff's Exhibit 1.)

4   BY MR. ROCHA:

5      Q.    Thank you.   I marked as Exhibit 1 the CV

6   that was attached to your expert report as Attachment

7   1.  If we could bring that up, please.   Thank you.

8          Mr. Emsbo-Mattingly, is this the most

9   up-to-date version of your CV?

10      A.    Probably not.

11      Q.    Okay.

12      A.    I'm not seeing it.   How does this work?   I

13   apologize, counsel.

14          MR. ROCHA:   That's quite all right.   The

15          videographer or the depo exhibit coordinator

16          should be able to bring that up on a shared

17          screen.

18          THE CONCIERGE:   It is available in the

19          marked exhibits folder.

20          THE WITNESS:   I have to refresh, right?

21          That's what you told me?

22          MR. ROCHA:   That's correct.   Is there a way

23          we can get it on the Zoom screen as well to help

24          Mr. Emsbo-Mattingly?

25          THE CONCIERGE:   Yeah, we can do that.   Like

1      I said though, I'm just noticed here for the first

2      hour.  I don't know if that's how you want to go

3      for the whole deposition.

4          MR. ROCHA:  Maybe we can go off the record

5      for a second and take care of this on the front

6      end.

7          THE CONCIERGE:  Sure.

8          THE VIDEOGRAPHER:  Off the record at 9:42.

9      (Thereupon, a recess was taken in the proceedings

10     from 9:42 a.m. to 9:43 a.m.)

11         THE VIDEOGRAPHER:  Back on the video at

12     9:43.

13         THE WITNESS:  The screen is a little offset.

14     I can't see the left margin.  Is there a way of

15     centering it?  Am I the only seeing this?

16         MR. ROCHA:  No.  I see that as well.

17         THE WITNESS:  I need to put this on a bigger

18     screen.

19         MR. WEINSTEIN:  Joe, if you can make it a

20     little larger, that would be great.

21  BY MR. ROCHA:

22     Q.   Mr. Emsbo-Mattingly, what kind of device are

23  you using for this deposition?

24     A.   A laptop computer with a monitor to the

25  side.

Page 8

1        Q.    Okay.  So my question was, is this your most
2   up-to-date CV, and if it's not, can you tell me what
3   would need to be updated?
4        A.    I think the only change is -- can you go
5   down to the publications.  I have a chlorinated solvent
6   publication that came out recently.
7        Q.    What was the name of that chlorinated
8   solvent publication?
9        A.    Hang on one second.
10            THE CONCIERGE:  If you know the page number,
11       I can go to that directly.
12            THE WITNESS:  I apologize.  I don't.  I
13       would just keep scrolling down.  Okay.  Wait.
14       These are presentations.  Publications come next.
15            MR. ROCHA:  The publications, I believe, are
16       the last part of the CV.
17            THE WITNESS:  Number one, okay.  Let's see.
18       Okay.  You have the most up to date then.
19   BY MR. ROCHA:
20       Q.    Okay.  And that paper you were mentioning,
21   is that the 2022 paper titled Integrated
22   Differentiation of Multiple Trichloroethylene and
23   Tetrachloroethylene Groundwater Impacts?
24       A.    That is correct.
25       Q.    Thank you.  Okay.

1          And there are, I believe, 63 total
2   publications listed here.  Most of those relate to
3   oil and gasoline hydrocarbons, correct?
4          A.    That is true.
5          Q.    Okay.  Have you ever testified in court
6   before?
7          A.    Yes, I have.
8          Q.    About how many times would you say?
9          A.    It's been a while since I've looked at the
10  list, but it's approximately ten.
11         Q.    Okay.  Have you ever had your testimony
12  excluded through a Daubert challenge?
13         A.    No.
14         Q.    Mr. Emsbo-Mattingly, when were you hired to
15  work on this case?
16         A.    I think it was about October -- do you mind
17  if I just look?  I can --
18         Q.    That's fine.  Take your time.
19         A.    It was approximately October 2020.
20         Q.    Okay.  And approximately how many hours have
21  you spent working on this case?
22         A.    It would be a lot, but I don't know the
23  exact number.  I'm sorry.
24         Q.    Do you have a general ballpark?
25         A.    I would say several hundred.

Page 10

1         Q.    Okay.  Would you be able to find and

2    identify the number of hours through invoices or some

3    other documentation like that?

4         A.    Yes, I would.

5         Q.    Okay.  We are going to take several breaks

6    today.  Is that something you could try to locate

7    during one of our breaks?

8         A.    I'll do my best.

9         Q.    Did you prepare the expert report that

10   you've submitted in this case?

11        A.    I did.

12        Q.    Did anybody help you with the preparation of

13   this expert report?

14        A.    I have some colleagues in my office that

15   helped, yes.

16        Q.    And what are their names?

17        A.    They are Gang Hu, Dr. Gang Hu, G-A-N-G H-U.

18   Let's see.  Rosco Peters, R-O-S-C-O P-E-T-E-R-S.  Those

19   were the two primary helpers.

20        Q.    And you said they are in your office.  By

21   that do you mean at NewFields Environmental?

22        A.    Yes, I do.

23        Q.    You've been with NewFields since 2004,

24   correct?

25        A.    That is correct.

Page 11

1      Q.     What did Dr. Gang Hu do in relation to this
2   report?
3      A.     He helps me with the maps and the placement
4   of sample locations.  There's also another person,
5   Scott Parsons.  He's helping me with some maps as well.
6      Q.     So those two colleagues, Dr. Gang Hu and
7   Scott Parsons helped with creating the visual maps that
8   may have been used in conjunction with this report?
9      A.     That is correct.
10      Q.     Okay.  And Rosco Peters, how did he assist
11   you?
12      A.     He helped with -- he helped work in the --
13   assemble the field information, and he helped me with
14   miscellaneous tasks that have to do with database and
15   some of the visuals in the report.
16      Q.     Okay.  And when you say he helped assemble
17   the field information, are you talking about GIS
18   information?
19      A.     Correct.
20      Q.     Does your expert report contain all of the
21   opinions you intend to offer in this case?
22      A.     Well, I reserve the right to review new
23   information that's presented to me, but they do
24   represent my opinions based on the data I had.
25      Q.     Okay.  In the absence of new information,

1   there are no additional opinions you intend to offer

2   based on the existing set of information that you have;

3   is that accurate?

4        A.    That depends on the questions that are being

5   asked.  You know, the data are -- the data exists and

6   if people have new questions, I might have new

7   opinions.

8        Q.    Okay.  Does your expert report contain all

9   of the basis for your opinions in this case?

10       A.    They contain the basis for the opinions in

11  this case, yes.

12       Q.    Has defense counsel asked you to make any

13  assumptions in this case?

14       A.    No.

15       Q.    Okay.  And have you identified and disclosed

16  all of the facts and data that you've used to render

17  your opinions?

18       A.    Yes.  I think perhaps with the exception of

19  I was curious about the meteorological history of

20  Orlando, so I don't think that's in the report, but I

21  have looked at that since writing the report.

22       Q.    Okay.  Did you refer to any meteorological

23  data prior to submitting your report?

24       A.    Yes, I did.  I looked at it, yeah.

25       Q.    In conjunction with this case?

Page 13

1        A.     Correct.

2        Q.     What meteorological data did you look at?

3        A.     I was interested in the history of

4   precipitation in the area.

5        Q.     And on what scope?  In other words, how much

6   history did you look at going how far back?

7        A.     I looked at some of the databases that were

8   produced by the National Oceanic and Atmospheric

9   Administration, NOAA, one of my clients, and also the

10  United States Geological Survey, USGS.  They have --

11  they have long-term precipitation records.

12       Q.     Okay.  And that was what I was interested

13  in.  You were interested in the long-term data on

14  precipitation?

15       A.     Correct.

16       Q.     Okay.  And why was that of interest to you?

17       A.     Well, there was some discussion about the

18  deposition, dry event deposition and wet event

19  deposition.  So I was just familiarizing myself with

20  how frequent each process was manifest in the Orlando

21  area.

22       Q.     What's the difference between dry event

23  deposition and wet event deposition?

24       A.     Dry event deposition is when atmospheric

25  particulates settle out of the air when it is not

Page 14

1    raining or not snowing, and wet event or wet deposition

2    is when it's raining or snowing.

3         Q.    And how would that affect deposition

4    patterns on soil surface?

5         A.    So the -- let's just take the wet event.

6    When -- when we think about potential emissions from

7    any source in Orlando, we consider some of those

8    emissions will be in a gas form.  Some of them will be

9    in a particulate form.

10              And wet event -- wet events have the

11   effect of drawing the gas and the particulate

12   contaminants out of the air and place them in the

13   soils immediately below them.  And the dry events,

14   the particles settle out just basically by

15   gravitational forces.

16        Q.    Would that likely result in two different

17   deposition patterns?

18        A.    It is possible.

19        Q.    Regarding dry event deposition, what are the

20   distances that you would expect to see deposition

21   patterns that have been caused by dry event

22   depositions?

23        A.    I think what I'm familiar with is my

24   portfolio of cases and the discussion in the literature

25   about how the different processes work.  And when both

Page 15

1  are active, the net effect of both dry and wet is to

2  place both particle and gas phase contaminants in the

3  soil with higher concentrations occurring around the

4  point of release and lower concentrations in place

5  farther away.

6           And that's the conceptual site model that

7  I'm imagining you are going to ask me about because

8  that's important for our study.

9      Q.    Okay.  And that general pattern of higher

10  concentrations occurring within the point of release

11  and lower concentrations occurring further away, that's

12  a pattern that you would expect to see regardless of

13  whether a certain regulatory level is met.  You are

14  just expecting there to be a gradual decrease in

15  gradient if there are emission impacts to the soil.

16           Is that accurate?

17      A.    I'm sorry.  Counsel, I think there were a

18  couple of parts to that question.  Can I ask you to

19  rephrase them.

20      Q.    Yeah.  I understand the convoluted nature of

21  that.  I'll try to speak a little bit more clearly.

22           Before I go there, just more generally,

23  did you look at meteorological data for any other

24  purposes other than to understand the wet and dry

25  deposition patterns in Orlando?

Page 16

1      A.    I did look at that when we were developing

2   the sampling plan because I needed to know how to keep

3   my team, my field team prepared for whatever they

4   encountered.

5      Q.    In other words, if they were going out on a

6   rainy day?

7      A.    Yeah.  Any day.

8      Q.    Okay.  I'm just trying to understand that

9   comment.  It was -- you looked at it with regards to

10  the conditions that your field team would potentially

11  encounter while they were out sampling?

12     A.    Yeah.  I wanted to make sure I knew if it

13  was rainy that they were properly prepared and they

14  were conducting their efforts safely.

15     Q.    Okay.  That's how I understood that.

16           Did you conduct any analyses that were

17  not submitted with your expert report?

18     A.    I do not think so.

19     Q.    What is your understanding of the

20  plaintiffs' exposure allegations in this case?

21           MR. WEINSTEIN:  Object to the form.

22           THE WITNESS:  Can you be more specific?

23  BY MR. ROCHA:

24     Q.    Have you read the complaint in this matter?

25     A.    I have.

Page 17

1       Q.    And based on your review of that complaint,

2    do you have an understanding of the plaintiffs'

3    exposure allegations?

4       A.    Frankly, counsel, I thought the allegation

5    was a mess.  There was -- there's so many pieces to it.

6    Maybe you want to be a little more specific about what

7    part of the allegation.  Do you want to put it on

8    screen and we can go through it?

9       Q.    I don't have that prepared or with me today.

10   I'm just trying to understand what your interpretation

11   of the allegations in this case are.

12      A.    Well, they are alleging that a list of, I

13   think it was 36, compounds of concern, which we

14   abbreviate COC, were causing injuries to one or more --

15   more than one plaintiff.

16           Is that the answer you are looking for?

17      Q.    I'm not looking for any particular answer.

18   I'm just trying to assess your understanding.  And the

19   reason I'm asking is because I'm trying to understand

20   the questions that you are seeking to answer.

21           So to go back to your report, the first

22   step in your review was to review site historical

23   records from the SLRC; is that accurate?

24      A.    That is correct.

25      Q.    Okay.  And are the records you reviewed

Page 18

1    listed in your report?

2          A.    They should be.

3                MR. ROCHA:  Okay.  I'll mark this report as

4          Exhibit 2.

5          (Thereupon, Expert Report was marked for

6          identification as Plaintiff's Exhibit 2.

7                MR. ROCHA:  Can we go off the record,

8          please.

9                MR. WEINSTEIN:  No objection.

10               THE VIDEOGRAPHER:  Off the record at 10:05.

11         (Thereupon, a recess was taken in the proceedings

12         from 10:05 a.m. to 10:11 a.m.)

13               THE VIDEOGRAPHER:  Back on the video at

14         10:11.

15   BY MR. ROCHA:

16         Q.    Mr. Emsbo-Mattingly, are the historical

17   records you reviewed listed in this report?

18         A.    Why don't we go -- can you advance the page

19   and we'll go to the appendices.  I think you need to go

20   a little further.  So Attachment 3 has documents

21   reviewed and considered.

22         Q.    Okay.

23         A.    And there are references in the report which

24   are included as -- at the end of the report, whatever

25   section that is.  I think it's seven or eight.

```
 1            MR. ROCHA:  Okay.  We'll mark Attachment 3
 2       as Exhibit 3.
 3       (Thereupon, Attachment 3 to Expert Report was
 4       marked for identification as Plaintiff's Exhibit
 5       3.)
 6            MR. ROCHA:  And, Joe, if we can bring that
 7       up.  And if we could pull out the grid.  It's a
 8       little bit hard to read.  Thank you.  That's good.
 9  BY MR. ROCHA:
10       Q.    So, Mr. Emsbo-Mattingly, I counted 77 total
11  documents in this attachment.  Does that sound right?
12       A.    I'm sorry.  Would you mind just scrolling
13  down.  I would have to go through and count them, but I
14  think that is possible.
15       Q.    Okay.  Sounds in the right general range?
16       A.    Sounds good.  It's the number that's
17  presented here, yes.
18       Q.    Okay.  And most of these are effectiveness
19  reports, status reports, monitoring reports; is that
20  right?
21       A.    Yes.  That's what the titles say, yes.
22       Q.    And I only saw one assessment report from
23  1986.  Is that the only assessment report you reviewed?
24       A.    Well, there are -- can you go to the bottom?
25  Let's see.  This is by date, so actually, can you go to
```

Page 20

1    the top?  Sorry.

2             Okay.  I think there are -- in addition

3    to this, there are some databases that I understand

4    have been transferred you -- transferred to you

5    prior to or at the beginning of this case, so the

6    databases have an electronic version of the data

7    that's captured in these.  And I believe there are

8    some earlier studies as well.

9         Q.    That database, are you referring to

10   Attachment 5 to your report?

11        A.    Can we just flip back to the report to list

12   the attachments?

13             Yes.  I believe it's in Attachment 4 and

14   Attachment 5, yeah.

15             MR. ROCHA:  Okay.  We can mark Attachment 4.

16        I'll represent to you that my understanding is

17        that is GIS data regarding sample locations, but

18        we can pull that up in one second.

19        (Thereupon, Attachment 4 to Expert Report was

20        marked for identification as Plaintiff's Exhibit

21        4.)

22   BY MR. ROCHA:

23        Q.    Okay.  That has been introduced as Exhibit

24   4, Attachment 4.  And if we can pull that up just so

25   that Mr. Emsbo-Mattingly can familiarize himself with

Page 21

1    that.  This is Attachment 4, Lockheed Sample Location

2    Information.

3              Is it fair to say that this is just data

4    regarding where each sample was taken from?

5         A.    That's correct.  That information is in this

6    table.  There's also -- you can see the date when the

7    samples were collected, what matrix it was, you know,

8    what depth and the -- yeah, so that's the type of

9    information in this attachment.

10        Q.    Okay.  Thank you.

11             But no actual sample results in this

12   particular attachment, correct?

13        A.    Correct.

14        Q.    Okay.  And that would be in Attachment 5,

15   the chemistry database?

16        A.    That is where the chemistry results reside,

17   yes, in Attachment 5.

18        Q.    Okay.  And that's a very large document, so

19   I'm going to do my best not to attach the entire

20   database in PDF form as an exhibit.  But we'll go back

21   to that.

22             That's just a list of results, correct?

23   That's not any actual assessment of geology or

24   hydrogeology in that database; is that accurate?

25        A.    Can we look at the headers?

Page 22

1      Q.     Okay.

2      A.     And then we can speak about what's in it.

3             MR. ROCHA:  One second.  This may take a

4      while because I believe it's a very large

5      document.

6      (Thereupon, Attachment 5 to Expert Report was

7      marked for identification as Plaintiff's Exhibit

8      5.)

9             MR. ROCHA:  So that's been marked as Exhibit

10     5, Attachment 5, the chemistry database, is in the

11     process of being distributed.

12            Well, as I said it's a large file and it

13     seems to be causing some problems for the

14     Veritext software.  When I see a notification

15     that it's been distributed, we can go back to

16     that.

17            THE WITNESS:  Okay.

18     BY MR. ROCHA:

19     Q.     Apart from that, the data that's listed in

20     Attachment 5, the only site assessment that you

21     reviewed during your historical review was the 1986

22     RCRA site assessment?

23     A.     Well, I'm not sure how you define site

24     assessment.  There are 77 documents in Attachment --

25     what was it -- 3?  So depending on how you define it,

Page 23

1    one or more of them could be classified as the site

2    assessment.

3        Q.    Okay.  So effectiveness reports, there were

4    a number of those in there.  Those just report about

5    the effectiveness of remedial efforts; is that fair?

6        A.    The purpose -- I mean, we can go through

7    each one and read the purpose of each one.  I mean,

8    they all provide relevant information concerning the

9    state of the site and the activities used to clean it

10   up.

11       Q.    But they don't all provide a complete

12   characterization of contamination sources and pathways

13   within that site, do they?

14       A.    It's a big site.  They have to focus on one

15   area at a time, and that's -- that's industry standard

16   practice to break the -- to break the site, a large

17   site down into sections and study them individually.

18       Q.    When you have multiple distinct areas of

19   significant contamination; is that fair?

20           MR. WEINSTEIN:  Object to the form.

21           THE WITNESS:  There are different sources.

22       There are different types of COCs at the site,

23       yes.

24   BY MR. ROCHA:

25       Q.    You said it's fairly standard to break a

Page 24

```
 1   large site up into different sections.  When would you
 2   do that?
 3       A.    When we had, for example, an area where we
 4   had a landfill versus when we had an area where there's
 5   a groundwater impact from a nonlandfill source, where
 6   another area where you had a surficial release of fuel,
 7   each of those are separable situations which can be
 8   assessed most efficiently on an individual, isolated
 9   basis.
10       Q.    When you say "separable situations," what do
11   you mean by that?
12       A.    You might have one situation where you are
13   studying groundwater where you would be collecting
14   groundwater samples.  And then you will have an
15   assessment of the groundwater in that particular area.
16   And in another area, you have some soil impacts.
17   Another area you might have some oil impacts.  That's
18   what I mean.
19           When you have an isolated contaminant
20   release, you would most efficiently study that in --
21   you know, in a separate study than you would in a
22   different area.
23       Q.    And just so -- sorry.
24       A.    These releases -- I'm imagining you are
25   familiar with this.  These releases were isolated from
```

Page 25

1   one another.  The property is big, and the

2   concentrations decline as you move away from the point

3   of release to the point where they are no longer a

4   risk.  And so where they are no longer a risk becomes

5   an outer boundary for when you would study that.

6       Q.   So that's what I'm -- that's what I'm trying

7   to get to.  For instance, to use an example from this

8   site, the contamination from Site 3 might not have

9   anything to do with the contamination at the main plant

10  area.

11          Would that be fair?

12      A.   There are releases on the site that are

13  isolated to one area and not affecting the other area,

14  yes.

15      Q.   And the same would be true in different

16  levels of aquifers; wouldn't that be true?

17  Contamination in, for instance, the intermediate

18  aquifer might not necessarily have anything to do with

19  contamination in the Floridian aquifer; is that fair?

20      A.   That's a really, really complicated

21  situation, the hydrology.  But I would simplify my

22  answer in this way:  That when you have contamination

23  in groundwater, you need to think about it in

24  horizontal and vertical dimensions, yes.

25      Q.   Why do you characterize the hydrology as

Page 26

1   complicated?

2        A.    Well, because it's not just like a spill of

3   fuel, you know, in the soil, in an isolated area.  The

4   groundwater is underground, so you benefit from having

5   multiple sample locations to delineate the groundwater

6   impact, and that's what many of these reports in

7   Attachment 3 are addressing.

8        Q.    Okay.  So on the basis of your review of the

9   documents listed in Attachment 3, you decided to

10  analyze air for the purposes of this report; is that

11  accurate?

12       A.    Air was one of the medium we were interested

13  in, yes.

14       Q.    And in order to analyze air impacts, you

15  analyzed samples of both air and of soil, correct?

16       A.    That is correct.

17       Q.    And regarding your soil samples, and my

18  apologies, the Attachment 5 still looks like it is not

19  uploading, but if you can try to envision it in your

20  mind.  There are two main categories of information

21  that you used in that analysis.  Soil samples taken on

22  site at Lockheed Martin throughout time is one of those

23  sources, correct?

24       A.    Correct.

25       Q.    And then the other source is off-site soil

Page 27

1   samples that were taken this calendar year; is that

2   correct?

3       A.    That is correct.

4       Q.    And the soil samples that were collected at

5   Lockheed extend back into the 1980s and 1990s, correct?

6       A.    I don't have the Attachment 5 in front of

7   me, but they certainly were collected over a long

8   period of time.

9       Q.    Okay.  And with the understanding that

10  Attachment 5 has not uploaded -- we can deal with that

11  at a break -- but at least Attachment 4 gives you some

12  kind of information about the samples.  Just on this

13  first page we see samples of the soil gas and

14  groundwater from 1990.

15          Is it your understanding that these soil

16  samples go back many years and decades?

17      A.    It is my understanding that they were

18  collected many years and many decades ago, yes.

19      Q.    Okay.  And you utilized those samples in

20  your analysis that you conducted in this report,

21  correct?

22      A.    It's a complicated question because what we

23  were doing is we were looking at the -- at all of the

24  data that were collected and available to us, and we

25  were making an assessment as to what -- what COCs would

Page 28

1  be most relevant for evaluating our hypothesis, which

2  is that in the scientific method you make a hypothesis,

3  you generate data, you test it.

4          And the hypothesis was the hypothesis in

5  the allegation which was that SLRC did cause offsite

6  impacts.  That's not my opinion.  That's the

7  hypothesis that we were testing.

8      Q.    Okay.  And we'll get to that, but just to be

9  clear, you didn't go and collect any on-site soil

10  samples from the SLRC in 2022, did you?

11     A.    That is correct, we did not.

12     Q.    Okay.  So you utilized the historical soil

13  samples for that portion of your analysis?

14     A.    That is correct.

15          THE WITNESS:  Counsel, I don't want to

16     interrupt.  I just want to flag for you that I

17     have had a big cup of coffee, and I might need a

18     time out in a few minutes.

19          MR. ROCHA:  That's fine.  This is a good

20     time.  We've been going about an hour.  We can go

21     off the record.

22          THE VIDEOGRAPHER:  We are off the video

23     record at 10:33.  This ends Media 1.

24     (Thereupon, a recess was taken in the proceedings

25     from 10:33 a.m. to 10:44 a.m.)

Page 29

```
 1            THE VIDEOGRAPHER:  Back on the video at
 2       10:44.  This begins Media Unit 2.
 3  BY MR. ROCHA:
 4       Q.    Mr. Emsbo-Mattingly, we have Attachment 5 of
 5  your report now marked as Exhibit 5 and displayed in
 6  front of you.  Does this refresh your recollection of
 7  what this database looks like?
 8       A.    It does.  Thank you very much.
 9       Q.    No problem.  And this is a PDF version of a
10  database file, so in it's in native format you are able
11  to toggle and sort in a way that you can't on a PDF;
12  isn't that right?
13       A.    That is correct.  I think we provided the
14  data both ways.
15       Q.    Yes, you did.  After the report was
16  disclosed, we received those attachments.
17            And this is a very large file.  The
18  samples up on this first page as displayed just
19  happen to be groundwater samples, it appears, but
20  this database contains data from soil, groundwater
21  and air, correct?
22       A.    That is correct.
23       Q.    Okay.  And for the purposes of your soil
24  analyses, you utilized all the historical data that was
25  contained in this for the on-site sampling, correct?
```

Page 30

1          A.     I believe we did, yes.

2          Q.     Okay.  Do you know where this database came

3     from?

4          A.     It is compiled from the database that I

5     think was maintained by a company that is named HSW.  I

6     apologize if I've got the acronym a little screwed up,

7     but I believe that's who they were.

8                 In addition to that, we had our data from

9     2022, and I think there were some data that were

10     added to it that were collected by entities other

11     than HSW.  In sum, it is a compilation of the data I

12     had access to.

13          Q.     Okay.  And I have a few follow-up questions

14     about that.  When you say we added our data from 2022,

15     by that you mean the soil and air samples that your

16     team collected earlier this year?

17          A.     I believe that is correct.

18          Q.     Going back to where the rest of this data

19     comes from, you mentioned it was compiled and

20     maintained by HSW?

21          A.     That's my recollection.

22          Q.     Okay.  When did you first review the HSW

23     database in conjunction with your work in this case?

24          A.     Well, as it says in the report, it was part

25     of what we call phase one.  It was the review of the

Page 31

```
 1   historical data, and I believe it's that time when we
 2   received the database.
 3        Q.    And approximately what time would that be?
 4        A.    Late 2020 or early 2021, but I don't know
 5   the exact date.  I'm sorry.
 6        Q.    Okay.  But it's your understanding that HSW
 7   has been compiling and maintaining this database for
 8   sometime prior to your work in this case?
 9        A.    They were maintaining the database, yes.
10        Q.    Okay.  Do you have any insight on why this
11   database wasn't produced to plaintiffs prior to the
12   production of your expert report?
13            MR. WEINSTEIN:  Object to the form.
14            THE WITNESS:  I don't know.  I believe it
15        was sent to you when it was sent to me, but I
16        don't know that for sure.
17   BY MR. ROCHA:
18        Q.    Understood.  You mentioned that there was
19   some data that was added to it from entities other than
20   HSW.
21            Do you know who those entities may be?
22        A.    I believe it was -- let's see.  Can I
23   trouble you to put Exhibit -- what is it -- Exhibit 3
24   back on the screen.  Okay.
25            So if you scroll down a little bit.  It's
```

Page 32

1   these folks down here.  Golder was there.  Rust, I

2   think, had some data in there.  The sources are on

3   this list.

4        Q.    Okay.  Other environmental contractors that

5   Lockheed Martin has used throughout time?

6        A.    I think it also includes some data that the

7   folks at Universal collected.  There's something called

8   a due diligence report.  I think that was -- I'm sorry.

9   I don't know if that's HSW or Lockheed or Universal.

10  It's in the report.  You can figure that out.

11       Q.    That's fine, Mr. Emsbo-Mattingly, and I'm

12  not trying to verify or authenticate every data point

13  in there.  I'm just trying to understand generally the

14  sources of these data.  So thank you for that.

15            So going back to your 2022 data, you

16  conducted off-site soil sampling in a few weeks at

17  the end of March and the beginning of April 2022,

18  correct?

19       A.    That is correct.

20       Q.    And those samples were collected from the

21  top 2-and-a-half inches of soil surface, correct?

22       A.    The top 3 inches, yeah, uh-huh.

23       Q.    Did you design that sampling program?

24       A.    I did.

25       Q.    Okay.  And did you select the sampling

Page 33

1  locations?

2       A.    I selected a number of sampling locations,

3  and the standard protocol for a background study like

4  this then turns the plan over to the field team to fine

5  tune the actual location, so we can get it as far as a

6  property, but the field team will, based on safety and

7  access and things like that, collect the sample

8  locations.  So there's a little fine tuning that the

9  field team does that's independent of the sampling

10 plan.

11      Q.    Okay.  With regards to your input, how did

12 you select the sampling locations to be sampled?

13      A.    Okay.  The first step is that we run the

14 virtual sampling plan -- I apologize.  Did I already

15 say this earlier?

16      Q.    I don't recall.  Go ahead.

17      A.    So what we do -- at the risk of repeating

18 myself -- I'm sorry.  I can't remember if I said this

19 already or not.

20           But we used some software that was

21 produced either by or in conjunction with the United

22 States Environmental Protection Agency, US EPA to do

23 environmental assessments.  And that protocol starts

24 with the determination as to the minimal number of

25 samples that are required to produce statistically

Page 34

1   valid results, and that involves statistics.

2            And Shahrokh Rouhani, I think you are

3   familiar with him, he's a very experienced

4   statistician, used a virtual sampling plan to

5   identify the minimum number of samples.  That number

6   was 18, if memory serves.  We ended up collecting

7   more than that, but I'm explaining a protocol.

8            And then we take that number, and we

9   multiply it by three or four depending on the

10  complexity of the study area, and we start with a

11  number of samples that virtual sampling plan has

12  determined are statistically separated sufficiently

13  and have a sufficient density.

14           And there are some statistically

15  significant benchmarks, which I think Dr. Rouhani

16  could explain in greater detail.

17           But, in any case, we started out with a

18  large number of samples.  In any procedure like

19  that, some of the samples will be in a lake.  Some

20  will be in a river.  Some will be in a parking lot

21  or the top of a building, so we can't use those.

22           So we segregate those out, and we look at

23  what's left, and we look at the degree to which we

24  have access to the location, and we are looking for

25  -- we are looking out for the safety of the field

Page 35

1    team.

2            In this case we are also looking at the

3    security of the air sampling equipment, which is

4    expensive, which we have to deploy for 24 hours.

5            Those kind of factors take a larger

6    number of samples and whittle it down to a final

7    sample set.  And then what we do -- that's sort of

8    the paper study side of it.  And then what we do is

9    we go out in the field and we drive around and put

10   eyes on each sampling location and make sure they

11   are, in fact, accessible, safe and secure.

12           And that's how we ended up with the

13   sampling locations we ended up with.

14       Q.    So just so I'm clear, you mentioned air

15   sampling equipment.  The process that you just

16   described, is that how you selected the sampling

17   locations and the number of samples for both soil and

18   air sampling?

19       A.    That is -- that protocol is for the soils.

20   And then a -- those sample locations were reviewed by

21   our air sampling team.  You may be familiar with them.

22   They are from Trinity.  And they subselected the number

23   of sample locations for air sampling.

24           In general, there's good overlap, but in

25   some cases, access and security dictated that we had

Page 36

1   to shift things around a little bit.

2        Q.    Okay.  And can you point me in your report,

3   which we've marked as Exhibit 2, to where you describe

4   this process?

5              MR. ROCHA:  Joe, if you can pull up -- go

6        ahead, Mr. Mattingly.

7              THE WITNESS:  Go ahead and bring it up, and

8        I'll show you.

9              MR. ROCHA:  Exhibit 2, please, Joe.

10             THE WITNESS:  Okay.  So can we go to the

11       table of contents.  All right.  So when we get

12       down to field sampling, let's go to page 17.

13       Okay.  I'm going to have to put this on another

14       screen.

15             Okay.  So when we look at the -- you

16       know, this statement here that opens the second

17       paragraph, "Spatially diverse sampling

18       locations were selected based on similarity of

19       the residential properties and commercial areas

20       in the class action area."

21             And then it -- that's the overview of the

22       procedure, and I believe we referred to one of

23       the attachments.  Let's see.  Can we scroll

24       down a little bit so we can read section one.

25       Okay.

Page 37

1          So the process and the procedures -- I'm

2      looking for the attachment.  Can you go back to

3      the attachment list.  Let's go to Attachment 6,

4      and we are also going to look at Attachment 7.

5          MR. ROCHA:  Okay.  I'll mark Attachment 6 as

6      Exhibit 6.  One moment.

7      (Thereupon, Attachment 6 to Expert Report was

8      marked for identification as Plaintiff's Exhibit

9      6.)

10          MR. ROCHA:  Okay.  Attachment 6 has been

11      marked as Exhibit 6.  You should be able to access

12      that in a moment.

13          And, Joe, if you could please put it on

14      the screen when you are able to.  And in the

15      meantime I will mark Attachment 7 as Exhibit 7.

16      (Thereupon, Attachment 7 to Expert Report was

17      marked for identification as Plaintiff's Exhibit

18      7.)

19          THE WITNESS:  Okay.  So this is the protocol

20      that Cardno used.  These are the folks -- or

21      Stantec.  Those are the folks that collected the

22      samples, and this is their protocol, and you'll

23      have a similar protocol for Trinity in the next

24      attachment.

25  BY MR. ROCHA:

Page 38

1      Q.    And does this attachment contain all the

2    details about how the soil sampling program was

3    planned, designed and implemented?

4      A.    Well, I've given you a little bit more

5    detail than what we had in the report.

6      Q.    Okay.  But all of the critical details about

7    the sampling plan should be contained in this

8    memorandum, correct?

9      A.    As augmented by the testimony I've just

10   given you, yes.

11     Q.    You testified to a statistical analysis of

12   some kind that suggested a number of samples -- I'm

13   sorry.  A number of sampling locations and a geographic

14   quality to where those sampling locations should be.

15   Is that a fair assessment of your testimony?

16     A.    We used the EPA protocol and software for

17   randomly identifying sample locations, and then we used

18   the criteria access, safety and security to identify

19   the final locations.  And the sample locations we

20   identified and classified using the protocol that's in

21   the report.  We subclassified them by what we call

22   domain.  So we have the class area, we have the

23   regional background area, we have some on-site

24   locations for air.

25              So between the attachments and the

1    report, you have a description of how we did the

2    sampling plan.

3         Q.    What US EPA protocol did you use for

4    randomly identifying sample locations?

5         A.    The protocol is in the Virtual Sampling Plan

6    software, and the objective, I believe, is to minimize

7    the error that is imparted by selecting the samples.

8              So you can use statistics to determine

9    what your confidence level is by the number of

10   samples you collect.  And our goal as -- as the goal

11   is for almost every background study that is done is

12   -- this is like standard stuff in the industry --

13   it's, like, 95 percent confidence limit.  You'll see

14   that again and again in all the protocols, and

15   that's the protocol we used.

16        Q.    So sitting here today, you can't identify

17   what the US EPA protocol that you are referring to is,

18   can you?

19        A.    Oh, yeah, sure.  I did already say the

20   virtual sampling plan, correct?

21        Q.    You said that.  But you said that the

22   protocol was in the Virtual Sampling software.  So I'm

23   asking you if you can name what the US EPA protocol is?

24        A.    I think we are tripping over our words here.

25   The virtual sampling plan, you know, there's a

Page 40

1    sequential -- a very systematic, scientifically-based,

2    sequential process for entering what your level of

3    confidence is.

4              And I think they use the students team

5    distribution, maybe that's what you are looking for,

6    to determine what the error rates are.  But I just

7    want to make sure we are collecting, you know,

8    scientifically defensible data, and that's how we do

9    it.

10        Q.    Well, when you say US EPA protocol, I'm

11   thinking that there's a certain one.  Like, for

12   instance, TO-15 is a protocol for conducting air

13   samples with chromatography.  If you look under

14   objections and sampling methodology here in Exhibit 6,

15   it references US EPA Region 4 Soil Sampling Operating

16   procedures, and then there's a code for that,

17   LSASDPROC-300-R4.

18              Is that the protocol that you are

19   mentioning -- that you are referring to?

20        A.    Hang on.  Let me just look here on my

21   computer, and I'll give you some numbers which will

22   make the VSP a little more official.  It's VSP 7 --

23   7.17.  That's the protocol I used.

24        Q.    That's the Virtual Sampling Program?

25        A.    Right.

Page 41

1     Q.    Can you show me where in your report or
2     Exhibit 6 you describe the VSP or any features of it?
3     A.    Let me see.  If you go back to -- what's the
4     report, is it Exhibit 1?
5     Q.    Exhibit 2.
6     A.    Exhibit 2.  And let's go down to -- what
7     section was the field plan?
8     Q.    I think we were on page 17.  We were looking
9     at that.
10    A.    Let's go back to that.  Okay.  Can we scroll
11    down a little bit.
12          I think the mention of the protocol is
13    summarized in this report in this first line of the
14    second paragraph of the opening section which is up
15    -- it's at the top of the page.  And it has to do
16    with the spatially diverse sampling locations were
17    selected.  So that's -- it doesn't list VSP, but
18    that is what we used.
19    Q.    Does it describe any features of the VSP or
20    how it was used by you in this case?
21    A.    I don't believe it does.
22    Q.    Does Attachment 6 describe the VSP or any
23    features of how you used it in this case?
24    A.    I don't believe it does.
25    Q.    Do you describe anywhere in any of your

Page 42

1   report or attachments the inputs or outputs you used to

2   run the VSP?

3       A.   No, but it's trivial to provide that if you

4   have a question about it.

5       Q.   Well, you mentioned that to use this

6   statistical software, you are looking for certain

7   confidence intervals.

8            Do you list those confidence intervals

9   anywhere in your reports or your attachments?

10      A.   I don't believe we do.  Although Shahrokh

11  might have listed it in his report.

12      Q.   Okay.  Are you aware that Shahrokh Rouhani

13  did not conduct any analyses of off-site soil samples

14  in his expert report?

15      A.   I thought he was evaluating the degree to

16  which the class samples were statistically similar or

17  different.  That's what he was testing from the

18  regional background.

19      Q.   Okay.  Is it your understanding that

20  Dr. Rouhani has run analyses on off-site soil samples?

21           MR. WEINSTEIN:  Object to the form.

22           THE WITNESS:  I haven't read all of his

23       deliverables, so I'm not aware of what exactly he

24       did.

25  BY MR. ROCHA:

Page 43

1      Q.    That's fine, but I'm just asking for your

2   understanding.  You mentioned that -- I believe you

3   said your understanding was that he conducted

4   statistical analyses on class soil samples and regional

5   background samples.

6           Is that what you just told me?

7      A.    I believe that's true.

8      Q.    But in any event, you've not provided any

9   kind of statistical analyses in your report or

10  attachments, have you?

11     A.    I think my report is thousands of pages

12  long.  If you have an interest in any details, this is

13  a good opportunity to let me know what it is, and I can

14  get it for you.

15     Q.    This is my -- this is my question now.  My

16  question is whether your report and its attachments

17  contain any kind of statistical analyses?

18     A.    My report is not statistically focused.

19  Dr. Rouhani's is.  We use statistics.  It's a tool.

20  It's like a pen.  We use the tool at different points

21  in a scientific investigation.

22           You are touching on an instance when

23  statistics were used to identify which samples we

24  should collect.  If you want more details about it,

25  I'm happy to provide it to you.

Page 44

1        Q.    So if we can go back to Exhibit 6, I want to

2   discuss some of the details.  This is what we have to

3   understand your expert report and the methodologies

4   that you've used.

5        A.    Uh-huh.

6        Q.    And all I see here about sampling locations

7   is under sample collection, the first sentence says,

8   "Cardno sampling staff will evaluate the designated

9   sample sites and collect samples from locations that

10  are not affected by potential obvious sources of cross

11  contamination."

12            Do you see any further discussion about

13  what a, quote/unquote, designated sample site is or

14  how it came to be?

15       A.    Well, we provided sample locations, the

16  designated sample locations to Cardno.

17       Q.    And when you say we, do you mean you and

18  your colleagues that you mentioned at the outset of

19  this deposition, Mr. Parsons, Peters, Hu?

20       A.    It was myself and Mr. Peters.

21       Q.    Okay.  So yourself and Mr. Peters decided

22  which locations generally the sampling team should be

23  using to conduct this soil sampling; is that fair?

24       A.    Yes.  You do understand that the population

25  of samples that we are evaluating were initially

Page 45

1    randomly derived, and some of them were inappropriate

2    for sampling, and we were just confirming that they

3    were -- the ones that remained were appropriate.

4         Q.    And how did you randomly derive the

5    locations?  Did you just look on a map and try to get a

6    sense of where would be a good place to sample?

7         A.    No.  As I explained before, we used the

8    Virtual Sampling Plan software to identify primary --

9    let's call them primary and alternate locations that

10   were, again, randomly selected by the software.  And we

11   were confirming -- before we deployed, you know, a

12   field team -- that's considerable effort -- we were

13   confirming that they were accessible, safe and secure.

14        Q.    Okay.  So you were provided the output of

15   the VSP, and you relied on that in selecting your soil

16   sample locations?

17        A.    That is correct.

18        Q.    Do you know why that's not been produced

19   with your report?

20        A.    It can be provided -- there was no conscious

21   effort to exclude it from you.  I just didn't think it

22   was something you really wanted to see in addition to

23   the thousands of other pages I had given you.

24              But if it is, we can give it to you.  You

25   have most of it.  The -- I believe -- I'll have to

Page 46

1   look to see where exactly -- I think it's in that

2   sample location attachment where it provides the

3   coordinate location for the samples we did select.

4           We do have the running list of

5   alternative locations which we can provide to you if

6   that's useful.  I don't know if that's in here or

7   not off the top of my head.

8       Q.   I can represent that I haven't seen it, but

9   we can turn -- so let's break that down.  You said we

10  have most of it.  I'm trying to assess what we have and

11  where.

12          So besides the sentence I just read to

13  you in this technical memorandum, is there anything

14  in this sampling protocol document that describes

15  the sampling locations that were selected or the

16  number of samples that were chosen?

17      A.   Okay.  So there were a lot of pieces to

18  that, but the --

19      Q.   We can break it down.  We can break it down

20  to be clear.  In this technical memorandum, are there

21  any other statements besides the one that I read to you

22  that describe how soil sample locations were selected?

23      A.   Can you scroll down.  I would have to take a

24  look at this just to figure out if there was anything

25  else in here.

Page 47

1      Q.     Take your time.

2      A.     Do you want to scroll to the next page.

3   Okay.  There doesn't seem to be anymore in this

4   attachment.  Maybe we can go to Exhibit 2.

5      Q.     That's your expert report.

6      A.     That's correct.  I'm sorry.  Can I ask you

7   to restate your question?

8      Q.     Yes.  Can you point me to where there's any

9   information about how soil sample locations were

10  selected?

11     A.     Okay.  If you go to page 17.  So in the

12  first instance we are talking about surface soils and

13  subsurface soils.  I believe your question is about

14  locations, so let's keep going down in this section a

15  little bit farther.  Keep going.  Let's see.

16          Okay.  So when you start thinking about

17  sample locations, we have what we call "sampling

18  domains" that we established that talk about the

19  location.  We have some domains in regional

20  background.  We have some in the GS section which is

21  geostatistical locations.

22          These designations are not particularly

23  significant other than the RB locations were the

24  ones that we collected air samples repeatedly.

25          Then we have CC for the class area

Page 48

1    commercial and CR for the class area residential.

2         Q.    You're describing the soil labeling regime

3    that you guys utilized in your collection efforts,

4    correct?

5         A.    Yes, how we group the samples by location,

6    right.

7         Q.    Okay.  RB samples were regional background

8    samples, for instance?

9         A.    That's correct, yes.  You asked me about

10   locations, is there any other description of location.

11   I'm just pointing out that this is how we grouped them.

12        Q.    Okay.  So this is really information about

13   how your samples were labeled, correct?

14        A.    No.  This is how the sampling plan was

15   organized.

16        Q.    Okay.  So how does this tell me how the

17   locations that were sampled were selected to be

18   samples?

19        A.    There's a lot of attention being directed at

20   the specific sample locations.  I'm not sure I have

21   anything else to add other than describing the protocol

22   to you in greater detail.  Is there some information

23   you are looking for that I'm not giving you?

24        Q.    Yes.  And I think we are getting close to

25   reaching an understanding.  But the protocol that you

Page 49

1   just mentioned is the protocol that is contained in

2   Exhibit 6, correct?

3         A.    The protocol, the VSP protocol is not

4   referenced in the document, but it is what we used to

5   generate the sample locations.  It's a standard

6   protocol for doing background studies.  It's not like

7   it's rocket science.

8         Q.    Well, that's why I'm trying to understand it

9   because I don't see any mention of it anywhere in your

10  report or the attachments.  Did I miss something?  Is

11  it in here somewhere that I'm not seeing?

12        A.    No.

13        Q.    Okay.  It's not in here?

14        A.    It's not in here to the nth degree that you

15  are asking about it right now, but it is in here in the

16  sense that we collected spatially diverse samples from

17  the study area --

18        Q.    Okay.  Sorry.  I didn't mean to talk over

19  you there.  But if I or some kind of scientist were

20  trying to recreate what you have done in developing the

21  sampling program that you've analyzed in this case,

22  there's no way for us to recreate that based on the

23  data and the facts that have been included with your

24  report, correct?

25        A.    Well, you could ask if there was additional

1  data or if there was an additional description of the

2  sample selection process.

3       Q.    Okay.  And so I have, and I believe the

4  answer is that there is none in your report or the

5  attachments, correct?

6       A.    The answer is that there's a description

7  that is general in nature, and there are more details

8  that we discussed -- we discussed today.

9       Q.    How would I recreate the sampling plan that

10 you've utilized in this case?

11      A.    Are you thinking about collecting samples?

12      Q.    My question was more general.  If I was

13 going to recreate the sampling plan that you've

14 utilized, what would I do to do so?

15            Would I run VSP?

16      A.    You could do that, yeah.

17      Q.    Could I just select some sample locations?

18      A.    I wouldn't do that.

19      Q.    Okay.  Why not?

20      A.    Because you want to know what the

21 statistical construct is behind your sampling, your

22 sampling plan.

23      Q.    Why would you --

24      A.    That's why --

25      Q.    Sorry.  Why would you want to know?

Page 51

1      A.    Well, as I said, we want to have a knowledge

2   about the statistical confidence limit undergirding

3   your study.

4      Q.    And why would that information be important?

5      A.    It's industry standard I would say, and it's

6   in the protocols that I reference in my -- in the back

7   of this report.  The statistical nature of establishing

8   the sample location is in the Kay publication.  There

9   are probably others.

10         VSP -- you have to understand, VSP is

11  used routinely in the industry.  It's not something

12  -- even though it is used, it's not always mentioned

13  in all of these environmental assessment reports.

14         But, again, if you are interested in

15  these details, we can provide them.

16     Q.    The Kay publication, can you tell me what

17  the title of that is?  I think it's mentioned in your

18  report.

19     A.    Well, let's see.  You can go to the end of

20  the report and you see it.  You have to go -- sorry.

21  It's in the beginning of the reference section.

22     Q.    You just skipped past it, I believe.  There

23  it is.  "Concentrations of Polynuclear Aromatic

24  Hydrocarbons and Inorganic Constituents in Ambient

25  Surface Soils."

Page 52

```
 1            Is that the publication you are

 2    referencing?

 3        A.    It is.

 4        Q.    What does that publication say about

 5    sampling location selection?

 6        A.    It talks about the -- I think in that

 7    publication what they did was they divided the study

 8    area, which was a lot bigger than ours, into different

 9    cells.  And then they -- they had to think about access

10    and security or, more importantly, safety for the

11    workers when they conducted that work.

12            And so what they did in that instance, I

13    believe they were working for the City of Chicago,

14    and it was a joint effort with -- I believe with

15    ConEd.  And what happened there was they identified

16    properties that were either owned by ConEd or owned

17    by the municipality, and they randomly picked a set

18    of those properties and in each cell, so that they

19    were distributed throughout the study area.  And I

20    can't remember how many cells they had in the county

21    around Chicago, but they had quite a few.

22            So they conducted a random sample

23    selection using the properties that were available

24    to them.

25            I'm sorry.  Is that a sufficient amount
```

Page 53

1   of detail for what you are interested in?

2        Q.    Well, I'm trying to understand.  You said

3   that the methodology for soil sampling locations was

4   described in that publication.

5             Is that what you told me?

6        A.    You asked me what the sampling sample

7   selection protocol was, and I was describing that -- I

8   was describing that protocol to you.

9        Q.    Okay.  So this isn't a study that describes

10  the methodology for which you should, as a general

11  concept, select soil locations, is it?

12       A.    This is -- I think what's helpful to

13  understand about environmental investigations is they

14  have to be adapted to the particular area and project

15  objectives.

16             And I think the common feature between

17  this study and mine is that you start out with a

18  large set of randomly generated locations.  You have

19  some alternative locations, and then you go out in

20  the field, and the field team fine tunes the

21  location.

22             That is what was done in the study.  That

23  is what was done in many other background studies.

24  Sometimes -- I believe this study preceded the use

25  of VSP, but it used similar statistical protocols

Page 54

1    that eventually were coded into the VSP software.

2         Q.   Okay.  We talked quite a bit about the

3    selection of soil sample locations.  I have a few

4    similar questions about how the number of soil samples

5    to be collected was determined.

6              And is there anything in your report or

7    its attachments that describes that determination?

8         A.   I'm sorry, counsel.  You said it clearly.

9    I'm wondering if you can just repeat that question.

10             MR. ROCHA:  That's no problem.  Perhaps the

11        court reporter can repeat that to the record.

12        (Thereupon, the requested portion of the record

13        was read back as recorded above.)

14             THE WITNESS:  Okay.  The answer is it's

15        described in a general way as we discussed before.

16        If you'd like, I can provide you the statistical

17        framework for establishing the fact that there's a

18        minimum number of samples that were identified,

19        for our study was 18.

20             I believe we collected 19 or 20 sample

21        locations, just for context.  So we exceeded

22        the minimum number.  And the standard, the

23        accuracy criteria was we wanted to make sure

24        that -- I think the statement is the accuracy

25        criteria is defined as estimating the mean

Page 55

1        concentration within at most half of the

2        standard deviation at 95 percent confidence or

3        at alpha equals 5 percent.

4             And there's a formula which I'm happy to

5        share with you that leads to a calculation that

6        the minimum number of samples is 18.

7   BY MR. ROCHA:

8        Q.    Okay.  So just to unpack that, because,

9   again, I don't have access to this data sitting here

10  today.  You mentioned a few times that the minimum

11  number of samples for your analysis was 18.  Those are

12  sample locations.  18 sample locations, correct?

13       A.    That is correct, yeah.

14       Q.    Okay.  And is that 18 sample locations

15  within the class area or 18 sample locations within the

16  background area?

17       A.    Within what I'm calling the study area which

18  includes the regional background and the class area.

19       Q.    Okay.  So any number of samples within those

20  two domains that adds up to 18 would be sufficient?

21       A.    We are trying to have some representation in

22  and around the Tangelo Park around the gulf channel or

23  properties that are similar to those.  We are trying to

24  get -- the random distribution naturally does this, but

25  you have probably about 25 percent within the class

Page 56

1   area and 75 percent in the regional area.

2           So you want spatial diversity.  That's

3   what's in my report.  If you want to put specific

4   percentages on it, the proportions are as I've just

5   described.

6       Q.   And that's based on VSP runs?

7       A.   That is correct.

8       Q.   Okay.  So what is the study area that we are

9   talking about here?  The study area is the class area?

10      A.   Why don't we go to -- I think it's figure --

11  it might be figure one.  Let's see.  It's in the

12  documents.  It's sort of one-third of the way through

13  the document-ish, maybe a little sooner.  We are

14  looking for a map.  I think it's significantly earlier

15  in the report.

16          Okay.  All right.  So the study area is

17  -- it extends out to -- I believe it goes up north

18  of the GSO5 location.  You know, it basically

19  encompasses the area enclosed by most of the

20  samples.  We did add one location that was a little

21  bit farther up towards Orlando just to get a sense

22  for what the chemistry would tell us about a higher

23  population area.

24          But this is the study area, and it

25  includes -- you'll see we have -- if you look at the

Page 57

1    legend -- I've got a whole bunch of pop-ups on my --
2    okay.  Here we go.
3              So the legend in the study area includes
4    the main plant, the remote area, the class area and
5    the regional.  One point -- we can see there's a
6    couple of points a little farther out, but
7    everything else is -- it's all in the study area.
8    The study area is what's on the map in the figure.
9         Q.    So this entire map from corner to corner is
10   the study area?
11        A.    With the exception -- yes.  The VSP was
12   centered on everything excluding GSO5 -- I'm sorry --
13   GSO4 which is down south.  I believe it's GSO2, which
14   is up by Orlando.  I can't see it up on the top of this
15   figure.  Yeah, GSO2.
16             So the study area for the VSP
17   distribution was bounded by GSO5 to the north.  GSO9
18   to the west, GSO1 to the -- sorry to the west, GSO9
19   to the east, and then to the south.
20             Can you just slide it down a little bit.
21   Let me see where the -- it was just a little bit
22   south of the GSO7 location.  So imagine it as a big
23   rectangle.
24        Q.    Sorry.  Are you talking about the GSO4 at
25   the very bottom there?

Page 58

1          A.     No.   That wasn't part of the VSP area.   The

2     VSP area was bounded by GSO -- it wasn't exactly at the

3     GS1 location.   It went a little bit farther out and

4     then a little bit north of the GSO5 and then a little

5     bit east of -- I guess it would be the RBO6 location

6     and then a little south of GSO7.

7          Q.     So did you select -- did you select those

8     points first and then ask the VSP --

9          A.     No, no, no.   First -- let me be very clear.

10     Step one, we use VSP to identify that we need 18 sample

11     locations.

12               Step two, we go there about -- we take

13     approximately three times that minimum number and we

14     put them on a map.

15               Step three, we eliminate those that are

16     in water, on buildings, in parking lots, in areas

17     that are recognizably unsuitable for collecting soil

18     samples or air samples.

19               Step four, we go out in the field, and we

20     look at each location, and, you know, we just go in

21     terms of the -- in terms of the number of samples,

22     we identify primary and secondary or back-up

23     locations, and we go into the field and we see which

24     one is suitable based on access, safety and

25     security.   That's the protocol.

Page 59

1      Q.    A protocol that's not described anywhere in

2  your report or its attachments, right?

3      A.    It is described in general.  You said that

4  three times.  It's described in general, and if you ask

5  me about it here, I've provided the details.  If you

6  want further details, I will get you the formulas from

7  VSP.

8           I can probably send you the link so you

9  can download VSP yourself.  It's a free download.

10  Anybody can do it.

11      Q.    Thanks.  I would appreciate that.  And let's

12  talk about what I do when I have it downloaded.

13           So you say VSP identifies a minimum

14  number of sampling locations as 18 in this record.

15  How does it identify that number?

16      A.    Well, first of all, this work, you decide

17  what your confidence level -- what your confidence

18  level -- what you want your confidence level to be.

19  You have another variable that you identify your area,

20  so the boundary of your study.  And then you identify

21  your alpha error rate, and there's a formula that is

22  used to take that information and tell you how many

23  samples you need to collect.

24      Q.    Okay.  So what did you decide you wanted

25  your confidence level to be for purposes of your

Page 60

1    analysis?

2          A.    I read it to you before.  I can read it

3    again.  The accuracy criteria is defined as estimating

4    the mean concentration within at most half the standard

5    deviation at 95 percent confidence or with an alpha of

6    5 percent.  And if you look at that, it calculates a

7    minimum sample and size number based on the standard

8    deviation, the maximum desired half width of the

9    confidence interval -- it's a statistical thing -- and

10   then your error rate.

11         Q.    Where did you read that from?

12         A.    I have some notes.  I'm happy to send them

13   to you.

14         Q.    Please.  That would be helpful.

15         A.    Okay.  I will.

16         Q.    Are those notes that you prepared?

17         A.    Yes.

18         Q.    When did you prepare those notes?

19         A.    When we were doing the sample collection.

20         Q.    Okay.  And those also were not produced with

21   your expert report, were they?

22         A.    No, they were not.

23         Q.    Okay.  I'm just trying to see if I can pull

24   them up as we are speaking right now.

25               Okay.  So let me make sure I understand

Page 61

1   what you just said to me because it was long and

2   fairly technical.

3              What you just read to me described a

4   confidence interval relevant to this analysis.

5              Did it not?

6        A.    Yes.

7        Q.    Okay.  And so the second step of setting

8   this up is you said that there's another variable to

9   decide the area, the boundary of your study.

10             How did you define that?

11       A.    I think you have to be looking at the

12  software.  It's a virtual sampling plan, a visual --

13  sorry.  A visual sampling plan.  So you are doing these

14  things in graphical interface, in a graphical sense.

15  So it asks you to select the configuration of your

16  site, and that's how you do it.

17       Q.    And when you have that prompt to select the

18  configuration of your site, what are your options?

19       A.    I'm sorry, counsel.  I think we would have

20  to go into -- we would have to get the software up and

21  running.  I would offer to do it, but I just switched

22  my computer, so I don't actually have it on this

23  computer.  But, like I said, it's pretty self evident

24  when you get in there.

25       Q.    Okay.  Well, let's just see if you can

Page 62

1    describe it to me.  You said it's a visual thing.

2              So are you looking at a map when you are

3    selecting this prompt?

4         A.    No.  You just -- you know, you have some

5    ability to pick some general dimensions of your study

6    area.  I think in this case I picked the circle just

7    because we are using circles on this case.  And then,

8    you know, you say, okay, I need a circle.  And then it

9    says all right, your confidence limit, et cetera, et

10   cetera.  And then it will plot the number of sample

11   locations that you want to select.

12             And then what happens is you take that,

13   that data frame and you pull it into GIS, and we do

14   that as a working session whenever we set up a

15   sampling event like this.

16             So we just -- this is where Rosco Peters

17   helps me, and he brings it into GIS.  It sounds like

18   you are familiar with GIS.  And then you can start

19   looking at the sample locations relative to where

20   the water is, where are the buildings.  You pull in

21   some sort of aerial photo.  And it allows you to

22   winnow down the number of samples so you are focused

23   only on areas that are suitable for soil and air

24   samples -- sampling.

25        Q.    Okay.  And just to be clear, this process

Page 63

1    that we've been talking about this morning, you used to

2    select both your soil samples and your air samples?

3         A.    Yes.

4         Q.    And the output for this was the same.  In

5    other words, the same number of samples, location of

6    samples.  Is that fair?

7         A.    Yes.

8         Q.    Okay.  So you selected the circle.  Are you

9    able to select any kind of area criteria of that

10   circle?  Do you define a radius?  How did that work in

11   your analysis?

12        A.    The geometry -- you can calculate a radius,

13   and in this case we -- let's see.  The class area, what

14   did you guys pick?  1.75 miles.

15              That, by the way, has always been a

16   mystery to me.  How did you end up with 1.75 miles?

17   Is it fair to ask?  I'm sorry.  Maybe it's not fair

18   to ask.

19        Q.    I'm happy to chat with you as professional

20   colleagues, but, unfortunately, we are in a deposition

21   setting right now, so I'll be asking the questions.

22        A.    What we wanted to do is extend out.  We

23   didn't want to limit ourselves to 1.75 miles.  In an

24   overabundance of caution, we went out a little bit

25   farther, as you see from those outlying areas.

1          And then the virtual sample plan just

2     sort of puts the sample locations on the map.  And I

3     just look to see where the most suitable, the

4     safest, most accessible -- where the accessible,

5     safest and secure locations are.

6          Q.    What area -- you mentioned the class

7     boundary.  What area did you use as the boundary for

8     your VSP run, if it was not the 1.75-mile radius in the

9     class definition?  What definition did you use?

10         A.    I think it was about 5 miles.  I think it

11    was about 5 miles.

12         Q.    Okay.  And then -- so once that's set, you

13    define your alpha.  What is an alpha?

14         A.    That's an error rate.

15         Q.    What kind of error rate is that?  Is that --

16    well, I'll just stop the question there.  What kind of

17    error rate?  What does it measure?

18         A.    It's the chance that -- you should really be

19    directing those questions to Shahrokh.  But it's the

20    chance of -- what is the 5 percent alpha?  It's either

21    a false positive or true negative, and off the top of

22    my head I can't remember which of the two it is.  I can

23    look it up for you.

24         Q.    Okay.  And does that analysis contain any

25    kind of multiple comparison adjustments?

Page 65

 1       A.     I'm not sure.  Again, you can ask Shahrokh
 2   that.
 3       Q.     So once those inputs are defined, the VSP --
 4   software tells you you need 18 samples for a
 5   statistical analysis.
 6              Is that accurate?
 7       A.     That is correct.
 8       Q.     And just to be clear, when I say that, I
 9   mean 18 sample locations, right?
10       A.     Correct.
11       Q.     Okay.  And then from there, where do the
12   actual or suggested sample locations come from?
13       A.     So what happened was -- where do they come
14   from?  It's in GIS at that point.  So we have the
15   starting sample locations.  There's lots of them.  We
16   bring them into GIS.  We weed out the river and the
17   lakes and the building tops and that kind of stuff.
18              And then we have a set that is, you know,
19   candidate samples, and some are really close.  So
20   what we would say is this one is a primary, and this
21   one is a secondary.  And then that would happen
22   throughout.  And we would have a set of primaries
23   and a set of secondaries.  The only goal there is to
24   just make sure they are spatially distributed.
25              And then we went out to the field and,

Page 66

 1   you know, figured out which one was, again,

 2   accessible, safe and secure and invariably either

 3   the primary or the secondary -- most cases we were

 4   pretty good.  The primaries were mostly accessible

 5   and safe and secure.

 6           So those were selected.  And then a list

 7   of those addresses were given off to the sampling

 8   team to go collect the samples as described in the

 9   protocols which are the attachments, is it five --

10   four and five?

11       Q.    It's Attachment 6 and 7.

12       A.    Sorry.  I'm looking at which ones are -- it

13   might be helpful to load Exhibit 6 and 7 onto -- oh,

14   maybe you did and I didn't update.

15           MR. ROCHA:  We can toggle to that Joe, if

16       you can bring up the exhibit that

17       Mr. Emsbo-Mattingly would like to view.  I believe

18       he mentioned Exhibit 6.  Yeah.  Exhibit 6, please.

19       Thank you.

20           THE WITNESS:  I'm sorry.  Did you have a

21       question about this?

22   BY MR. ROCHA:

23       Q.    No.  You wanted to refer to it, so we pulled

24   it up.

25           My question is relating to what you just

Page 67

1    told me.  I believe you said that there are lots of

2    sample locations that get generated.  Is that

3    something that gets generated in VSP or GIS?

4         A.    VSP.

5         Q.    Okay.  How many sample locations are

6    generated when you ran this?

7         A.    I think we used three times the minimum

8    number, so, you know, 3 times 18 was the target.  So

9    there's about 54.

10         Q.    Okay.  So VSP generated 54 sample locations;

11    is that right?

12         A.    That's perfectly right, uh-huh.

13         Q.    And then from there you culled down that

14    list to the number of locations that would actually be

15    sampled, correct?

16         A.    We segregated them into primaries and

17    secondaries, and I -- and then we did -- we went

18    through and made sure that they were accessible, safe

19    and secure.  And then we handed the list of properties

20    over to Cardno Stantec for soils and Trinity for air

21    samples.

22         Q.    Okay.  At that time when you had the 54 that

23    you've handed to -- strike that.

24              So after assigning each sample location

25    to either a primary list or a secondary list, at

1   that time is that when you labeled the sample as you

2   described in your report?  In other words, LM is a

3   Lockheed Martin sample, RB is a regional background

4   sample, GIS is a geostatistical soil, et cetera?

5        A.   Yes.  And I think the alt locations were --

6   they were labeled something like Alt 1, 2 -- I think at

7   that point we maybe had five to ten alt locations.  And

8   what we are doing there is the field -- we have points,

9   you know, whatever, yeah.  Too much detail.

10            We have the locations identified, and we

11  have the alts identified, and that's because the

12  field team will go after the primary, you know, go

13  try to sample the primary location.  And then

14  sometimes there's a determination that it's not

15  actually accessible or secure.

16            So in the field they need to be able to

17  make -- you know, they go to the nearest alt

18  location.

19       Q.   Okay.  And if that alt location is used, it

20  then gets labeled as RB or GS or whatever the

21  appropriate labeling would be?

22       A.   It -- yeah.  The labeling happens when the

23  samples are officially collected.

24       Q.   Okay.  Were any of the alt locations

25  sampled?

Page 69

1      A.    I believe they were.  I think there were two

2   of them.  We had -- there was an access issue in one

3   case, and it's been a long time since we were talking

4   about this, but I believe there were two alt locations

5   that we had to switch off of the primary.  And it had

6   to do with access issues.

7            MR. WEINSTEIN:  Rene, we've been going for a

8        while.  We don't have to pause this second.

9        Whenever you are at a logical stopping place, why

10       don't we break for about 30 minutes for lunch.

11           MR. ROCHA:  Yes, I'm very close to that, so

12       just bear with me for a minute or two.

13           MR. WEINSTEIN:  No problem.

14   BY MR. ROCHA:

15       Q.    So those two alt locations that were

16   sampled, those then become either an RB or a GS or an

17   LM sample, correct?

18       A.    That is correct.

19       Q.    Okay.  Apart from those two where there were

20   access issues, are there any other alt locations that

21   were sampled but not included in the final analysis?

22       A.    No.  You have absolutely all the data we

23   generated.

24           MR. ROCHA:  Okay.  Thank you.  I think this

25       is a logical point to take a break.  We can go off

Page 70

1        the record.

2              THE VIDEOGRAPHER:  We are off the video at

3        12:03.  This ends Media Unit 2.

4        (Thereupon, a recess was taken in the proceedings

5        from 12:03 p.m. to 12:56 p.m.)

6              THE VIDEOGRAPHER:  We are back on the video

7        at 12:56.  This begins Media Unit 3.

8   BY MR. ROCHA:

9        Q.    Good afternoon, Mr. Emsbo-Mattingly.

10       A.    Good afternoon.

11       Q.    We spoke this morning a lot within the

12   context of the soil sampling program, but I just wanted

13   to be clear that with regards to the air sampling

14   program, are all the important features of the design

15   and planning of the air sampling program disclosed in

16   Attachment 7?

17       A.    I believe so.  That was orchestrated by

18   Trinity, so I've given you what information I have on

19   their sampling protocols.

20             Michael Ballinger is probably a good

21   person to talk about the actual protocols if you

22   have any further questions about it.

23       Q.    Okay.  And with regards to how the sampling

24   -- how the samples were labeled, I was confused because

25   it seems like there were several samples that are

Page 71

1    labeled RB, as regional background, that are actually

2    within the class area.

3              Is that -- is that accurate?

4         A.    There's -- yeah, I think there's more in

5    there.  If we can go back to the map.

6              MR. ROCHA:  Isaac, if we can pull up Exhibit

7         2, page 16.

8    BY MR. ROCHA:

9         Q.    So Mr. Emsbo-Mattingly, do you see how there

10   are a few dots within the class area that are titled

11   RB?

12        A.    Correct.

13        Q.    Why is that?

14        A.    The RB designation is simply a designation

15   for the samples -- sample locations where we wanted to

16   collect air samples -- sorry -- air samples repeatedly.

17   You'll see in the sampling plan that these locations,

18   it varied by location, but they were collected multiple

19   times.

20        Q.    Whether the RB locations were inside or

21   outside of the class area?

22        A.    Yeah.  The class area, that wasn't a

23   controlling factor on the labeling.

24        Q.    Okay.  What does CR stand for?

25        A.    That stands for class area residential.

Page 72

 1        Q.    What does -- sorry.

 2              What does CC stand for?

 3        A.    Class area commercial.

 4        Q.    Okay.  What does RB stand for?

 5        A.    Regional background.

 6        Q.    Okay.  Do you see how that can be confusing

 7    to have samples that indicate they are regional

 8    background when they are actually within the class

 9    area?

10              MR. WEINSTEIN:  Object to the form.

11              THE WITNESS:  It's -- it's not confusing

12        when you understand it from the vantage point of

13        the air program.  The air program collected

14        samples throughout the study area, but then there

15        were a core that were collected multiple -- from

16        the same locations multiple times.

17              And so when we say regional background,

18        those are locations that we were using to

19        determine regional background for air.  It's an

20        air thing.

21    BY MR. ROCHA:

22        Q.    Okay.  So RB7 is a regional background

23    sample for air?

24        A.    Yeah.  We also collected soil there, but we

25    gave it an RB just to highlight the fact that that's

1    one of the locations where we collected air multiple

2    times.

3         Q.    Okay.  Did you collect air at CR2?

4         A.    No.

5         Q.    And you mentioned these were locations where

6    you decided to sample more than once.  Was the

7    determination of that and the rationale contained in

8    Attachment 7 which has been marked as Exhibit 7?

9         A.    I'm not -- off the top of my head I'm not

10   sure.  Let's put it on the screen and take a look.

11              MR. ROCHA:  Sure.  Isaac, can you open that

12        up, please.

13              THE WITNESS:  Okay.  Do you want to go to

14        the next page?  I want to put this on a different

15        monitor here.  Okay.  Let's go down to section

16        2.1.  Okay.  How about the next page.

17              Yeah, these were the on-site samples.

18        Next page.  Okay.  Next page.  Okay.  Go to the

19        next page.  Okay.  The next one.  Okay.  Next

20        page.  Next page.  Next page.

21              Okay.  So I think the architecture of the

22        sampling effort is presented here.  The actual

23        sequencing and schedule is probably in

24        Trinity's report, but the description of it is

25        in my section that you -- I'm sorry.  Can you

Page 74

1        go back to my report and go -- let's see --

2        maybe let's go down.  Advance the page.  Go to

3        sampling.

4             All right.  Right here.  Can we go back

5        up for a second.  All right.  Okay.  Okay.  Go

6        down.  Keep going.

7             These are the files and then the next

8        page, the Table 3.  So here you go.  You can

9        see the sequencing of the samples here.  All of

10       these are air.  And you can see RB01 was

11       collected many times.  We recognize that it's

12       in the class area.  It's south of the facility.

13            RB2 was collected approximately an equal

14       number.  That location is in the area we call

15       regional and it's east.  You get the idea.

16            You can see that for the most part these

17       RB sample locations are collected many times.

18       If you go down on the table, you'll see the GS

19       locations I think come up next.  There you go.

20            And these were only sampled once.  And

21       the on-site were collected a couple of times.

22       So you can see the frequency of sample

23       collection.  You can see the sample locations

24       from the map.

25            Coordinate information is provided in the

Page 75

1        attachment and the test parameters are included

2        in Table 3.

3    BY MR. ROCHA:

4        Q.    Okay.  And I guess my question is, to be

5    clear, so I understand, besides this section of your

6    report that we've been discussing and Attachment 7,

7    which has been marked as Exhibit 7, are there any other

8    areas that I should go to to understand what was done

9    and why with regards to the air sampling?

10        A.    The air sampling, any further detail that

11    you would be interested in would probably be addressed

12    in one of the air expert -- I think it's Michael

13    Ballinger's report.  I haven't seen his report, but he

14    was the one that was developing the protocol for the

15    multiple sampling versus the single sampling.

16        Q.    Okay.  So that's not a protocol that you put

17    together?

18        A.    We identified the locations, and he

19    determined that the RB locations were suitable for

20    repeat sampling, so that's like -- that's his part of

21    the study.

22        Q.    Okay.  So just so I'm clear, you made a

23    decision on the locations, and he made a decision on

24    the frequencies.  Is that accurate?

25        A.    That is correct, yes.

1     Q.    Okay.  So if I asked you why GS1-labeled

2     samples were only sampled for air one time, would you

3     be able to tell me?

4     A.    We are providing more data points between

5     the repeat sample stations.  So it's spatial diversity

6     is the objective.

7     Q.    Okay.  And so that was, again, just a

8     decision that was made to take a look at the spatial

9     diversity?

10    A.    Yeah.  Perhaps the way to think about it is

11    if you -- without looking at the name of the sample

12    locations, but just take into account all of the RB and

13    GS locations, you'll see that they are spread out.  And

14    then the air team said all right, among those

15    distributed samples let's pick central points for

16    repeat sampling.  And that way we get spatial and

17    temporal variability.  That's the objective.

18    Q.    Okay.  But you can't speak further to why a

19    certain location was decided to be sampled more than

20    once versus why another location was only sampled once,

21    correct?

22    A.    That was Michael's call.

23    Q.    Okay.  If we could go -- scroll back up to

24    the next page of this.  Before we leave this one, you

25    see here this is Table 3, Forensic Confirmation Air

Page 77

1    Samples that we were previously discussing.  And this

2    is the second page of that table.  There are a number

3    of samples labeled regional and main plant.

4           Do you see that?

5    A.    Yes.

6    Q.    Okay.  If we go back up to the next page

7    which is where the table starts, and I believe that's

8    page 20 of your report.  It looks to me like there are

9    two sample locations that are listed as being within

10   the class area, RB1 and RB7.  And if we need to scroll

11   down to take a look at that, we can.

12          But is that accurate?

13   A.    I believe it is, yeah.

14   Q.    Okay.

15   A.    RB5 is in the remote area which is I guess

16   also in the class area.

17   Q.    Well, to squabble with you a little bit, I

18   guess technically that is within 1.75 miles of the

19   plant, but it is not part of our class definition.  But

20   anyway, that's a very minor point.

21          Are you aware of any air samples that

22   were collected in 2022 but not disclosed as part of

23   your report and the analyses?

24   A.    I am not.

25   Q.    Okay.  And just for completeness sake, would

Page 78

1    the answer be the same for samples connected from 2021

2    as well?

3         A.    Yes.

4         Q.    Are there any additional analyses regarding

5    air sampling that were conducted but not disclosed with

6    your report?

7         A.    I have no knowledge of those samples as

8    you've described.

9         Q.    The question was about analyses, not sample.

10   Are you aware of any analyses other than the ones that

11   you have disclosed in your report?

12        A.    I am not.

13        Q.    Okay.  And I think the same answer was for

14   soil as well, correct?

15        A.    That is correct.

16        Q.    So on page nine of your report, you describe

17   your purposes for these analyses, and since we have it

18   up here, I suppose we can find the exact section.  But

19   generally, as you state, "The purpose of the soil and

20   air analyses that you conducted was to investigate

21   whether chemical evidence demonstrates actual current

22   COC migration from the SLRC to the class area."

23             Correct?

24        A.    That's one of the objectives, yes.

25        Q.    What other objectives did you have?

Page 79

1       A.      Can you -- sorry.  I lost you on the screen

2   here.

3               So we have a phased approach and phase --

4   you can read it.  We don't need to read it, but if

5   you scroll down, we are looking at current and

6   historical.  We are looking for evidence of current

7   or historical emissions in this investigation.

8       Q.      Okay.  And how would you analyze historical

9   emissions in your investigation?

10      A.      Okay.  I think it's spelled out here, but

11  I'm happy to summarize it for you.

12              Historical emissions would in particular

13  -- actually, why don't we go to phase three because

14  that's what phase three is.  Okay.

15              So the emissions from the site that were

16  in the allegation include 36 COCs, many of which are

17  stable and particulate phase.  And those in

18  particular are the heavy PAHs, the -- many of the

19  metals, PCBs, dioxin.

20              I think that's the full list and those

21  would have been discharged and would have exerted a

22  declining concen -- it would have created a

23  declining concentration of those COCs from SLRC into

24  the off-site areas if, in fact, those particular --

25  those particulates migrated into the class area as

Page 80

1    alleged.

2              So what we are doing is we are comparing

3    the surface soils to the top half inch of soil to a

4    deeper depth interval which in this case is 2 to 3

5    inches.  And we are comparing the concentrations of

6    those COCs in the surface versus the deeper soils.

7              And if we see an enrichment in the

8    surface, that's the first thing we are looking for.

9    And the second thing is a declining concentration

10   gradient from SLRC in the north, east, west or

11   southerly direction.

12       Q.    Okay.  And thank you for that explanation.

13             What part of that analysis can tell you

14   about historical migration?

15       A.    Well, if historical migration occurred, you

16   would see enriched surface soils and a declining

17   concentration radiating from the site.

18       Q.    Okay.  And that's with regards to heavy

19   metals and PAHs, I believe you said.  Correct?

20             MR. WEINSTEIN:  Object to the form.

21   BY MR. ROCHA:

22       Q.    Did I mischaracterize what you said?

23       A.    I said heavy --

24             MR. WEINSTEIN:  Go ahead.  You can answer.

25             THE WITNESS:  Sorry.

Page 81

1   BY MR. ROCHA:

2       Q.    I don't know if we have lag, but if I

3   mischaracterized what you said, my apologies.  But I

4   believe you said you are looking for that pattern with

5   heavy PAHs and metals?

6       A.    And also the other constituents that are

7   stable in the environment that were in the allegation.

8   And I believe that included PCBs and dioxins.

9       Q.    Got it.

10      A.    We are just using the most stable,

11  frequently-monitored COCs.

12      Q.    Understood.  So you wouldn't expect to see a

13  pattern regarding VOCs in that analysis, would you?

14      A.    Many VOCs, like trichlorethylene and

15  tetrachloroethylene do exert that pattern at some

16  sites, but my conclusions are primarily based on the

17  ones we started with which were the heavy PAHs, the

18  metals and the chlorinated compounds, PCBs and dioxin.

19      Q.    Are you drawing any conclusions about the

20  fate and transport of VOCs based on your soil analysis?

21      A.    The VOCs were primarily collected to

22  evaluate current off-site emissions, and the other

23  analytes were serving that purpose for both current and

24  historical.

25      Q.    So to be clear, am I correct to understand

Page 82

1    that answer to mean you did not analyze historical

2    emissions of VOCs as part of your analysis?

3         A.    That is correct.

4         Q.    Now, with regards to the other compounds, I

5    see here in phase three you described this is the phase

6    where you are analyzing historical impacts; is that

7    correct?

8         A.    It's a combination of phase two, which

9    includes the surface soil, and phase three, which

10   includes consideration of the deeper soil, which allow

11   us to evaluate whether or not surface enrichment

12   occurs.

13        Q.    And why can't you just use the surface soil

14   in phase two to evaluate historical impacts?

15        A.    Because when you look at soil in developed

16   areas, it is sometimes the case that the material is

17   not native soil.  They bring in soil from a different

18   location, and that soil may have some COCs in it.

19             So you have to control -- you have to

20   evaluate the surface relative to the subsurface to

21   control for the fact that the soil on the property

22   may already be contaminated, so you are looking for

23   an enrichment of whatever the ambient soil

24   concentrations are.

25        Q.    Did your sampling program include any kind

Page 83

1    of geochemical evaluation of soil type or other

2    geological features?

3         A.    It did in the sense that we determined that

4    the soil in the area tended to have an A horizon of

5    about 3 inches.  So in soil science, there's a -- there

6    are three primary horizons to consider, the A, the B

7    and the C.

8              The A is the surface soil that is exposed

9    to air.  Oftentimes it has elevated organics.  And

10   then there's a B horizon that has less organics and

11   more mineral matter.  And then there's C horizon

12   which contains other geological features.

13             So your question is about the geology.

14   My answer is that we did consider it in that we

15   wanted to collect samples within the same A horizon

16   interval.  That's why we ended up with the depth

17   intervals we used in this project.

18        Q.    Okay.  So all of them -- all of the soil

19   samples were collected from the A interval?

20        A.    Yes.  They were geologically consistent from

21   top to bottom, yeah.

22        Q.    Okay.  And besides that, did you conduct any

23   analysis to determine whether the sampling location had

24   spodosols, mollisols, entisols?  And the reason I asked

25   that is because you mentioned the possibility of

Page 84

1    nonnative soils.

2              Is that something you looked at, whether

3    there were nonnative soils at any of the sampling

4    locations?

5        A.    We collected samples from a geologically

6    consistent depth interval.  We didn't mix the geology

7    between the surface interval and the deeper interval.

8        Q.    Understood.  My question was a little bit

9    different.  My question was about the soil types and

10   whether there was an analysis of soil types to

11   determine whether the sampling was representative,

12   whether it was potentially nonnative soil.

13             You mentioned the possibility of

14   nonnative soil being brought in that was already

15   contaminated.  So I'm just trying to understand

16   whether you did any analysis to see whether that may

17   or may not have occurred.

18       A.    The field team was instructed to make sure

19   they did not take samples from different geological

20   strata.  They did not -- I'm not exactly sure what

21   tests you have in mind, but there was not an extensive

22   geological classification that occurred during the

23   sample collection event.

24       Q.    Okay.  So soil type wasn't something that

25   you looked at outside of the geological depth.

Page 85

```
1              Is that accurate?

2        A.    We did not take -- we did not collect

3   samples -- let me think about that.  I'm sorry.  Let me

4   start over.  Can you just repeat your question one more

5   time?

6        Q.    Yeah.  My question is whether you analyzed

7   soil types of the samples that were collected to

8   understand whether or not there may have been nonnative

9   soils at any of the locations?

10       A.    In a general sense we did.  The field team

11  was instructed to make sure that the geology was

12  relatively -- was consistent at a specific sample

13  location.  We did not -- we did not do a -- I'm not

14  sure what you would call it -- a geological

15  determination as to what the green size or the organic

16  carbon or the -- sort of the lithological origin is.

17             You have to understand, soil science is

18  robust, and there's lots and lots of tests you could

19  do if you were doing your Ph.D on individual soil

20  types.  What I can say, the important thing is when

21  you are evaluating surface enrichment is to able to

22  know whether the surface enrichment -- whether the

23  concentrations are associated with the soil on the

24  property or whether they are caused by atmospheric

25  fallout.  And by comparing two depths in the way
```

Page 86

1  that we do, we have a robust framework for making

2  that determination.

3       Q.    The reason I ask is because you brought up

4  the possibility of nonnative soils potentially

5  confounding the results.

6            So, for instance, if I recently laid out

7  new sod, sod is about 3 inches deep, correct,

8  generally?

9       A.    Yes.

10      Q.    There would be no way of determining that

11  based on the analyses you did?

12      A.    Yes, there would.

13      Q.    Okay.

14      A.    Okay.  So in the first instance, the

15  protocol for collecting the samples, if the location is

16  vegetative, sod, weeds, whatever, what the field

17  technician does, and this is established in the

18  background studies protocols, USGS, EPA, et cetera, is

19  you remove the vegetative matter, you shake out the

20  soil from the roots, you put it to the side, and then

21  you collect your sample.

22            So your vegetation and the sod thickness

23  does not -- and the word you used, not me -- the

24  word you used is "confound."  It's not confounded by

25  that.  You know, the protocols are pretty

Page 87

1    straightforward for this.  But we are just looking

2    at the soil.

3        Q.    Okay.  And would that not be confounded

4    because the contaminates are still going to exist at a

5    greater depth?

6        A.    Let's start off with -- let's start off with

7    the science.  Many of these COCs are ubiquitous in the

8    environment.  Even if it was native soil, we would

9    expect to see it.

10              So the control to make sure we are not

11   confounded is to collect the deeper soil which will

12   either be native in origin or it may be

13   anthropogenic.  It might be fill.  You collect the

14   deeper sample to control for that.

15              And then on the surface -- if it all

16   started out as the same fill -- let's just take your

17   example.  It starts out of the same fill, and you

18   deposit particles over, you know, 30, 50 years on

19   top of it.  Those are going to collect at the

20   surface.

21              So when I take my top layer, I'm going to

22   catch those.  And I'm going to compare it to the

23   soil in the deeper depth interval.  By comparing the

24   concentrations in those two, we determine whether or

25   not there is enrichment.

Page 88

1              If there's not enrichment, there's either
2      nothing coming in from off-site and/or the soil is
3      relatively uniform in that depth interval, in that
4      geological strata.
5           Q.    And would you use statistical analyses to
6      make that determination?
7           A.    You can just look at the concentrations and
8      see if they are higher, but you can use statistics too.
9           Q.    Okay.  You don't have to use statistics in
10     your opinion?
11          A.    We do use statistics, and we also use
12     chemistry.
13          Q.    Where did you use statistical analyses to
14     interpret the sampling results?
15          A.    Well, Shahrokh used statistics.  In my
16     reports, what I'm doing is I'm looking at the
17     enrichment.  If you, let's say -- we have the report
18     here.  If we want to go there, we can go further on in
19     the report, but I don't want to rush you.
20          Q.    Thank you.  We'll talk about that in due
21     course.  I'm just trying to understand the analysis
22     before we get to the results.
23              So you would expect to see patterns of
24     enrichment of heavy metals, for instance, in surface
25     soils if any such deposition occurred or was

Page 89

1   occurring currently at the location; is that

2   accurate?

3        A.    The current off-site emissions were

4   primarily an evaluation using the volatiles and a

5   comparison of the surface soils just by themselves.  So

6   the historical analysis is a comparison of the surface

7   and the deep, if that makes sense.

8        Q.    And by deep here you mean -- well, strike

9   that.

10            The soil samples that were selected are

11  described in your report and its attachments,

12  correct?

13       A.    I believe so, yes.

14       Q.    What is the settling velocity of particulate

15  matter 2.5 microns or less?

16       A.    Off the top of my head, I don't know.

17       Q.    The answer would be the same for particulate

18  matter less than 5 microns large?

19       A.    I would assume it would be a little faster.

20       Q.    Little bit.  Particles like that tend to

21  stay suspended in the atmosphere and not immediately

22  deposited to soils, correct?

23       A.    No.

24       Q.    No?  Okay.  They don't remain suspended in

25  the atmosphere?

Page 90

1          A.    No.

2          Q.    What affects the deposition of a particle?

3          A.     Gravity, precipitation, meteorological

4     conditions.  Those are probably the big ones.

5          Q.    Molecular weight, does that matter?

6          A.     If they are attached to particles, yes.

7          Q.    The reason I ask that particular question,

8     you have a table on page 31 that provides molecular

9     weights for metals.  And I was wondering if that's

10    something that's relevant to deposition.

11         A.     Can we go to the table?

12              MR. ROCHA:  Sure.  Isaac, if you wouldn't

13         mind.  It's on page 31.

14              THE WITNESS:  Yeah, so this is -- what is

15         your question again?  Does molecular weight --

16    BY MR. ROCHA:

17         Q.    Does that affect deposition of particles?

18         A.     It's an indicator of sort of the -- it does

19    indicate a component of weight, but it is also a

20    propensity for that particular substance to adhere to

21    particles and settle out.

22         Q.    Okay.  So the higher the molecular weight,

23    the more likely the compound is to adhere to particles

24    and settle out?

25              MR. WEINSTEIN:  Object to the form.

Page 91

1    BY MR. ROCHA:

2        Q.    Well, if I misstated your testimony, please

3    correct me.  I'm just trying to understand.

4        A.    The molecular weight is mostly useful

5    because I generally put the properties of particular

6    constituents I'm studying in my tables.

7              In this case, lead and mercury and

8    cadmium are very particle heavy.  They want to

9    adhere to particles.  They are not going to behave

10   like vapor phase constituents.

11             If you go to the previous table -- I

12   think it's the previous table.  All of these guys

13   are going to be particle -- they are going to be on

14   particles.  Next page.  Alkanes.  These -- this is

15   what I was looking for.

16             So this is an example of gradually

17   heavier and heavier compounds.  And the heavier

18   constituents are the ones that tend to adhere to

19   particles.  When they are very light weight, they

20   can be -- they can evaporate, so there -- you can

21   use molecular weight and you can use -- I don't

22   actually have molecular weight there on the table.

23   It's just the abbreviation tracking the carbon

24   number as a surrogate for that.

25             The point is they behave differently, and

Page 92

1    the tables reflect that.  Now, if you go to the

2    previous table, I believe you see which one that is,

3    that is PAHs.

4            So this table is roughly structured so

5    that you can tell molecular weight which is small at

6    the top, 128 AMU, down to, say, by the time you get

7    to fluoranthenes and pyrene, all these PAHs in the

8    lower part of the table will be particle bound.

9            Does that answer your question?

10   Q.    I believe so.  To summarize, is it fair to

11   say that the higher the molecular weight, the more

12   likely the compound is to settle out and demonstrate

13   deposition on soil surfaces?

14           Is that accurate?

15   A.    Roughly, yeah.  But it's a continuum and you

16   can always -- on the lighter end you can find

17   exceptions because the soil can sequester some of this

18   material in it, and that's one of the reasons why

19   volatiles are enriched near the source of the release.

20   Q.    Okay.

21   A.    And all of this is predicated on dry

22   deposition, right.

23           MR. ROCHA:  Okay.  This may be a good time

24       to take a pause.

25           MR. WEINSTEIN:  Sure.  Ten minutes?

Page 93

```
1              MR. ROCHA:  Five.

2              MR. WEINSTEIN:  Sure.

3              THE VIDEOGRAPHER:  We are off the deposition

4         at 1:42.

5         (Thereupon, a recess was taken in the proceedings

6         from 1:42 p.m. to 1:50 p.m.)

7              THE VIDEOGRAPHER:  Back on the video at

8         1:50.

9    BY MR. ROCHA:

10        Q.    Mr. Emsbo-Mattingly, how did you receive the

11   results of the soil and air samples?

12        A.    The laboratory -- what is it called?  They

13   have a web-based interface, and they post the results,

14   and I download them.  And if I need additional

15   information, I just ask them, and they post it and I

16   download it.

17        Q.    Okay.  So you got it from the laboratory

18   that did the analysis?

19        A.    That is correct.

20        Q.    Okay.  So after you received the analysis,

21   you created -- I'm sorry.  Strike that.

22             After you received the results of the

23   sampling activities, you grouped the sample results

24   into four subgroups for the purposes of analysis; is

25   that accurate?
```

Page 94

1      A.     Sorry.  What four subgroups are you talking

2   about?

3      Q.     You selected quadrants from the site and

4   arranged the sampling locations within each 90-degree

5   quadrant for the purposes of conducting your analysis,

6   right?

7      A.     That was one of the steps that we did, yes.

8      Q.     Okay.  So you don't really explain or

9   describe any -- strike that.

10          In your report do you cite any citations

11   that would support that kind of analysis?

12      A.     Can we go to the reference section of my

13   report.

14          MR. ROCHA:  Isaac, if you can bring up

15      Exhibit 2, please.

16          THE WITNESS:  I'm sorry.  Before we go into

17      the report, can I trouble you, counsel, just to

18      repeat that question one more time.

19   BY MR. ROCHA:

20      Q.     So my understanding of what you did, you

21   took a compass radial and divided it into four groups.

22   One group you called north, one group you called south,

23   one group you called east, and one group you called

24   west.  Right?

25      A.     That is one of the things we did, yes, that

Page 95

1    is correct.

2         Q.    And the only reason that those locations

3    were grouped together was because they lied within a

4    90-degree directional quadrant from the SLRC, correct?

5         A.    That is correct.

6         Q.    Okay.  So my question is, is there any

7    discussion or methodological support for that analysis

8    in your report?

9         A.    It seems pretty logical.  I mean, if you are

10   going to make the argument that material blew off the

11   site, it's going to go into the direction of the wind,

12   and the wind can be blowing in any one of the cardinal

13   directions or anything in between, so the central

14   tendency of the data should have a direction to it.

15             And so we were evaluating whether there

16   was a direction to it.  We didn't require there to

17   be an absolute direction to do it.  You can combine

18   the data and look at it all together if you want,

19   but if we didn't, you would probably complain about

20   that.  So we broke it down into quadrants so we

21   could look at it, and we considered it together, and

22   we considered it apart in different directions,

23   yeah.

24        Q.    So you mentioned the central tendency of the

25   data.  You didn't conduct any statistical analysis of

Page 96

1   the central tendency in your report, did you?

2        A.    No, no statistical analysis.

3        Q.    Right.  So your analysis was just grouping

4   the sample locations into one of four buckets, and then

5   looking to see if you could see a pattern within any of

6   those buckets?

7        A.    Correct.

8        Q.    And, again, just to be clear, there's no

9   consideration or method described for this approach;

10  this is just the approach that you selected for this

11  analysis?

12       A.    No.  I've seen it done elsewhere.  But I

13  don't -- why don't we go to the reference section and

14  take a look.  I mean, there are directional

15  considerations in Yunker and Kay and Azzolina.  I don't

16  know what to say to you.

17       Q.    So let's look at your analysis.  If we can

18  go to page 16 of Exhibit 2, please.  You see that CR1

19  is roughly 40 degrees or so to the northeast of the

20  plant.

21            Does that look about right?

22       A.    Yeah.  You can see it's colored green, so

23  that means it's within 45 degrees going north.

24       Q.    And RB4 is about eyeballing it 330 degrees

25  to the northwest.

Page 97

1              Does that sound about right?

2        A.    RB4, 330 degrees.  Approximately.

3        Q.    Okay.  So if something was blowing towards

4   CR1, it's not likely that it would be simultaneously

5   blowing towards RB4, is it?

6        A.    Well, it's even more unlikely that it would

7   be blowing towards RB1.

8        Q.    That's correct.

9        A.    So it's a matter of degree of similarity,

10  right.

11       Q.    Okay.  And did you do any analysis into

12  determining what kind of degree of similarity would be

13  acceptable for the purposes of the analysis you

14  conducted in this case?

15       A.    Well, we looked at wind rosettes which tell

16  you which direction the wind was -- what direction was

17  the prevailing wind.  And as it says in the report, the

18  wind about half the time is going north, half --

19  quarter of the time it goes north, quarter south,

20  quarter time east, quarter time west.  So the wind is

21  variable, and we try to align the major -- the samples

22  with the major directions of wind transport.

23       Q.    And how did you do that?

24       A.    By looking at the wind rosette.  It's

25  described in the narrative.

Page 98

1      Q.    So you looked at the wind rose, and then you

2  picked some sampling locations that roughly matched

3  that?

4      A.    That was the organizational principle behind

5  putting the samples or classifying the samples north,

6  south, east and west.

7      Q.    So, you know, just along the same lines as

8  my earlier question, you see CR2 is roughly about

9  50 degrees to the northwest.  Does that look right?

10     A.    Approximately.

11     Q.    Okay.  RB6, it's way out to the southeast,

12 maybe at about 120 degrees or so.  Am I looking at that

13 right?

14           Is that an accurate assessment of where

15 RB6 is?

16     A.    I don't have a degree radiant measurement on

17 that, but it is definitely to the east.

18     Q.    It's specifically to the southeast, right?

19     A.    It's probably east, east, south.

20     Q.    Okay.  Are we talking about RB06X?

21     A.    RB06, either one.  They are east and they

22 are a little bit south.

23     Q.    Okay.  So, again, it's not likely that

24 something that's blowing towards CR2 is simultaneously

25 blowing towards RB6, right?

Page 99

1       A.    It's more likely that it's blowing in that

2   general direction than it is blowing towards RB01.

3       Q.    Okay.  I agree with you on that.

4             But that doesn't mean its likely that

5   it's simultaneously blowing toward both, correct?

6       A.    Well, the wind does not blow in a straight

7   line.  It meanders.  So what you are trying to do is

8   just organize your data so you can tell, okay, well,

9   these samples would intersect at -- so if there was an

10  off-site pattern from the source, from the SLRC source,

11  you wouldn't miss it if it were east or east and a

12  little bit north or east and a little bit south.  What

13  you are trying to do is not miss a trend.

14      Q.    Assuming that you have enough data to detect

15  one, correct?

16      A.    Your words.  I think we have enough data.

17      Q.    Well, I'm not characterizing anything in any

18  particular way.  I'm just saying as a concept you would

19  need enough data to be able to detect a trend, would

20  you not?

21      A.    I think we spent a good part of the morning

22  talking about the sufficiency of the data, so I'm

23  reasonably confident that if there was a spatial trend,

24  we would have encountered it.

25      Q.    My question was different, my question is

Page 100

1    that in order to detect a spatial trend as a general

2    concept, you would need enough data to do so, would you

3    not?

4          A.    I would agree with that.

5          Q.    So on page 34 of your report, there are a

6    listing of the soil samples.  I believe we referred to

7    this earlier, the sampling locations.  So this analysis

8    included four soil samples in the class area, correct?

9                I'm sorry.  Let me rephrase that.  Four

10   soil sample locations in the class area, correct?

11         A.    That is correct.

12         Q.    And 17 locations in the regional area for

13   the soil analysis; is that correct?

14         A.    That is correct for the surface soils, yes.

15         Q.    Okay.  So you took those and then further

16   divided those samples into four specific groups for the

17   purposes of the analysis.

18                And in each of those quadrants, you

19   looked to see if you could identify a declining

20   gradient, correct?

21         A.    Yes.

22         Q.    And those analyses are contained in pages 36

23   through 42 of your report, 36 being the narrative and

24   then some graphs following.  If we can go to the

25   graphs.  Right?

Page 101

1          So this is the analysis you performed

2  regarding that directionality?

3      A.    Well, I'm glad you put that figure on.  So

4  it allows you to see the directionality, but it's also

5  not difficult to superimpose these figures on top of

6  each other and to ask the question do I see a trend

7  without the directionality.  You can use these tools to

8  look at it both ways, combined and not combined.

9      Q.    Well, maybe you can, but for purposes of a

10 lay understanding, what's presented here are

11 noncombined analysis, right?  They are group analyses

12 to the north, to the south, to the east, to the west,

13 correct?

14     A.    Yes.

15     Q.    So this first -- actually, it's good that we

16 are on this page.  This first figure that we are

17 looking at, Figure 2, it says that -- this is with

18 trichloroethylene in surface soil.  And it says, "No

19 detections in any study area."

20          Is that accurate?

21     A.    I don't think we had any detections in it.

22     Q.    And these gray bars include the historical

23 samples from the Lockheed Martin site as well, right?

24     A.    Well, the --

25     Q.    If we scroll down the page a little bit we

Page 102

1    can see the key.  There it is.

2          A.    I think what's being said here is -- yeah.

3    Sorry.  I just needed to look at it for a second.  I'm

4    not aware of any detections they are getting in surface

5    soil.  Yeah, surface soil.

6          Q.    Okay.  And that's with the four samples in

7    the class area, the 21 regional background samples and

8    then 445 historical samples from the Lockheed Martin

9    site, right?

10         A.    That is correct.

11               MR. ROCHA:  Okay.  I'll mark as Exhibit 8 a

12         section of the database that was produced on TCE.

13         (Thereupon, TCE Soil Full Database Results was

14         marked for identification as Plaintiff's Exhibit

15         8.)

16   BY MR. ROCHA:

17         Q.    And while I'm doing that, you used gas

18   chromatography to analyze volatiles in the soil, right?

19         A.    That is correct.

20               MR. ROCHA:  Isaac, if we can bring up

21         Exhibit 8, please.  And actually, before we do --

22         well, here we are.

23   BY MR. ROCHA:

24         Q.    So this is a snapshot from the database of

25   soil sampling results that actually shows a significant

Page 103

1    number of exceedances from the historical sampling.

2              Is there a reason why that's not

3    contained in your report in its analyses?

4         A.    Yes.

5         Q.    Okay.  Why is that?

6         A.    Well, look at the first one.  It looks like

7    it's not a surface sample.  It's a subsurface sample.

8         Q.    Okay.  And how can you tell that?

9         A.    If you look at the sample name, the data in

10   parenthesis, I believe, is the sample depth.

11        Q.    Okay.  So that's indicating there to you

12   that that's 4 and a half inches deep?

13        A.    That may be 4 and a half feet.

14        Q.    Hard to tell from just this data, huh?

15        A.    We can look at the actual reports and

16   confirm, but I'm pretty sure that this is a subsurface

17   soil.

18        Q.    Okay.  So let's skip past these first ones

19   that were selected in 1990 then.

20              What about these two 1997 samples.  They

21   start TP3-7-CSO, and a date indication for July

22   31st, 1997.

23        A.    Well, these are test pit -- I believe these

24   are test pit samples.  We can go into the lab or the

25   report to figure out if they are surface or subsurface,

Page 104

1    but I believe they are subsurface samples.

2         Q.    Okay.

3         A.    I think that letter B and C are talking

4    about the locations that would be referenced in the

5    corresponding report.

6         Q.    Is there any particular manner in which you

7    organized the samples in the database to determine what

8    would be included in the analysis and what would not

9    be?

10        A.    Yes.  For samples that were identified as

11   surface soils, we would include them.

12        Q.    And how -- where is the identification?  In

13   other words, if you were to query the database, what

14   query would you put in to distinguish surface from

15   nonsurface samples?

16        A.    Can we put on the exhibit, the big one.  I

17   think it was Exhibit 5.

18        Q.    I believe that's correct.

19        A.    Is it possible to open it up real quick.  My

20   eyes hurt.

21        Q.    It's hard to read it as a PDF.

22              So these are groundwater samples.  And,

23   again, this is a PDF so it may be hard for us to get

24   to soil, but this is the database as it looks.  You

25   can sort it any way you want to.

Page 105

1            So how would you sort it to distinguish

2      surface and subsurface?

3            A.    I'm sorry.  I think we need to look at

4      Attachment 4, which has all the sample information, and

5      I believe the sample depth is in that.  Could we -- do

6      you see those columns over on the right, it says start

7      depth and end depth?

8            Q.    Yes, sir.

9            A.    So when a start depth equals zero, that

10     tells you it's a surface soil.

11              MR. ROCHA:  Got you.  Okay.  I see what you

12        are saying there.  Turn back to your analysis.

13              And we can put Exhibit 2 back on, Isaac.

14     BY MR. ROCHA:

15            Q.    You didn't perform any additional analysis

16     of directionality besides what's presented here in your

17     attachments, correct?

18            A.    That is correct.

19            Q.    Okay.  If we could go to page 41 to the

20     bottom, there's a discussion.  It says, "Chromium

21     concentrations in surface soil with increasing

22     distance.  Like lead in cadmium, chromium exhibit no

23     evidence of current or historical releases from the

24     site as evidenced by no surface soil detections in any

25     spatial domain above residential or industrial SCTLs

Page 106

1    and no declining concentration gradient potentially

2    indicating emissions from the site migrating towards

3    the north, south, east or west."

4            And this is chromium, but you don't

5    actually in your report have graphs for lead and

6    cadmium, do you?

7        A.    I thought I put them all in as attachments.

8    Let's see.  Can we go back to the attachment list on

9    the report.

10       Q.    I think I can help you with that.  I believe

11   that's Attachment 9, if I'm looking at it correctly.

12   We can mark that.  But it's graphs that look similar to

13   these that are presented in your report, correct?

14       A.    It should be, yes.

15           MR. ROCHA:  And for completeness sake, we

16       can mark that one second.  Okay.  I've marked

17       Exhibit 9, that attachment.

18       (Thereupon, Attachment 9 to Expert Report was

19       marked for identification as Plaintiff's Exhibit

20       9.)

21   BY MR. ROCHA:

22       Q.    And I think you can find lead on page 36.

23           Is that what you were referring to,

24   Mr. Emsbo-Mattingly?

25       A.    I believe it is, yes.

Page 107

1          MR. ROCHA:  Okay.  And I'll put up another

2      exhibit we'll mark as Exhibit 10.

3      (Thereupon, Lead Soil Full Database Results was

4      marked for identification as Plaintiff's Exhibit

5      10.)

6  BY MR. ROCHA:

7      Q.    These are the lead results of soil sampling

8  that were contained in the database.  Does that look

9  like what you would expect that to look like?

10     A.    Yeah.  It looks like it's an excerpt from

11  them, yes.

12          MR. ROCHA:  Okay.  And we'll mark as Exhibit

13      11.

14          Exhibit 10 includes all of the lead

15      sampling in that database of soil.  Exhibit 11

16      will be a subset of samples from this year.

17      Okay.  That's been marked.

18      (Thereupon, Lead Sample Summary was marked for

19      identification as Plaintiff's Exhibit 11.)

20          MR. ROCHA:  And then I'll mark as Exhibit 12

21      a USGS survey that was conducted on soil

22      backgrounds in Florida.

23      (Thereupon, USGS Survey was marked for

24      identification as Plaintiff's Exhibit 12.)

25  BY MR. ROCHA:

Page 108

```
 1        Q.    This USGS survey determined that background
 2   lead concentrations in Florida were an average of
 3   6.2 milligrams per kilogram.
 4              If we could go to the next page.
 5              Does that sound about right?
 6        A.    I would have to look at this report in more
 7   detail, but it is what the screen says.
 8              MR. ROCHA:  Okay.  So I'll mark as Exhibit
 9         13 a further description of your lead sampling
10         results, and that should be marked now.
11              Isaac, if you could bring it up when you
12         have it.
13         (Thereupon, Lead Soil Pattern Exhibit was marked
14         for identification as Plaintiff's Exhibit 13.)
15   BY MR. ROCHA:
16        Q.    So if we scroll down on this page, this is
17   the image of the sampling locations from your report,
18   correct?
19        A.    Oh, sorry.  Lost my screen.
20              Yes.
21        Q.    And if we go to the second page of this
22   exhibit, stop right there, we looked at the gradients
23   of points that were closer together than 90 degrees in
24   a compass direction.
25              Do you see here CR2 had results of
```

Page 109

1   14 milligrams per kilogram and 15.3 milligrams per

2   kilogram?  Correct?

3        A.   That's what you have on your figure, yes.

4        Q.   Now, RB2, which looks to be almost directly

5   behind it in the same direction, has slightly lower

6   concentrations reading 10.7, 9.73 and 10.6 milligrams

7   per kilogram, correct?

8        A.   That's what the figure says, yes.

9        Q.   Okay.  And GS3, which is slightly in another

10  direction, reads 3.76 milligrams per kilogram; is that

11  correct?

12       A.   That is what it says.

13       Q.   And if we could go to the next page of this.

14            CR1 read 33.8 milligrams per kilogram and

15  16.2 milligrams per kilogram, correct?

16       A.   That's what it says.

17       Q.   RB3, which is mostly in the same direction,

18  a little bit more to the north and a little bit further

19  away from the plant, reads 6.48, 11.1 milligrams per

20  kilogram, correct?

21       A.   That's what it says.

22       Q.   And GS5, which again is generally in the

23  same direction, a little bit more to the north and a

24  little bit further away, is an even lower

25  concentration, 4.29 and 3.62 milligrams per kilogram,

Page 110

1  right?

2       A.    That's what it says.

3       Q.    Isn't that indicative of a declining

4  concentration gradient?

5       A.    If you return to Attachment 9 on the lead

6  page, you are going to see something that is pretty

7  important.  The first thing is that the FDEP

8  residential limit, right, if you go down to the key --

9  do you see below?  The residential limit, do you see

10  that, it's 400 milligrams per kilogram.  The industrial

11  limit is 1,400 in soil, so these are the Florida DEP

12  soil clean-up target levels.

13            So these are the levels that the good

14  State of Florida has endorsed as being levels of

15  significant for exposure that require clean-ups if

16  they are residential.

17            The remarkable thing in the first

18  instance is that, I believe, all of the on-site

19  soils are less than the residential.  That is to

20  say, the gray points are well below the residential

21  limit, and the limits detected in each of those

22  transects are also well below that limit.

23            And then if you look at the spatial

24  trends there, you can see that -- let's take this

25  one.  Let's -- which is yours?  The last one you

Page 111

1    did.  I think you were going north, right?  Let's

2    look at the north.

3            So we recognize that there is, you know,

4    some variability within lead.  Lead is a ubiquitous

5    contaminant, and that's largely what USGS was

6    tracking.

7            And so you can see here that there's some

8    ups and downs, but the central tendency is that

9    nothing is trending up towards the line, and in

10   fact, some of the highest detections are at

11   significant distance from the site.

12           So you get some -- you have to remember

13   that in the case of -- in the case of lead, right,

14   you have to remember what we are talking about here.

15   USGS is thinking about the concentration of ambient

16   soil in Florida, right?  But local sources closer to

17   where we have more development have lots of

18   contributions to lead.  Lead is a poster child for

19   what this is.

20           It can come from solder, from pipes, from

21   batteries, from weights, from ammunitions and shot.

22   I put it in one of my tables.  So you have the

23   benefit of seeing how many other sources could nudge

24   this number up from the ambient soil concentration,

25   so some variability in the concentration is

Page 112

1    expected.

2            And because you can plot three points

3    that show a declining degradation -- a declining

4    pattern, it doesn't invalidate the fact that you see

5    variability, and a lot of that variability is

6    actually higher in the farther distances from the

7    site.

8        Q.    Not to the north though.

9        A.    What's that?

10       Q.    Not to the north though.

11            If we go back to Exhibit 13, we looked at

12   the sites to the north.  We can go to the next page.

13   Same degradation with RB7 to GS8, correct?

14       A.    Yeah, but this is -- it's important that you

15   are pointing this out because this is exactly what we

16   expect.

17            As you trend away from areas where

18   there's just simply more people and activity, you

19   are going to have lower concentrations of many of

20   these contaminants.

21       Q.    How many people reside around GS8?

22       A.    I don't know.  We can look at the density --

23       Q.    How many people reside around RB7?

24       A.    I don't know.

25       Q.    Okay.  If we can go back up to the next

Page 113

1    sheet.  Thank you.

2              You mentioned concentration limits.

3    Those are -- for soil concentration those are made

4    with regards to ingestion concerns, correct?

5         A.    They are concerns for the most sensitive

6    receptor pathway.  That's my understanding of how

7    Florida sets those numbers.

8         Q.    You are going to be exposed to metals in the

9    soils largely by ingestion -- ingesting them, correct?

10        A.    That would be the way to get the most

11   impactful exposure, yes.

12        Q.    But the purpose of your analyses was to look

13   at historical air emissions, correct?

14        A.    I'm trying to figure out if the soil is

15   significantly contaminated by SLRC, and the

16   concentrations on site at SLRC are very low.  And they

17   stay low as you go through the residential areas, so

18   no, there's no significant trend here.

19        Q.    My question was you looked at soil samples

20   to determine whether or not there were any airborne

21   pathways of exposure, did you not?  Is that not the

22   reason for your soil analysis?

23        A.    It is, yes.

24        Q.    So whatever the FDEP's soil regulations are

25   is not relevant to whether or not air transport did

Page 114

1    occur, is it?

2         A.    Yeah, they are.  Because that tells us

3    whether or not the off-site -- the off-site discharges

4    are creating a hazardous condition off site.

5         Q.    With regards to the soil, but that doesn't

6    tell you whether or not they've created hazardous

7    conditions in the air, correct?

8         A.    That is correct.

9         Q.    Another -- I'm sorry.  I'm in the middle of

10   a question.

11        Another reason -- another form of this

12   analysis was not just whether FDEP guidelines were

13   exceeded.  It was also, secondarily, whether or not

14   there were any declining gradients of

15   concentrations.

16        These are declining gradients of

17   concentrations, are they not?

18        A.    Not really.  Let me show you one.  Let's

19   look at GS05, okay?  Remember, what we are doing here

20   is we are comparing the surface and the subsurface, and

21   your figure nicely displays both.

22        In the case of GS05, you have a lower

23   concentration at surface and a higher concentration

24   below surface.  This is the same thing that happens

25   at RB03.  So the question is what's more likely?  Is

Page 115

1    that surface receiving atmospheric deposition or is

2    it simply receiving contaminates from the property,

3    from the soil on the property, from depth?

4           The answer is in this case, there's no

5    surficial enrichment.  That's the first test.  And

6    then is there a declining gradient?  Well, these

7    surfaces did not have surface emissions, so, no,

8    this is not a declining gradient.

9        Q.    To be fair, the comparison of the subsurface

10   levels is actually the second test in your analysis,

11   isn't it?  You look first at the surface soils.

12       A.    No.  They work together.

13       Q.    Okay.  So your conclusion based on a sample

14   taken from the top half inch of the soil versus a

15   sample taken between 1.7 inches and 2.5 inches below

16   the soil is that no enrichment is possible?

17       A.    We are not observing enrichment at these

18   locations, that is correct.

19       Q.    And what is the methodology by which you use

20   a sample that's about two inches deep as a subsurface

21   sample for comparison purposes?

22       A.    Common sense.

23       Q.    Okay.  Let's go to your air analyses.

24           Actually, before we go there, you're

25   aware that there were not any detections in the

Page 116

1   class area for manganese or selenium, correct?

2       A.    I would have to check the database to

3   confirm that.

4       Q.    Okay.  To be clear you didn't look at

5   gradients like this; you just looked at the gradients

6   within the 90 degrees compass points.

7       A.    I looked at the data every which way, so

8   yeah, I did do this, and I --

9       Q.    Why didn't you disclose that in your report

10  or its attachments?

11      A.    I thought the attachments I was providing

12  were the most instructive as to what the patterns were.

13      Q.    I asked you earlier in this deposition

14  whether you conducted any analyses that were not

15  included in the report and the attachments, and you

16  told me that you had not.

17      A.    Well, I did resort to common sense from time

18  to time.

19      Q.    Well, that's not an answer to my question,

20  respectfully.

21            You told me earlier in this deposition

22  that there were no analyses that you conducted that

23  you did not include in your report or the

24  attachments.

25            Are you now telling me that that was a

Page 117

1    misstatement?

2         A.    Well, respectfully, I did include it in the

3    report.  So if you go to the surface -- which is it?

4         Q.    Let's pull up Exhibit 2.

5         A.    Well, okay.  So these are -- these are

6    surface soils.  For all of the data I did compare the

7    surface and the subsurface soils.

8         Q.    Where does that analysis appear in your

9    report?

10        A.    I'm just going to look at the report.  Okay.

11   This is page 62.  Sorry.  Yeah, 62 of the PDF, section

12   7.3.

13           Okay.  Second sentence:  "Detailed

14   comparison of surface and subsurface soil

15   demonstrates surface enrichment of combustion

16   byproducts PAHs and 2378TCDD."

17           Other analytes -- "Other analytes were

18   either not detected or not significantly enriched in

19   surface soil above applicable regulatory limits."

20        Q.    Okay.  So you were just looking at

21   regulatory limits there?

22        A.    I'm considering both, but yes.

23        Q.    Considering both what?

24        A.    An enrichment -- I am primarily concerned

25   with the degree to which the enrichment exceeds a

Page 118

1    regulatory limit, yes.

2         Q.    Okay.

3         A.    But I'm looking at the enrichment just flat

4    out in absolute scale.

5              MR. ROCHA:  Okay.  This may be a good time

6         to pause for five minutes.

7              THE VIDEOGRAPHER:  We are off the video

8         record at 2:42.  This ends Media Unit 3.

9         (Thereupon, a recess was taken in the proceedings

10        from 2:42 p.m. to 2:50 p.m.)

11             THE VIDEOGRAPHER:  Back on the video at

12        2:50.  This begins Media Unit 4.

13   BY MR. ROCHA:

14        Q.    Mr. Emsbo-Mattingly, we've been talking

15   about your soil sampling analysis.  I would like to

16   turn to your air analyses.  You did a similar grouping

17   by compass direction for your air analyses as well,

18   correct?

19        A.    That is correct.

20        Q.    And you conducted four subgroup analyses

21   based on sample locations that you had grouped as

22   north, grouped as south, grouped as east and grouped as

23   west, right?

24        A.    That is correct.  That's one way we group

25   them.

Page 119

1        Q.     How else did you group them?

2        A.     Well, as I said before, you can -- I did it

3   that way so that you could look at them separate or you

4   could sort of superimpose the images and see if there

5   was a trend when you can find them.

6        Q.     So to reask my question, you said that you

7   grouped them by compass directions.  How else were

8   these sample locations grouped?

9        A.     They were grouped by domain, that is,

10  spatial domain.  We reviewed that before.  There's

11  regional background, there's class commercial, class

12  residential, on site.  You know, we can -- the idea was

13  to create ways you could sort it different ways to look

14  at it.

15       Q.     Okay.  So for the purposes of the air

16  analysis, there were regional background samples that

17  were grouped with geostatistical samples in each of the

18  four compass directions, right?

19       A.     I think that is correct.

20       Q.     And some of those regional background

21  samples are actually class area samples, right?

22       A.     That is correct.

23       Q.     And each geostatistical sampling location

24  labeled GS was only sampled on one day, right?

25       A.     That is correct, yes.

Page 120

1        Q.    RB locations were sampled on eight different

2    days?

3        A.    Roughly.

4        Q.    Okay.  And the LM locations were sampled on

5    three different days?

6        A.    I think that's right.

7        Q.    Okay.

8        A.    It's in the material, yeah.

9        Q.    And in your report, you generate similar

10   tables for the air analyses -- I'm sorry -- not tables,

11   figures.  Those are figures 13 through 15 of your

12   report?

13       A.    That is correct.

14       Q.    Okay.  So in those analyses that are

15   represented by those and similar figures in your

16   attachments, you were including samples not only from

17   different locations but also from different time

18   periods, right?

19       A.    We were presenting all the data that we had.

20             Is that what you asked?

21       Q.    Essentially.  Does that data include

22   different dates for each sampling location?

23       A.    It should, yes.

24       Q.    So in other words, it's a collection of

25   sampling values from a number of different days all

                                              Page 121

 1    lumped in together the same analysis?

 2              MR. WEINSTEIN:  Object to the form.  You may

 3         answer.

 4              THE WITNESS:  You'll see on the figures when

 5         they are collected over multiple days and they get

 6         different detections, you'll see a lot of dots

 7         stacked on top of each other.  And if there are no

 8         detections, you'll kind of see what would look

 9         like one dot towards the baseline.

10              Does that make sense?

11    BY MR. ROCHA:

12         Q.   What can an air sample taken on May 18th,

13    2022 tell you about conditions that occurred on

14    January 18th, 2022?

15              MR. WEINSTEIN:  Object to the form.

16              THE WITNESS:  Are you talking about a

17         specific figure?

18    BY MR. ROCHA:

19         Q.   No.  Conceptually what can an air sample

20    that's taken on May 18th, 2022, tell you about the

21    conditions take on January 18th, 2022?

22              MR. WEINSTEIN:  Object to the form.

23              THE WITNESS:  What we are evaluating is the

24         ability for SRLC emissions on that day or the

25         previous day, we'll say, to migrate off site.  So

Page 122

1        we are evaluating the conditions on that

2        particular day.

3                When we measure a particular -- we

4        measure air at a particular location over eight

5        weeks, we'll say you're capturing the

6        variability over time.

7                So the samples that we generate tell you

8        different things.  First is the spatial

9        distribution.  The second is the temporal

10       distribution over time, how do the contaminates

11       vary over time.

12   BY MR. ROCHA:

13       Q.    So did I understand your testimony correctly

14   to say that an air sample is only really going to

15   inform you about emissions that occurred on that day or

16   the day before?

17       A.    Within a short time period around the

18   emission.  That's what we are trying to detect with the

19   air sampling program that we implemented.

20       Q.    And so if we wanted to do a similar analysis

21   of gradient as was demonstrated in Exhibit 13, for air

22   samples, we would only have one day of data that we

23   could possibly compare an RB sample to a GS sample,

24   correct?

25       A.    I believe that is correct, yes.

Page 123

1          Q.     And would similar concepts apply to a

2     further PIANO analysis of an air sample?  Does that

3     have the ability to tell you anything about previous

4     temporal periods than the sample itself would?

5          A.     Are there specific samples you would like to

6     look at or are we still at concepts?

7          Q.     Just concepts.  If I -- in other words, if I

8     do a PIANO analysis for an air sample taken on

9     May 18th, 2022, that does not really inform anything

10    about conditions that occurred in December 4th of 1996,

11    right?

12         A.     That is correct.

13         Q.     Or even December 4th, 2021, right?

14         A.     That is also correct.

15         Q.     So nevertheless, on the basis of two

16    sampling locations in the class zone for air sampling

17    and four sampling locations in the class zone for soil

18    sampling, you've made conclusions about all air impacts

19    over the last 40 years from SLRC?

20               Is that your opinion?

21         A.     No.

22         Q.     So you don't have any opinions about the

23    historical impacts of air emissions from VOCs other

24    than on the sampling dates that you collected?

25         A.     Well, if more data become available, we can

Page 124

1    take a look at that.  There are sites that have, you

2    know, soil detections and declining detections off site

3    that are helpful for VOCs.

4              But as it relates to the air data, which

5    is what you are asking me about, we are not using

6    the air data to reconstruct the historical

7    emissions.

8         Q.   Why not?

9         A.   Because they tell us about the emissions

10   that are occurring today.

11        Q.   They don't tell you about the emissions that

12   occurred last year, right?

13        A.   No.

14        Q.   Or 15 years ago?

15        A.   The air data does not, no.

16        Q.   How would you try to analyze air impacts

17   that occurred 15 years ago?

18        A.   We spent most of the early part of the day

19   talking about this.  But the air emissions will be --

20   will have a particulate component which does settle out

21   in the near field and the far field and does exhibit a

22   declining pattern if it is -- if the emissions are

23   significant and they are released over a longer period

24   of time.

25              And so we are using the soil data with an

Page 125

1    emphasis on the heavy PAHs and the metals and the

2    other heavy constituents and particle reactive

3    constituents to evaluate historical discharges.

4              We are not using the air data to evaluate

5    the historical emissions.

6        Q.    Because the air data can't tell you about

7    historical emissions, can they?

8        A.    I don't want to presuppose what other

9    experts are working on.  I did not use it for that.

10       Q.    Are you aware of any methods by which you

11   could use current air data to analyze impacts that

12   occurred 30 years ago?

13       A.    I would defer to other experts on that

14   issue.

15       Q.    Okay.  And with regards to your soil

16   analyses, those are limited to impacts from PAHs and

17   metals, correct?

18       A.    Those seem to be the most significant things

19   in the allegation, so that's what we focused on.

20       Q.    They do not contain -- the soil analysis do

21   not contain any informative information about

22   historical vapor emissions; is that correct?

23       A.    Well, they do in the sense that the gas --

24   the emissions can come out as a combined stream,

25   particulates and vapor, and so the vapor were not

Page 126

1    capturing in the soil data.  We are not expecting it

2    to, but the particulate traction we would expect to see

3    a pattern.

4         Q.    Did you develop a conceptual site model for

5    this project?

6         A.    We developed a hypothesis, we developed

7    data, and we tested it so we used the scientific

8    method.  And the conceptual site model is a separate

9    thing.  It's a separate exercise.

10        Q.    So you didn't develop a conceptual site

11   model for the purposes of your analysis?

12        A.    I didn't need to do such a thing.

13        Q.    Did you utilize US EPA's DQO process in

14   developing your sampling and analysis programs?

15        A.    We did.

16        Q.    Where is that described in your report and

17   the attachments?

18        A.    It's foundational for the laboratory.  They

19   have it built into their standard operating procedures,

20   and the protocols that we are using are -- have

21   actually been used to inform their SOPs, and that's

22   where it resides.

23        Q.    Okay.  The DQO was used by the laboratory

24   that analyzed your samples is what you are saying; is

25   that accurate?

Page 127

1      A.    Yes.

2      Q.    Okay.

3      A.    DQO stands for data quality objectives.

4      Q.    Right.  So outside of the laboratory that

5  has analyzed your sampling results, you did not develop

6  any data quality objectives for your plan or analysis.

7            Is that accurate?

8      A.    No.

9      Q.    What data quality objectives are described

10  in your report and the attachments?

11      A.    One data quality objective we talked about

12  this morning, which was the collection of samples using

13  a statistical framework, so we have data quality

14  objectives in that phase of the investigation.  We have

15  DQOs built into -- excuse me -- the field sampling plan

16  for the soils and the air, things like the collection

17  of equipment blanks, the precleaning of cannisters

18  before we collect samples from them.  Those are all

19  components of the data quality objectives that we used

20  on this program.

21      Q.    And the data quality objectives regarding

22  the sample location, the number of samples, the

23  representativeness of those samples, that's not

24  described anywhere in your report or the attachments,

25  right?

Page 128

1     A.     No.  They are described in the report and
2     the attachments.  I just told you where they were.
3          Q.     Where?
4          A.     What?
5          Q.     Where are they?
6          A.     Well, the sampling called a sample
7     collection information is in the attachments for the
8     sampling effort by --
9          Q.     That would be Attachment 7 for the soil and
10    Attachment 8 for the air?
11         A.     Attachment 6 is for the soil.  Attachment 7
12    is for the air.  The data quality objectives in each
13    level of the work that we are doing are in the
14    attachments.  So you'll see, for example, the
15    analytical laboratory reports have -- there are
16    thousands of pages with data quality information in it.
17              I would argue that the greater portion of
18    my work is focused on data quality.  I don't even
19    know how to answer that.
20         Q.     Well, I didn't see any data quality
21    objectives regarding the representativeness of the
22    sampling design.  Did I miss that or is that not
23    contained in your report or the attachments?
24         A.     Yeah, you missed that.
25         Q.     Okay.  Where is that described?

1    A.    Just look at the field duplicates or the lab

2    duplicates that tell us about the precision.  The

3    blanks tell us about the accuracy.  The comparability

4    has to do with the reference samples that are riddled

5    throughout the laboratory reports.

6              There's a reason that NOAA uses us as one

7    of their primary subcontractors.  It's because we

8    have QC at every level of what we are doing.  So you

9    need to look a little harder.

10    Q.    Where is the QC regarding the representative

11    of the sampling location and the number of samples?

12    A.    That is the piece that I said I can -- we

13    can produce at a later time.  That's the VSP discussion

14    we had this morning.  The analytical, as I said, is in

15    the thousands of pages of the analytical report, and

16    the field ops QAQC is in Attachment 6 and 7.

17    Q.    And I'm just looking through Attachments 6

18    and 7, which are Exhibits 6 and 7.  I'm not seeing any

19    discussion about probabilities or confidence intervals.

20    Is that somewhere in there or did I miss that?

21    A.    No.  That's not -- that's not exclusively

22    what a DQO is about.  The DQOs are the criteria that

23    they use to establish precision and accuracy.  And they

24    do that through the collection of special quality

25    control samples, equipment blanks, decon procedures.

Page 130

 1  These are all components in DQO processes.

 2      Q.    You would agree -- sorry.  I didn't mean to

 3  cut you off, Mr. Emsbo-Mattingly.

 4      A.    No.  It's okay.  Go ahead.

 5      Q.    The probabilities of sampling locations and

 6  confidence intervals are also components of a DQO.

 7            Are they not?

 8      A.    Yes.

 9      Q.    And so I'm looking for those particular

10  components of the DQO in trying to understand whether

11  or not they are contained in your report and the

12  attachments.

13      A.    Okay.  Let's open up Attachment 8.  I'm

14  sorry.  My dog is knocking at the door.

15      Q.    Understandable.  My dog can't stand when I'm

16  on a Zoom either.

17      A.    Okay.  Do we have Attachment 8 available?

18            MR. ROCHA:  Isaac, if you could please bring

19       that up.

20            THE CONCIERGE:  I don't believe Attachment 8

21       has been marked yet.

22            MR. ROCHA:  Let me go into the attachment

23       folder.  I believe that's marked as Exhibit 8.

24       One second.

25  BY MR. ROCHA:

Page 131

1        Q.    Oh, I see.  So Mr. Emsbo-Mattingly,

2   Attachment 6 is the soil sampling procedures.

3   Attachment 7 is the air sampling procedures.

4           Did you want to pull up a different

5   attachment than those?

6        A.    Yes.  I was going to show you Attachment 8

7   that has a lot of the precision and accuracy stuff.

8              MR. ROCHA:  I can mark it.

9              THE WITNESS:  There's probably a lot of

10         them.

11             MR. ROCHA:  Yeah.  There's 8A through 8R.

12         Do any of them work for the purposes of what you

13         are trying to do?

14             THE WITNESS:  Yeah, just bring one.  That's

15         fine.

16             MR. ROCHA:  Exhibit 15 will be attachment

17         8A.

18         (Thereupon, Attachment 8A to Expert Report was

19         marked for identification as Plaintiff's Exhibit

20         15.)

21   BY MR. ROCHA:

22        Q.    This is an analytic report from the lab,

23   correct?

24        A.    It should be, yeah.  I can't see it on

25   screen just yet.

Page 132

1      Q.     It should be available momentarily.

2      A.     Okay.  So in terms of the quality

3   assessment, let's advance a page.  I'm not going to go

4   through all 204 pages, but -- so you have the sample

5   information, and then the next page you see the trip

6   blank there?  Sorry.  Can you go back up a second.

7           You see the trip blank?  That's a DQO

8   provision.  That is -- it links together the field

9   work plan and the lab work plan.  So the field

10  collects it, right, and the lab assesses it.  So

11  that's kind of what we're working towards.

12          All right.  Next slide, next page.  All

13  right.  This is a case narrative, and it talks about

14  any QC issues that occurred during the analysis.

15  Next page.

16          Same thing.  Looking at different issues

17  here and keep going.  Keep going.  Keep going.

18  These are the organic results, volatiles.  Okay.

19          So we have issues of the DQO objective is

20  sensitivity.  And one thing that's manifest here is

21  the RL, which is the reporting limit, lowest limit

22  of the calibration.  The MDL is the sensitivity

23  level of the method.  The qualifiers are telling us

24  whether a detection is -- in this case the J value

25  is a low value.

Page 133

1              And we can keep going.  Keep going to --

2      here we go.  We have surrogates.  This is a

3      parameter that's used to assess accuracy.  So we've

4      done sensitivity, accuracy.  We need to look at

5      precision and maybe some spikes, which is also

6      accurate.  So you can keep going.

7              Okay.  So we have more of the samples.

8      We can go through the samples and advance a few

9      pages here.  More accuracy stuff with the

10     surrogates.

11             Okay.  Keep going.  We are only on sample

12     three, so you can keep going.  I would say maybe

13     another 20 pages.  Okay.  Let's see.  What are we

14     looking at here.  Okay.  This is eight.  Maybe we

15     can keep going here.  Nine.  Try to get to the end

16     of the samples.  There's a trip blank.  So no

17     detections.  We saw that.

18             QC recoveries.  Method blank analysis.

19     This is telling us that there is -- there is no

20     false positive bias to any of the measurements.

21             You can keep going down.  Keep going.

22     Okay.  This is good.  More blanks, lots of blanks.

23     This is clean.

24             Got a little detection of chloraform on

25     that one.  Keep going.  We are going to get to the

Page 134

1    blank spikes in a second.  Keep going.  There's a

2    lot of QC here.  QC is quality control.

3         Q.    So Mr. Emsbo-Mattingly, we've looked now --

4    I think we are on page 75 of this 204-page report.  And

5    I understand you are identifying components of DQO with

6    regards to the analysis of samples that occur in the

7    laboratory that you hired as a contractor.

8              My question was regarding the components

9    of the DQO that go into the selection of the

10   sampling locations, the number of locations to be

11   used.

12             Is that contained in Attachment 8?

13        A.    No.

14        Q.    Is it contained in Attachment 6 or 7?

15        A.    I don't believe so.

16        Q.    Is it contained in the body of your report

17   or any other attachment?

18        A.    It's -- the assessment of data quality

19   objectives is an evaluation that's done on many

20   different constituents using many different measures of

21   quality.  And a lot of those manifest themselves in the

22   laboratory report even though in many instances, for

23   example, the trip blank is used to evaluate the field

24   sampling program.

25             The only component that we've identified

Page 135

1    that has a testing -- a confidence limit that you

2    are, I think, searching for is the assessment of the

3    error rates which we can -- which are coming out of

4    the VSP discussion we had this morning.

5           So we are trying to minimize the error

6    rates.  Again, that's the alpha that we discussed

7    this morning.  That's at the 5 percent level, and

8    the way in which we do that is by collecting a

9    sufficient number of samples, in fact, fixating

10   those.  So I think that's my answer to your

11   question.

12      Q.    Okay.  Would you agree with that one

13   component of representativeness is addressed by

14   properly specifying the number and locations of samples

15   within the study design?

16      A.    That's what we do, yes.

17      Q.    If you've done it, you've not described it

18   in your report or the attachments, correct?

19           MR. WEINSTEIN:  Object to the form.

20           THE WITNESS:  I believe we have done it, and

21        we've identified a paragraph or two that was not

22        included in the report, which certainly can be

23        produced.  And we've talked about it here today,

24        so I don't know what else I can proffer to satisfy

25        this line of questioning.

Page 136

1              MR. ROCHA:  Okay.  I'm going to mark a few

2         exhibits.  I believe the last document that we

3         were looking at was Exhibit 15, so I'm going to

4         mark Exhibit 16 and 17.

5         (Thereupon, ITRC Soil Chapter 8 was marked for

6              identification as Plaintiff's Exhibit 16.)

7         (Thereupon, ITRC Soil Chapter 9 was marked for

8              identification as Plaintiff's Exhibit 17.)

9              MR. ROCHA:  And my question relates to

10        Exhibit 17, if we could pull that up, Isaac.

11   BY MR. ROCHA:

12        Q.    On page 6 it discusses sampling design, and

13   there's two types of design identified, judgmental,

14   targeted or biased sampling design is one, and the

15   other is probability-based statistical sampling design.

16              Are you familiar with those two kinds of

17   design?

18        A.    Yes, I am.

19        Q.    Okay.

20        A.    Could I trouble you to just show me what

21   this document is?

22        Q.    Oh, I'm sorry.  Yes.  This is a chapter from

23   the ITRC.

24              Are you familiar with that organization?

25        A.    I am.  I've cited them many times in this

Page 137

1    report.

2                   MR. ROCHA:  Okay.  So it doesn't contain any

3           markings.  It's just the way that it prints off of

4           their website.  If you like, I have a version of

5           this that you get when you just do a PDF print.

6                   And for purposes of the record and

7           clarification, I'll mark that as Exhibit -- I

8           believe the next one is 18.  It's just if you

9           do a print to PDF from their website the

10          formatting comes off in a difficult fashion.

11                  But for purposes of establishing where it

12          came from, it can be helpful.

13                  THE WITNESS:  Okay.

14          (Thereupon, ITRC Soil Chapter 9 was marked for

15          identification as Plaintiff's Exhibit 18.)

16   BY MR. ROCHA:

17          Q.    So Exhibit 18 is a different version of this

18   with the ITRC marking on it, but, as you see, it's a

19   little more difficult to read it in the format that it

20   comes in.  But if you would like to refer to that one

21   instead, by all means.

22          A.    Whichever one you want to use as an exhibit

23   is fine.  Let's use this one.

24          Q.    Okay.  So 9.5 is the sampling design.

25   That's on PDF page 17 of this one.

Page 138

1       A.      Okay.

2       Q.      And it describes the two types of design.

3   And in 9.5.2, probability-based statistical sampling

4   design, it says, with each -- "With probability-based

5   statistical sampling design, possible sampling location

6   has a known probability of being selected, and only

7   those sampling locations selected are sampled and used

8   in the development of background concentration."

9              And, again, so these known probabilities

10  are not included in your report or the attachments,

11  right?

12      A.      They are included in the information we

13  talked about this morning with VSP because we set those

14  -- it's kind of a cart-before-the-horse kind of thing.

15  We set those probabilities as step one, and then they

16  helped us identify how many samples and where those

17  samples would be located.

18      Q.      Do you agree that because judgmental

19  sampling design is based on nonrandom sampling, this

20  results in a dataset that can be biased, clustered and

21  co-related, so conclusions based on the dataset cannot

22  be extrapolated to the whole site?

23      A.      I think we are talking about

24  probability-based sampling design, are we not?

25      Q.      I just switched to the judgmental, targeted

Page 139

1    or biased sampling design.

2         A.    Well, judgmental sampling, I'm not going to

3    disagree with the ITRC document that you are

4    presenting.

5         Q.    Okay.

6         A.    But we did the probability based.

7         Q.    There's no way of determining that from the

8    disclosures that were made on July 1st, is there?

9         A.    There's a way of determining it now.  I told

10   you what it was.

11        Q.    Well, sitting here today, we still don't

12   have copies of this information that apparently exists.

13             Is that fair?

14             MR. WEINSTEIN:  Object to the form.

15             THE WITNESS:  I think we have -- you know,

16        if you want to go after a certain, you know,

17        calculated number that is -- I don't have a number

18        for you.  I have a general statement about the

19        sampling design.  It's -- you know, we are using

20        the probability-based approach.  This -- I'm

21        curious to see what -- is there any mention of VSP

22        in this protocol?  Is there a way to search it?

23             MR. ROCHA:  I'm going to mark another

24        exhibit as -- I believe we are on Exhibit 19 now.

25             (Thereupon, EPA Region 4 Soil Sampling Operating

Page 140

1        Procedure was marked for identification as

2        Plaintiff's Exhibit 19.)

3              MR. ROCHA:  Isaac, if you could pull this up

4        when you have it, please.

5    BY MR. ROCHA:

6        Q.     The US EPA Region 4 Operating Procedure for

7    Soil Sampling.  I believe this was referenced in

8    Attachment 6.  Is that accurate?

9        A.     Can we go to Attachment 6?

10             MR. ROCHA:  Sure.

11             Please pull that up, Isaac.

12   BY MR. ROCHA:

13       Q.     Do you see there US EPA Region 4 Soil

14   Sampling Operating Procedures?

15       A.     I do.

16       Q.     And there's a code you can refer to if you

17   would like to verify, but I believe it's the same code

18   that appears on Exhibit 19.

19       A.     Okay.

20       Q.     On page 15 of this document, there is a

21   general discussion, and it says, "These methods are

22   used primarily to collect surface and shallow

23   subsurface soil samples.  Surface soils are generally

24   classified as soils between the ground surface and 6 to

25   12 inches below ground surface.  The most common

Page 141

1    interval is zero to 6 inches.  However, the data

2    quality objectives of the investigation may dictate

3    another interval such as zero to 3 inches for risk

4    assessment purposes.  The shallow subsurface interval

5    may be considered to extend from approximately

6    12 inches below ground surface to a site specific depth

7    at which sample collection using manual collection

8    methods becomes impractical."

9            Did I read that correctly?

10       A.    I believe you read that correctly.

11       Q.    So according to the EPA's standard soil

12   sampling methods, soils above 3 inches below ground

13   surface are considered surface soils, are they not?

14       A.    No.

15       Q.    Explain to me how this paragraph says

16   otherwise.

17       A.    You -- it says zero to 6 inches.  Zero is

18   the most important part.  That's surface.  The reason

19   that we collected the depth interval that we did was

20   because I have done this many times in conjunction with

21   regulators and with USGS, and the component of the

22   analysis, which is very important to keep constant, is

23   to make sure that we are collecting samples within the

24   same geological strata.  We mentioned this earlier

25   today, the A horizon.

1           In order to do that, we have to modify --

2   as instructed by this protocol, we had to modify the

3   depth intervals.  Surface is zero.  And oftentimes

4   the reason that a protocol like this lists zero to

5   6 inches is because that's a convention within risk

6   assessment communities and health assessment

7   communities for the exposure zone for humans.

8           But it is not the -- it's not appropriate

9   for this analysis because this, if we did zero to

10  6 inches, it would cross a soil stratigraphic

11  horizon.  You don't want to do that.

12      Q.   So you used zero to 3 inches in your

13  analysis, correct?

14      A.   Because that's what the depth interval was

15  when we were looking, yeah.

16      Q.   Okay.  And that's for the A horizon?

17      A.   It's within the A horizon.

18      Q.   Right.

19      A.   Well, it's within the surface -- it's within

20  the surficial stratigraphic unit.  So we are consistent

21  with this protocol.

22      Q.   Except you refer to it in your report as

23  subsurface for the samples taken below half an inch of

24  the soil surface, correct?

25      A.   Yes.  It's not the zero -- it's not --

Page 143

1   surface is defined by the starting depth interval, not

2   by zero to 6 in some protocol that's disconnected with

3   our site and not cognizant of what the geological

4   stratigraphy is.

5        Q.   Well, you don't describe any rationale for

6   deviating from this operating protocol in your report

7   or your attachments, do you?

8             MR. WEINSTEIN:  Object to the form.

9             THE WITNESS:  I'm explaining the protocol in

10        greater detail to you right now, so now you have

11        it in evidence.

12  BY MR. ROCHA:

13       Q.   Well, protocol that's in evidence references

14  this specific standard operating procedure, correct?

15       A.   And the flexibility to modify it as needed,

16  yes.

17       Q.   Where is that in Exhibit 7 or Exhibit 6?  I

18  guess it would be in Exhibit 6.

19       A.   I'm sorry.  The depth interval, are you

20  asking me to show you where in Exhibit 6 we talk about

21  the zero to half inch depth interval --

22       Q.   My question is along those lines.  My

23  question is where in Exhibit 6 -- strike that.

24             Exhibit 6 references the standard

25  operating procedure, correct?

Page 144

1            MR. WEINSTEIN:  Object to the form.

2            MR. ROCHA:  What's the basis of that

3        objection, David?

4            MR. WEINSTEIN:  The document speaks for

5        itself.  It says what it says.

6            MR. ROCHA:  Okay.  I don't believe that's a

7        proper objection, but it's on the record.

8            THE WITNESS:  Can we go to Exhibit 6,

9        counsel?

10            MR. ROCHA:  Yeah.  Isaac, can you pull up

11        Exhibit 6.

12   BY MR. ROCHA:

13        Q.    So here in objectives and sampling

14   methodology, the US EPA Region 4 Soil Sampling

15   Operating Procedures is cited, right?

16        A.    Uh-huh.

17        Q.    So is there any discussion of how or why

18   there may be a deviation from that standard operating

19   procedure?

20            MR. WEINSTEIN:  Object to the form.

21            THE WITNESS:  That one specific

22        laser-focused question you've asked is not in

23        this, but it doesn't need to be because we've

24        articulated it in my report.  I described that we

25        are taking samples from those two intervals that

Page 145

1    we did.

2         If you have questions about why we did

3    that, I just answered them, the geological

4    strata.

5    BY MR. ROCHA:

6    Q.    Right.  You are calling one set of those

7    subsurface samples when they are defined as surface

8    samples in this EPA document.

9    A.    No, they are not.  This protocol describes

10   surface samples as starting with zero depth interval.

11   The subsurface sample I am describing is clearly not

12   surface.  The top interval is 2 inches, and it goes

13   down to 3 inches.  So it is subsurface.  You can't be

14   cute with the protocol when it just doesn't start at

15   depth zero.  It's subsurface.  It starts at depth two,

16   2 inches.

17   Q.    Well, I think you are being cute with the

18   protocol because the EPA document is describing soil

19   down to 6 or 12 inches as surface sample, is it not?

20   A.    For risk assessment.  I'm doing forensics.

21   I'm trying to determine what the source of the material

22   is.  They are trying to figure out if there's an

23   exposure risk to the people that are around that soil.

24   They are different objectives.

25   Q.    Where is there a definition of surface -- of

Page 146

1    subsurface samples consistent with how you've applied

2    it in this case.

3        A.    We can probably find a USGS document that

4    talks about the importance of keeping the samples

5    within geological strata layer.  I think it is, if you

6    go to my reference document -- I'm sorry -- my report

7    which I think is Exhibit 2.  Let's go to the reference

8    section again.  So it's going to be towards the end of

9    the report.

10            Okay.  What do we got here?  It may be in

11    this USGS report.

12        Q.    Which one are you referencing?  I can't see

13    it on the screen.

14        A.    It's the Kay report.

15            MR. ROCHA:  Okay.  Let me mark that.

16        (Thereupon, Kay Report was marked for

17        identification as Plaintiff's Exhibit 20.)

18    BY MR. ROCHA:

19        Q.    Okay.  That's Exhibit 20.  So when you have

20    an opportunity, if you can find a definition of

21    subsurface in this document that's consistent with your

22    application of it, please let us know.  But in the

23    meantime, I'd like to ask you a couple of additional

24    questions.

25        A.    Okay.

Page 147

1        Q.    Are you familiar with the Federal Reference

2    Guide on Exposure Sites?

3        A.    Do you want to show it on the screen?

4            MR. ROCHA:  Yes.  I certainly can.

5        (Thereupon, Federal Reference Guide on Exposure

6        Sites was marked for identification as Plaintiff's

7        Exhibit 21.)

8            MR. ROCHA:  It's been marked as Exhibit 21.

9        And my question relates to page 548, which will be

10       a different page.  This is an excerpt of a much

11       larger manual covering many scientific topics.

12            That may be my mistake.  One second.

13       Bear with me.  Okay.  It's actually 529 that's

14       PDF page 27.

15   BY MR. ROCHA:

16       Q.    And at the bottom one of these last bullet

17   points here it says, "Sampling events may provide a

18   good snapshot of current conditions, but in

19   circumstances in which concentrations could be changing

20   over time and where the health concerns involve

21   long-term exposures, snapshots could be highly

22   misleading.  This type of problem may be especially

23   severe when attempts are being made to reconstruct past

24   exposures based on snapshots taken in the present."

25            Did I read that correctly?

Page 148

1        A.     I believe you did.

2        Q.     Do you agree with that statement?

3        A.     Well, do they define snapshots?

4        Q.     I believe they call sampling events a

5    snapshot, if you read that paragraph.

6              The question posed by this bullet point

7    is, "How can we be sure that the samples taken

8    represent contamination over long periods?"

9              Do you see that?

10       A.     Yes, I do.

11       Q.     And the answer is that "Sampling events

12   provide a good snapshot of current conditions, but in

13   circumstances in which concentrations could be changing

14   over time and where the health concerns involve

15   long-term exposures, snapshots could be highly

16   misleading.  This type of problem may be especially

17   severe when attempts are being made to reconstruct past

18   exposures based on snapshots taken in the present."

19             And my question is do you agree with that

20   statement?

21       A.     I think it depends on how the snapshots are

22   conducted.  If the sampling plan and the analytical

23   methodology and the analytes you are looking for are

24   sufficiently stable and the process of analysis,

25   collecting samples at the surface in depth, for

Page 149

1    example, are sufficiently robust, it would not apply to

2    this.  I would not be concerned about it in this

3    regard.

4         Q.    And in order to determine that, you would

5    need to understand and view the sampling plan and the

6    rationale for it to determine its robustness, would you

7    not?

8         A.    I think the content of the report you've

9    given is self evident, that it is sufficiently robust

10   for this.

11        Q.    Well, I read the report and the attachments

12   and interpret it as being a judgmental or biased

13   sampling design.

14             Where in the report or the attachments

15   can I find any information to the contrary?

16             MR. WEINSTEIN:  Object to the form.

17             THE WITNESS:  I think this is one of those

18        asked and answered many times.  We can -- we have

19        the protocol.  We have the statistical framework

20        for collecting probable mistake sampling samples

21        as I've explained.  And if counsel wants to

22        forward that protocol, that additional protocol

23        over to you, then you can have the benefit of it.

24             MR. ROCHA:  It would be nice to, and I would

25        request that if it wasn't made clear before.

Page 150

1         (Thereupon, 2015 Air Samples were marked for

2         identification as Plaintiff's Exhibit 22.)

3    BY MR. ROCHA:

4         Q.   I'd just like to show you two additional

5    exhibits, one is Exhibit 22.  And while Isaac is

6    pulling that up again, your air analysis didn't include

7    any historic samples, did it?

8         A.   It did not.

9         Q.   So this is a set of samples from 2015.  If

10   we can go to page 7 of this.

11         Here you see especially in the -- this

12   second box we have trichloroethylene at

13   54 milligrams per cubic meter.  Then in the

14   following box, tetrachloroethylene at 590 milligrams

15   per cubic meter.

16         You didn't review this in rendering your

17   opinions in this case, did you?

18         A.   We -- it's not needed because we knew from

19   the soil data that we did have that these constituents

20   were potential emissions, and that's why we looked for

21   them.

22         (Thereupon, 2017 Air Samples was marked for

23         identification as Plaintiff's Exhibit 23.)

24   BY MR. ROCHA:

25         Q.   Okay.  And if we could just go to the

Page 151

1    following exhibit.  This is another set of air

2    investigation samples.  And, again, if we could just go

3    to the next page.

4              Do you see here the trichloroethylene is

5    over 6 million micrograms per cubic meter.

6              You didn't review this in rendering your

7    expert opinions, did you?

8         A.    Is this in -- where does this document come

9    from?

10        Q.    It comes from the production.  The Bates

11   number is LM00367323.  Yeah, there it is.  That's the

12   second page.

13        A.    So there's a lot of reports that go into

14   this, into our review.  I don't know off the top of my

15   head if I looked at this particular one.  It doesn't

16   really matter because our conceptual site -- our

17   sampling design incorporated all of these components

18   and evaluated whether or not they were detectable off

19   site from one of the allegations that has been made

20   which is that current emissions were -- the allegation

21   was that current emissions were going into the

22   plaintiff area, and so we did include that there.

23             We determined that there were these

24   constituents on site, and we showed that the

25   distribution of them was localized to on-site areas.

Page 152

1   So we've considered all of these constituents.

2           More data is helpful, but it doesn't

3   change -- it doesn't change anything.  We looked for

4   them, and they are not -- they are certainly not a

5   candidate for being a current emission causing

6   off-site impacts.

7       Q.   Okay.  But you didn't have a time machine.

8   You couldn't go back to June 6th, 2017 and see if there

9   were off-site impacts on this day, could you?

10      A.   No.

11          MR. ROCHA:  Okay.  I will pass the witness.

12          MR. WEINSTEIN:  We'll take five, Rene, and

13      see if we have any questions for Steven.

14          THE VIDEOGRAPHER:  We are off the record at

15      3:54.

16      (Thereupon, a recess was taken in the proceedings

17      from 3:54 p.m. to 3:59.)

18          THE VIDEOGRAPHER:  Back on the video at

19      3:59.

20          MR. WEINSTEIN:  We do not have any questions

21      for Mr. Mattingly.

22          MR. ROCHA:  Thank you, Mr. Mattingly.  I

23      appreciate your time today.

24          MR. WEINSTEIN:  And we'll read, Janet.

25          THE REPORTER:  I got it.  And you guys take

Page 153

1          a copy and a rough draft is what it says in my

2          notes.  Is that correct?

3               MR. WEINSTEIN:  That's correct.

4     (Thereupon, the taking of the deposition was concluded

5     at 3:59 p.m.  Signature and formalities were not

6     waived.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                                        Page 154

 1   RE      : GRAYSON v LOCKHEED
     DEPO OF: STEPHEN EMSBO-MATTINGLY, M.S.
 2   TAKEN   : 9-21-22

 3

 4                           EXCEPT FOR ANY CORRECTIONS
                             MADE ON THE ERRATA SHEET BY
 5                           ME, I CERTIFY THIS IS A TRUE
                             AND ACCURATE TRANSCRIPT.
 6                           FURTHER DEPONENT SAYETH NOT.
 7                           _____
                             STEPHEN EMSBO-MATTINGLY, M.S.
 8

 9

10   STATE OF FLORIDA    )
                         )  SS:
11   COUNTY OF           )

12

13          Sworn and subscribed to before me this
14          _____ day of _____ 2022.
15   PERSONALLY KNOWN _____ OR I.D._____

16

17

     _____
18   Notary Public in and for
     the State of Florida at Large.
19

20

21   My commission expires:

22

23

24

25
```

Page 155

1                    ERRATA SHEET

2     RE     : GRAYSON v LOCKHEED

      DEPO OF: STEPHEN EMSBO-MATTINGLY, M.S.

3     TAKEN  : 9-21-22

4      DO NOT WRITE ON TRANSCRIPT, ENTER ANY CHANGES HERE

5     Page #| Line #|  Change                      |  Reason

6     _____|  _____|  _____|_____

7     _____|  _____|  _____|_____

8     _____|  _____|  _____|_____

9     _____|  _____|  _____|_____

10    _____|  _____|  _____|_____

11    _____|  _____|  _____|_____

12    _____|  _____|  _____|_____

13    _____|  _____|  _____|_____

14    _____|  _____|  _____|_____

15    _____|  _____|  _____|_____

16    _____|  _____|  _____|_____

17    _____|  _____|  _____|_____

18    _____|  _____|  _____|_____

19    _____|  _____|  _____|_____

20    _____|  _____|  _____|_____

21    State of Florida)

      County of       )

22

      Under penalties of perjury, I declare that I have

23    read by deposition transcript, and it is true and

      correct subject to any changes in form or

24    substance entered here.

      _____        _____

25    Date                   STEPHEN EMSBO-MATTINGLY, M.S.

Page 156

1              CERTIFICATE OF OATH OF WITNESS

2

3     STATE OF FLORIDA
                          SS:
4     COUNTY OF MIAMI-DADE

5

6

7              I, JANET BETANCOURT, Registered

8     Professional Reporter, Florida Professional Reporter

9     and Notary Public in and for the State of Florida at

10    Large, certify that the witness, STEPHEN

11    EMSBO-MATTINGLY, personally appeared before me via

12    Zoom on 9-21-22 and was duly sworn by me.

13              WITNESS my hand and official seal this

14    21st day of September 2022.

15

16

17              *Janet Baldauf*

              JANET BETANCOURT, RPR, FPR

18              Notary Public

              State of Florida at Large

19

20    Notary # GG 316894

21    My Commission Expires: 3-31-2023

22

23

24

25

Page 157

1              REPORTER'S DEPOSITION CERTIFICATE

2

3              I, JANET BETANCOURT, Registered

4    Professional Reporter and Florida Professional

5    Reporter, certify that I was authorized to and did

6    stenographically report the remote deposition of

7    STEPHEN EMSBO-MATTINGLY, via Zoom the witness herein

8    on 9-21-22; that a review of the transcript was

9    requested; that the foregoing pages numbered from 1

10   to 157 inclusive is a true and complete record of my

11   stenographic notes of the deposition by said

12   witness; and that this computer-assisted transcript

13   was prepared under my supervision.

14              I further certify that I am not a

15   relative, employee, attorney or counsel of any of

16   the parties, nor am I a relative or employee of any

17   of the parties' attorney or counsel connected with

18   the action.

     DATED this 6th day of October 2022.

19

20

21

                 JANET BETANCOURT

                 Florida Professional Reporter

22

                 Registered Professional Reporter

23

24

25

Page 158

1                    VERITEXT LEGAL SOLUTIONS
                 One Biscayne Tower, Suite 2250
2                  Two South Biscayne Boulevard
                     Miami, Florida  33131
3                        (305) 376-8800
4    October 6th, 2022
5    STEPHEN EMSBO-MATTINGLY
     c/o DAVID B. WEINSTEIN, ESQUIRE
6    GREENBERG TRAURIG, P.A.
     101 East Kennedy Boulevard
7    Suite 1900
     Tampa, Florida 33602
8
     RE     : GRAYSON v LOCKHEED
9    DEPO OF: STEPHEN EMSBO-MATTINGLY, M.S.
     TAKEN  : 9-21-22
10   READ & SIGN BY:  11-6-22
     Attn:  STEPHEN EMSBO-MATTINGLY, M.S.:
11
     This letter is to advise you that the transcript
12   of the deposition listed above is completed and
     is available for reading and signing.
13
     PLEASE CALL THE ABOVE NUMBER TO MAKE AN APPOINTMENT to
14   come to the Veritext office closest to you to read and
     sign the transcript.  Our office hours are from 8:30
15   a.m. to 4:30 p.m., Monday through Friday.
16   IN THE EVENT OTHER ARRANGEMENTS ARE MADE, please send
     us a list of any and all corrections, signed and
17   notarized, noting page and line numbers and the reason
     for such changes, so we can furnish all counsel with a
18   copy of same.  If the reading and signing has not been
     completed prior to the referenced date, we shall
19   conclude that you have waived the reading and signing
     of the deposition
20   transcript.  Your prompt attention to this matter is
     appreciated.
21
     Sincerely,
22
23   JANET BETANCOURT, RPR, FPR
24   cc: Counsel of Record
25

Page 159

1                    VERITEXT LEGAL SOLUTIONS
                 One Biscayne Tower, Suite 2250
2                 Two South Biscayne Boulevard
                     Miami, Florida  33131
3                       (305) 376-8800
4
5    October 6th, 2022
6    RENE F. ROCHA, ESQUIRE
     MORGAN & MORGAN, P.A.
7    20 North Orange Avenue
     Suite 1600
8    Orlando, Florida 32801
     RENE F. ROCHA, ESQUIRE
9
     RE    : GRAYSON v LOCKHEED
10   DEPO OF: STEPHEN EMSBO-MATTINGLY
     TAKEN : 9-21-22
11   READ & SIGN BY:  11-6-22
12
     Dear Counsel:
13
14   The original transcript of the deposition listed
     above is enclosed for your file.  The witness
15   did not waive reading and signing and has been
     sent a letter notifying them to come in and read
16   and sign their deposition transcript.
17   The witness will be provided a copy of their
     deposition transcript for reading in our office
18   should they come in to review the transcript, and
     we will forward to you any corrections made by
19   the witness at that time, along with an original
     signature page which should be attached to the
20   original transcript which is in your possession.
21
22   Sincerely,
23
24   JANET BETANCOURT, RPR, FPR
25

[& - 3]                                                                Page 160

**&**

**&**   2:3,13 158:10
159:6,11

**1**

**1**   3:15 6:3,5,7
28:23 41:4 68:6
157:9
**1,400**   110:11
**1.7**   115:15
**1.75**   63:14,16,23
64:8 77:18
**10**   3:24 107:2,5
107:14
**10.6**   109:6
**10.7**   109:6
**101**   2:8 158:6
**102**   3:22
**106**   3:23
**107**   3:24,25 4:3
**108**   4:4
**10:05**   18:10,12
**10:11**   18:12,14
**10:33**   28:23,25
**10:44**   28:25 29:2
**11**   3:25 107:13,15
107:19
**11-6-22**   158:10
159:11
**11.1**   109:19
**1100**   2:14
**12**   4:3 107:20,24
140:25 141:6
145:19
**120**   98:12
**128**   92:6
**12:03**   70:3,5

**12:56**   70:5,7
**13**   4:4 108:9,14
112:11 120:11
122:21
**131**   4:6
**136**   4:7,8
**1363**   1:10
**137**   4:9
**139**   4:10
**14**   4:5 109:1
**146**   4:11
**147**   4:12
**15**   4:6 40:12
120:11 124:14,17
131:16,20 136:3
140:20
**15.3**   109:1
**150**   4:14,15
**154**   3:5
**155**   3:6
**156**   3:7
**157**   3:8 157:10
**158**   3:9
**159**   3:10
**16**   4:7 71:7 96:18
136:4,6
**16.2**   109:15
**1600**   2:4 159:7
**17**   4:8 36:12 41:8
47:11 100:12
136:4,8,10
137:25
**1770**   1:5
**18**   3:16 4:9 34:6
54:19 55:6,11,12
55:14,15,20
58:10 59:14 65:4
65:9 67:8 137:8

137:15,17
**18th**   121:12,14
121:20,21 123:9
**19**   3:17 4:10
54:20 139:24
140:2,18
**1900**   2:9 158:7
**1980s**   27:5
**1986**   19:23 22:21
**1990**   27:14
103:19
**1990s**   27:5
**1996**   123:10
**1997**   103:20,22
**1:42**   93:4,6
**1:50**   93:6,8
**1st**   139:8

**2**

**2**   2:13 3:16 18:4,6
29:2 32:21 36:3,9
41:5,6 47:4 68:6
70:3 71:7 80:4
94:15 96:18
101:17 105:13
117:4 145:12,16
146:7
**2.1.**   73:16
**2.5**   89:15 115:15
**20**   2:3 3:18 4:11
54:20 77:8
133:13 146:17,19
159:7
**2004**   10:23
**2015**   150:1,9
**2017**   4:15 150:22
152:8

**2020**   9:19 31:4
**2021**   31:4 78:1
123:13
**2022**   1:20 5:3
8:21 28:10 30:9
30:14 32:15,17
77:22 121:13,14
121:20,21 123:9
154:14 156:14
157:18 158:4
159:5
**204**   132:4 134:4
**21**   1:20 4:12 5:3
102:7 147:7,8
**21st**   156:14
**22**   3:19 4:14
150:2,5
**2250**   158:1 159:1
**23**   4:15 150:23
**2378tcdd**   117:16
**24**   35:4
**2458**   156:17
157:21
**25**   55:25
**27**   147:14
**2:42**   118:8,10
**2:50**   118:10,12

**3**

**3**   3:17,17 18:20
19:1,2,3,5 22:25
25:8 26:7,9 31:23
32:22 67:8 70:7
74:8 75:2 76:25
80:4 83:5 86:7
118:8 141:3,12
142:12 145:13

**[3-31-2023 - access]**                                                      Page 161

**3-31-2023**   156:21
**3.62**   109:25
**3.76**   109:10
**30**   69:10 87:18
  125:12
**300**   40:17
**305**   158:3 159:3
**31**   90:8,13
**316894**   156:20
**31st**   103:22
**32801**   2:4 159:8
**33.8**   109:14
**330**   96:24 97:2
**33131**   158:2
  159:2
**33134**   2:14
**33602**   2:9 158:7
**34**   100:5
**36**   17:13 79:16
  100:22,23 106:22
**37**   3:20,21
**376-8800**   158:3
  159:3
**3:54**   152:15,17
**3:59**   1:20 152:17
  152:19 153:5

**4**

**4**   3:18,18 4:10
  20:13,15,19,21
  20:24,24 21:1
  27:11 40:15
  103:12,13 105:4
  118:12 139:25
  140:6,13 144:14
**4.29**   109:25
**40**   96:19 123:19

**400**   110:10
**41**   105:19
**42**   100:23
**445**   102:8
**45**   96:23
**4:30**   158:15
**4th**   123:10,13

**5**

**5**   3:4,19,19 20:10
  20:14 21:14,17
  22:6,8,10,10,20
  26:18 27:6,10
  29:4,5 55:3 60:6
  64:10,11,20
  89:18 104:17
  135:7
**50**   87:18 98:9
**529**   147:13
**54**   67:9,10,22
  150:13
**548**   147:9
**590**   150:14

**6**

**6**   3:15,20,20 37:3
  37:5,6,7,9,10,11
  40:14 41:2,22
  44:1 49:2 66:11
  66:13,18,18
  128:11 129:16,17
  129:18 131:2
  134:14 136:12
  140:8,9,24 141:1
  141:17 142:5,10
  143:2,17,18,20
  143:23,24 144:8
  144:11 145:19
  151:5

**6.2**   108:3
**6.48**   109:19
**62**   117:11,11
**63**   9:1
**6:20**   1:5
**6:21**   1:10
**6:22**   1:16
**6th**   152:8 157:18
  158:4 159:5

**7**

**7**   3:21,21 37:4,15
  37:15,16,18
  40:22 66:11,13
  70:16 73:8,8 75:6
  75:7 128:9,11
  129:16,18,18
  131:3 134:14
  143:17 150:10
**7.17.**   40:23
**7.3.**   117:12
**75**   56:1 134:4
**77**   19:10 22:24

**8**

**8**   3:22 4:7 102:11
  102:15,21 128:10
  130:13,17,20,23
  131:6 134:12
  136:5
**81**   1:16
**8a**   4:6 131:11,17
  131:18
**8r**   131:11

**9**

**9**   3:23,23 4:8,9
  106:11,17,18,20
  110:5 136:7
  137:14

**9-21-22**   154:2
  155:3 156:12
  157:8 158:9
  159:10
**9.5**   137:24
**9.5.2**   138:3
**9.73**   109:6
**90**   94:4 95:4
  108:23 116:6
**95**   39:13 55:2
  60:5
**9:39**   1:20 5:2
**9:42**   7:8,10
**9:43**   7:10,12

**a**

**a.m.**   1:20 5:2
  7:10,10 18:12,12
  28:25,25 158:15
**abbreviate**   17:14
**abbreviation**
  91:23
**ability**   62:5
  121:24 123:3
**able**   6:16 10:1
  29:10 37:11,14
  63:9 68:16 76:3
  85:21 99:19
**absence**   11:25
**absolute**   95:17
  118:4
**absolutely**   69:22
**acceptable**   97:13
**access**   30:12 33:7
  34:24 35:25
  37:11 38:18 52:9
  55:9 58:24 69:2,6
  69:20

accessible   35:11 45:13 64:4,4 66:2 66:4 67:18 68:15
account   76:12
accuracy   54:23 54:24 60:3 129:3 129:23 131:7 133:3,4,9
accurate   12:3 15:16 17:23 21:24 26:11 65:6 71:3 75:24 77:12 85:1 89:2 92:14 93:25 98:14 101:20 126:25 127:7 133:6 140:8 154:5
acronym   30:6
action   5:13 36:20 157:18
active   15:1
activities   23:9 93:23
activity   112:18
actual   21:11,23 33:5 65:12 70:21 73:22 78:21 103:15
adapted   53:14
add   48:21 56:20
added   30:10,14 31:19
addition   20:2 30:8 45:22
additional   12:1 49:25 50:1 78:4 93:14 105:15 146:23 149:22

150:4
addressed   75:11 135:13
addresses   66:7
addressing   26:7
adds   55:20
adhere   90:20,23 91:9,18
adjustments   64:25
administer   5:12
administration   13:9
advance   18:18 74:2 132:3 133:8
advise   158:11
aerial   62:21
affect   14:3 90:17
affirm   5:18
afternoon   70:9 70:10
agency   33:22
ago   27:18 124:14 124:17 125:12
agree   99:3 100:4 130:2 135:12 138:18 148:2,19
ahead   33:16 36:6 36:7 80:24 130:4
air   4:15 13:25 14:12 26:10,12 26:14,15 29:21 30:15 35:3,14,18 35:21,23 38:24 40:12 47:24 58:18 62:23 63:2 67:20 70:13,15 71:16,16 72:13

72:13,19,20,23 73:1,3 74:10 75:9 75:10,12 76:2,14 76:25 77:21 78:5 78:20 83:9 93:11 113:13,25 114:7 115:23 118:16,17 119:15 120:10 121:12,19 122:4 122:14,19,21 123:2,8,16,18,23 124:4,6,15,16,19 125:4,6,11 127:16 128:10,12 131:3 150:1,6,22 151:1
airborne   113:20
al   1:8 5:5
alhambra   2:13
align   97:21
alkanes   91:14
allegation   17:4,7 28:5 79:16 81:7 125:19 151:20
allegations   16:20 17:3,11 151:19
alleged   80:1
alleging   17:12
allow   82:10
allows   62:21 101:4
alpha   55:3 59:21 60:5 64:13,13,20 135:6
alt   68:5,6,7,17,19 68:24 69:4,15,20
alternate   45:9

alternative   46:5 53:19
alts   68:11
ambient   51:24 82:23 111:15,24
ammunitions   111:21
amount   52:25
amu   92:6
analyses   16:16 29:24 42:13,20 43:4,9,17 77:23 78:4,9,10,17,20 86:11 88:5,13 100:22 101:11 103:3 113:12 115:23 116:14,22 118:16,17,20 120:10,14 125:16
analysis   26:21 27:20 28:13 38:11 55:11 60:1 61:4 63:11 64:24 65:5 69:21 80:13 81:13,20 82:2 83:23 84:10,16 88:21 89:6 93:18 93:20,24 94:5,11 95:7,25 96:2,3,11 96:17 97:11,13 100:7,13,17 101:1,11 104:8 105:12,15 113:22 114:12 115:10 117:8 118:15 119:16 121:1 122:20 123:2,8 125:20 126:11,14

127:6 132:14
133:18 134:6
141:22 142:9,13
148:24 150:6
**analytes**  81:23
117:17,17 148:23
**analytic**  131:22
**analytical**  128:15
129:14,15 148:22
**analyze**  26:10,14
79:8 82:1 102:18
124:16 125:11
**analyzed**  26:15
49:21 85:6
126:24 127:5
**analyzing**  82:6
**answer**  17:16,17
17:20 25:22 50:4
50:6 54:14 78:1
78:13 80:24 82:1
83:14 89:17 92:9
115:4 116:19
121:3 128:19
135:10 148:11
**answered**  145:3
149:18
**anthropogenic**
87:13
**anybody**  10:12
59:10
**anymore**  47:3
**anyway**  77:20
**apart**  22:19 69:19
95:22
**apologies**  26:18
81:3
**apologize**  6:13
8:12 30:6 33:14

**apparently**
139:12
**appear**  117:8
**appearances**  2:1
**appeared**  156:11
**appears**  29:19
140:18
**appendices**  18:19
**applicable**
117:19
**application**
146:22
**applied**  146:1
**apply**  123:1
149:1
**appointment**
158:13
**appreciate**  59:11
152:23
**appreciated**
158:20
**approach**  79:3
96:9,10 139:20
**appropriate**  45:3
68:21 142:8
**approximately**
9:10,19,20 31:3
58:13 74:13 97:2
98:10 141:5
**april**  32:17
**aquifer**  25:18,19
**aquifers**  25:16
**architecture**
73:21
**area**  13:4,21
23:15 24:3,4,6,15
24:16,17,22
25:10,13,13 26:3

34:10 36:20
38:22,23 47:25
48:1 49:17 52:8
52:19 53:14
55:15,16,17,18
56:1,1,8,9,9,16
56:19,23,24 57:3
57:4,4,7,8,10,16
58:1,2 59:19 61:9
62:6 63:9,13 64:6
64:7 71:2,10,21
71:22,25 72:3,9
72:14 74:12,14
77:10,15,16
78:22 79:25 83:4
100:8,10,12
101:19 102:7
116:1 119:21
151:22
**areas**  23:18 36:19
58:16 62:23
63:25 75:8 79:24
82:16 112:17
113:17 151:25
**argue**  128:17
**argument**  95:10
**aromatic**  51:23
**arranged**  94:4
**arrangements**
158:16
**articulated**
144:24
**asked**  12:5,12
48:9 53:6 76:1
83:24 116:13
120:20 144:22
149:18

**asking**  17:19
39:23 43:1 49:15
63:21 124:5
143:20
**asks**  61:15
**assemble**  11:13
11:16
**assess**  17:18
46:10 133:3
**assessed**  24:8
**assesses**  132:10
**assessment**  19:22
19:23 21:23
22:20,22,24 23:2
24:15 27:25
38:15 51:13
98:14 132:3
134:18 135:2
141:4 142:6,6
145:20
**assessments**
33:23
**assigning**  67:24
**assist**  11:10
**assisted**  157:12
**associated**  85:23
**assume**  89:19
**assuming**  99:14
**assumptions**
12:13
**atmosphere**
89:21,25
**atmospheric**  13:8
13:24 85:24
115:1
**attach**  21:19
**attached**  6:6 90:6
159:19

**attachment** 3:17
3:18,19,20,21,23
4:6 6:6 18:20
19:1,3,11 20:10
20:13,14,15,19
20:24 21:1,9,12
21:14,17 22:6,10
22:20,24 26:7,9
26:18 27:6,10,11
29:4 37:2,3,3,4,5
37:7,10,15,16,24
38:1 41:22 46:2
47:4 66:11 70:16
73:8 75:1,6 105:4
106:8,11,17,18
110:5 128:9,10
128:11,11 129:16
130:13,17,20,22
131:2,3,5,6,16,18
134:12,14,17
140:8,9
**attachments**
20:12 29:16
36:23 38:25 42:1
42:9 43:10,16
49:10 50:5 54:7
59:2 66:9 89:11
105:17 106:7
116:10,11,15,24
120:16 126:17
127:10,24 128:2
128:7,14,23
129:17 130:12
135:18 138:10
143:7 149:11,14
**attempts** 147:23
148:17

**attention** 48:19
158:20
**attn** 158:10
**attorney** 157:15
157:17
**augmented** 38:9
**authenticate**
32:12
**authorized** 5:12
157:5
**available** 6:18
27:24 52:23
123:25 130:17
132:1 158:12
**avenue** 2:3 159:7
**average** 108:2
**aware** 42:12,23
77:21 78:10
102:4 115:25
125:10
**azzolina** 96:15

**b**

**b** 2:10 83:6,10
104:3 158:5
**back** 7:11 13:6
17:21 18:13
20:11 21:20
22:15 27:5,16
29:1 30:18 31:24
32:15 37:2 41:3
41:10 44:1 51:6
54:13 58:22 70:6
71:5 74:1,4 76:23
77:6 93:7 105:12
105:13 106:8
112:11,25 118:11
132:6 152:8,18

**background** 33:3
38:23 39:11
42:18 43:5 47:20
48:7 49:6 53:23
55:16,18 68:3
71:1 72:5,8,17,19
72:22 86:18
102:7 108:1
119:11,16,20
138:8
**backgrounds**
107:22
**ballinger** 70:20
**ballinger's** 75:13
**ballpark** 9:24
**bars** 101:22
**based** 11:24 12:2
17:1 33:6 36:18
40:1 49:22 56:6
58:24 60:7 81:16
81:20 86:11
93:13 115:13
118:21 136:15
138:3,4,19,21,24
139:6,20 147:24
148:18
**baseline** 121:9
**basically** 14:14
56:18
**basis** 12:9,10
24:9 26:8 123:15
144:2
**bates** 151:10
**batteries** 111:21
**bear** 69:12
147:13
**beginning** 20:5
32:17 51:21

**begins** 29:2 70:7
118:12
**behalf** 1:23 2:2,7
2:12
**behave** 91:9,25
**believe** 8:15 9:1
20:7,13 22:4 30:1
30:7,17 31:1,14
31:22 36:22 39:6
41:21,24 42:10
43:2,7 45:25
47:13 50:3 51:22
52:13,14 53:24
54:20 56:17
57:13 66:17 67:1
69:1,4 70:17 77:7
77:13 80:19 81:4
81:8 89:13 92:2
92:10 100:6
103:10,23 104:1
104:18 105:5
106:10,25 110:18
122:25 130:20,23
134:15 135:20
136:2 137:8
139:24 140:7,17
141:10 144:6
148:1,4
**benchmarks**
34:15
**benefit** 26:4
111:23 149:23
**best** 10:8 21:19
**betancourt** 1:24
5:11 156:7,17
157:3,21 158:23
159:24

message constructed

**bias** 133:20
**biased** 136:14
  138:20 139:1
  149:12
**big** 23:14 25:1
  28:17 57:22 90:4
  104:16
**bigger** 7:17 52:8
**billmire** 2:21
**biscayne** 158:1,2
  159:1,2
**bisgaard** 2:13
**bit** 15:21 19:8
  31:25 36:1,24
  38:4 41:11 47:15
  54:2 56:21 57:20
  57:21 58:3,4,5
  63:24 77:17 84:8
  89:20 98:22
  99:12,12 101:25
  109:18,18,23,24
**blank** 132:6,7
  133:16,18 134:1
  134:23
**blanks** 127:17
  129:3,25 133:22
  133:22
**blew** 95:10
**blow** 99:6
**blowing** 95:12
  97:3,5,7 98:24,25
  99:1,2,5
**body** 134:16
**bottom** 19:24
  57:25 83:21
  105:20 147:16
**boulevard** 2:8
  158:2,6 159:2

**bound** 92:8
**boundary** 25:5
  59:20 61:9 64:7,7
**bounded** 57:17
  58:2
**box** 150:12,14
**break** 23:16,16
  23:25 27:11 46:9
  46:19,19 69:10
  69:25
**breaks** 10:5,7
**bring** 6:7,16 19:6
  36:7 65:16 66:16
  82:17 94:14
  102:20 108:11
  130:18 131:14
**brings** 62:17
**brisbois** 2:13
**broke** 95:20
**brought** 84:14
  86:3
**buckets** 96:4,6
**building** 34:21
  65:17
**buildings** 58:16
  62:20
**built** 126:19
  127:15
**bullet** 147:16
  148:6
**bunch** 57:1
**byproducts**
  117:16

---

**c**

---

**c** 10:18 83:7,11
  104:3 158:5

**cadmium** 91:8
  105:22 106:6
**calculate** 63:12
**calculated** 139:17
**calculates** 60:6
**calculation** 55:5
**calendar** 27:1
**calibration**
  132:22
**call** 30:25 38:21
  45:9 47:17 74:14
  76:22 85:14
  148:4 158:13
**called** 32:7 93:12
  94:22,22,23,23
  128:6
**calling** 55:17
  145:6
**candidate** 65:19
  152:5
**cannisters** 127:17
**captured** 20:7
**capturing** 122:5
  126:1
**carbon** 85:16
  91:23
**cardinal** 95:12
**cardno** 37:20
  44:8,16 67:20
**care** 7:5
**cart** 138:14
**case** 1:4,10,16
  9:15,21 10:10
  11:21 12:9,11,13
  12:25 16:20
  17:11 20:5 30:23
  31:8 34:17 35:2
  41:20,23 49:21

50:10 62:6,7
  63:13 69:3 80:4
  82:16 91:7 97:17
  111:13,13 114:22
  115:4 132:13,24
  146:2 150:17
**cases** 14:24 35:25
  66:3
**catch** 87:22
**categories** 26:20
**cause** 1:25 28:5
**caused** 14:21
  85:24
**causing** 17:14
  22:13 152:5
**caution** 63:24
**cc** 47:25 72:2
  158:24
**cell** 52:18
**cells** 52:9,20
**centered** 57:12
**centering** 7:15
**central** 76:15
  95:13,24 96:1
  111:8
**certain** 15:13
  40:11 42:6 76:19
  139:16
**certainly** 27:7
  135:22 147:4
  152:4
**certificate** 3:7,8
  156:1 157:1
**certify** 154:5
  156:10 157:5,14
**cetera** 62:9,10
  68:4 86:18

challenge  9:12
chance  64:18,20
change  8:4 152:3
  152:3 155:5
changes  155:4,23
  158:17
changing  147:19
  148:13
channel  55:22
chapter  4:7,8,9
  136:5,7,22
  137:14
characterization
  23:12
characterize
  25:25
characterizing
  99:17
chat  63:19
check  116:2
chemical  78:21
chemistry  21:15
  21:16 22:10
  56:22 88:12
chicago  52:13,21
child  111:18
chloraform
  133:24
chlorinated  8:5,7
  81:18
chosen  46:16
christopher  2:20
chromatography
  40:13 102:18
chromium
  105:20,22 106:4
circle  62:6,8 63:8
  63:10

circles  62:7
circumstances
  147:19 148:13
citations  94:10
cite  94:10
cited  136:25
  144:15
city  1:11 52:13
clarification
  137:7
class  36:20 38:22
  42:16 43:4 47:25
  48:1 55:15,18,25
  56:9 57:4 63:13
  64:6,9 71:2,10,21
  71:22,25 72:3,8
  74:12 77:10,16
  77:19 78:22
  79:25 100:8,10
  102:7 116:1
  119:11,11,21
  123:16,17
classification
  84:22
classified  23:1
  38:20 140:24
classifying  98:5
clean  23:9 110:12
  110:15 133:23
clear  28:9 35:14
  46:20 58:9 62:25
  65:8 70:13 75:5
  75:22 81:25 96:8
  116:4 149:25
clearly  15:21
  54:8 145:11
clients  13:9

close  48:24 65:19
  69:11
closer  108:23
  111:16
closest  158:14
clustered  138:20
coc  17:14 78:22
cocs  23:22 27:25
  79:16,23 80:6
  81:11 82:18 87:7
code  40:16
  140:16,17
coded  54:1
coffee  28:17
cognizant  143:3
colleagues  10:14
  11:6 44:18 63:20
collect  28:9 33:7
  39:10 43:24 44:9
  59:23 66:8 71:16
  73:3 83:15 85:2
  86:21 87:11,13
  87:19 127:18
  140:22
collected  21:7
  27:4,7,18,24
  30:10,16 32:7,20
  37:21 47:24
  49:16 54:5,20
  68:23 71:18
  72:13,15,24 73:1
  74:11,13,17,21
  77:22 81:21
  83:19 84:5 85:7
  121:5 123:24
  141:19
collecting  24:13
  34:6 40:7 50:11

58:17 86:15
  135:8 141:23
  148:25 149:20
collection  44:7
  48:3 60:19 74:23
  84:23 120:24
  127:12,16 128:7
  129:24 141:7,7
collects  132:10
colored  96:22
columns  105:6
combination  82:8
combine  95:17
combined  101:8
  101:8 125:24
combustion
  117:15
come  8:14 65:12
  65:13 74:19
  111:20 125:24
  151:8 158:14
  159:15,18
comes  30:19
  137:10,20 151:10
coming  88:2
  135:3
comment  16:9
commercial
  36:19 48:1 72:3
  119:11
commission
  154:21 156:21
common  53:16
  115:22 116:17
  140:25
communities
  142:6,7

**company** 1:12
30:5
**comparability**
129:3
**compare** 87:22
117:6 122:23
**comparing** 80:2,5
85:25 87:23
114:20
**comparison**
64:25 89:5,6
115:9,21 117:14
**compass** 94:21
108:24 116:6
118:17 119:7,18
**compilation**
30:11
**compiled** 30:4,19
**compiling** 31:7
**complain** 95:19
**complaint** 16:24
17:1
**complete** 23:11
157:10
**completed** 158:12
158:18
**completeness**
77:25 106:15
**complexity** 34:10
**complicated**
25:20 26:1 27:22
**component** 90:19
124:20 134:25
135:13 141:21
**components**
127:19 130:1,6
130:10 134:5,8
151:17

**compound** 90:23
92:12
**compounds** 17:13
81:18 82:4 91:17
**computer** 7:24
40:21 61:22,23
157:12
**concen** 79:22
**concentration**
55:1 60:4 79:23
80:9,17 106:1
109:25 110:4
111:15,24,25
113:2,3 114:23
114:23 138:8
**concentrations**
15:3,4,10,11 25:2
51:23 80:5 82:24
85:23 87:24 88:7
105:21 108:2
109:6 112:19
113:16 114:15,17
147:19 148:13
**concept** 53:11
99:18 100:2
**concepts** 123:1,6
123:7
**conceptual** 15:6
126:4,8,10
151:16
**conceptually**
121:19
**concern** 17:13
**concerned**
117:24 149:2
**concerning** 23:8
**concerns** 113:4,5
147:20 148:14

**concierge** 2:18,19
6:18,25 7:7 8:10
130:20
**conclude** 158:19
**concluded** 153:4
**conclusion**
115:13
**conclusions**
81:16,19 123:18
138:21
**condition** 114:4
**conditions** 16:10
90:4 114:7
121:13,21 122:1
123:10 147:18
148:12
**conduct** 16:16
42:13 44:23
83:22 95:25
**conducted** 27:20
32:16 43:3 52:11
52:22 78:5,20
97:14 107:21
116:14,22 118:20
148:22
**conducting** 16:14
40:12 94:5
**coned** 52:15,16
**confidence** 39:9
39:13 40:3 42:7,8
51:2 55:2 59:17
59:17,18,25 60:5
60:9 61:4 62:9
129:19 130:6
135:1
**confident** 99:23
**configuration**
61:15,18

**confirm** 103:16
116:3
**confirmation**
76:25
**confirming** 45:2
45:11,13
**confound** 86:24
**confounded**
86:24 87:3,11
**confounding** 86:5
**confused** 70:24
**confusing** 72:6,11
**conjunction** 11:8
12:25 30:23
33:21 141:20
**connected** 78:1
157:17
**conscious** 45:20
**consider** 14:7
83:6,14
**considerable**
45:12
**consideration**
82:10 96:9
**considerations**
96:15
**considered** 18:21
95:21,22 141:5
141:13 152:1
**considering**
117:22,23
**consistent** 83:20
84:6 85:12
142:20 146:1,21
**constant** 141:22
**constituents**
51:24 81:6 91:6
91:10,18 125:2,3

134:20 150:19
151:24 152:1
**construct**  50:21
**contain**  11:20
12:8,10 38:1
43:17 64:24
125:20,21 137:2
**contained**  29:25
38:7 49:1 73:7
100:22 103:3
107:8 128:23
130:11 134:12,14
134:16
**contains**  29:20
83:12
**contaminant**
24:19 111:5
**contaminants**
14:12 15:2
112:20
**contaminated**
82:22 84:15
113:15
**contaminates**
87:4 115:2
122:10
**contamination**
23:12,19 25:8,9
25:17,19,22
44:11 148:8
**content**  149:8
**contents**  36:11
**context**  54:21
70:12
**continuum**  92:15
**contractor**  134:7
**contractors**  32:4

**contrary**  149:15
**contributions**
111:18
**control**  82:19,21
87:10,14 129:25
134:2
**controlling**  71:23
**convention**  142:5
**convoluted**  15:20
**coordinate**  46:3
74:25
**coordinator**  6:15
**copies**  139:12
**copy**  153:1
158:18 159:17
**coral**  2:14
**core**  72:15
**corner**  57:9,9
**corporation**  1:6
1:11,17 5:6
**correct**  6:22 8:24
9:3 10:24,25 11:9
11:19 13:1,15
17:24 21:5,12,13
21:22 26:15,16
26:23,24 27:2,3,5
27:21 28:11,14
29:13,21,22,25
30:17 32:18,19
32:21 38:8 39:20
45:17 47:6 48:4,9
48:13 49:2,24
50:5 55:12,13
56:7 65:7,10
67:15 69:17,18
71:12 75:25
76:21 78:14,15
78:23 80:19

81:25 82:3,7 86:7
89:12,22 91:3
93:19 95:1,4,5
96:7 97:8 99:5,15
100:8,10,11,13
100:14,20 101:13
102:10,19 104:18
105:17,18 106:13
108:18 109:2,7
109:11,15,20
112:13 113:4,9
113:13 114:7,8
115:18 116:1
118:18,19,24
119:19,22,25
120:13 122:24,25
123:12,14 125:17
125:22 131:23
135:18 142:13,24
143:14,25 153:2
153:3 155:23
**corrections**  154:4
158:16 159:18
**correctly**  106:11
122:13 141:9,10
147:25
**corresponding**
104:5
**counsel**  3:10 6:13
12:12 15:17 17:4
28:15 54:8 61:19
94:17 144:9
149:21 157:15,17
158:17,24 159:12
**count**  19:13
**counted**  19:10
**county**  52:20
154:11 155:21

156:4
**couple**  15:18 57:6
74:21 146:23
**course**  88:21
**court**  1:1 5:7,10
5:15 9:5 54:11
**covering**  147:11
**cr**  48:1 71:24
**cr1**  96:18 97:4
109:14
**cr2**  73:3 98:8,24
108:25
**create**  119:13
**created**  79:22
93:21 114:6
**creating**  11:7
114:4
**criteria**  38:18
54:23,25 60:3
63:9 129:22
**critical**  38:6
**cross**  44:10
142:10
**cso**  103:21
**cubic**  150:13,15
151:5
**culled**  67:13
**cup**  28:17
**curious**  12:19
139:21
**current**  78:21
79:5,6 81:22,23
89:3 105:23
125:11 147:18
148:12 151:20,21
152:5
**currently**  89:1

**curriculum**  3:15
6:2
**cut**  130:3
**cute**  145:14,17
**cv**  1:5,10,16 6:5,9
8:2,16

**d**

**dade**  156:4
**data**  11:24 12:5,5
12:16,23 13:2,13
15:23 20:6,17
21:3 22:19 27:24
28:3 29:14,20,24
30:8,9,11,14,18
31:1,19 32:2,6,12
32:14,15 40:8
49:23 50:1 55:9
62:13 69:22 76:4
95:14,18,25 99:8
99:14,16,19,22
100:2 103:9,14
116:7 117:6
120:19,21 122:22
123:25 124:4,6
124:15,25 125:4
125:6,11 126:1,7
127:3,6,9,11,13
127:19,21 128:12
128:16,18,20
134:18 141:1
150:19 152:2
**database**  3:22,24
11:14 20:9 21:15
21:20,24 22:10
29:7,10,20 30:2,4
30:23 31:2,7,9,11
102:12,13,24

104:7,13,24
107:3,8,15 116:2
**databases**  13:7
20:3,6
**dataset**  138:20,21
**date**  6:9 8:2,18
19:25 21:6 31:5
103:21 155:25
158:18
**dated**  157:18
**dates**  120:22
123:24
**daubert**  9:12
**david**  2:10 144:3
158:5
**davis**  1:14
**day**  16:6,7 119:24
121:24,25 122:2
122:15,16,22
124:18 152:9
154:14 156:14
157:18
**days**  120:2,5,25
121:5
**dci**  1:5,11,17
**deal**  27:10
**dear**  159:12
**decades**  27:16,18
**december**  123:10
123:13
**decide**  59:16,24
61:9
**decided**  26:9
44:21 73:6 76:19
**decision**  75:23,23
76:8
**declare**  155:22

**decline**  25:2
**declining**  79:22
79:23 80:9,16
100:19 106:1
110:3 112:3,3
114:14,16 115:6
115:8 124:2,22
**decon**  129:25
**decrease**  15:14
**deep**  86:7 89:7,8
103:12 115:20
**deeper**  80:4,6
82:10 84:7 87:11
87:14,23
**defendant**  1:7,18
2:12
**defendants**  1:13
2:7
**defense**  12:12
**defensible**  40:8
**defer**  125:13
**define**  22:23,25
61:10 63:10
64:13 148:3
**defined**  54:25
60:3 65:3 143:1
145:7
**definitely**  98:17
**definition**  64:9,9
77:19 145:25
146:20
**degradation**
112:3,13
**degree**  34:23
42:15 49:14 94:4
95:4 97:9,12
98:16 117:25

**degrees**  96:19,23
96:24 97:2 98:9
98:12 108:23
116:6
**delineate**  26:5
**deliverables**
42:23
**demonstrate**
92:12
**demonstrated**
122:21
**demonstrates**
78:21 117:15
**density**  34:13
112:22
**dep**  110:11
**depending**  22:25
34:9
**depends**  12:4
148:21
**deploy**  35:4
**deployed**  45:11
**depo**  6:15 154:1
155:2 158:9
159:10
**deponent**  154:6
**deposit**  87:18
**deposited**  89:22
**deposition**  1:21
1:25 3:8 5:3 7:3
7:23 13:18,18,19
13:23,23,24 14:1
14:3,17,19,20
15:25 44:19
63:20 88:25 90:2
90:10,17 92:13
92:22 93:3 115:1
116:13,21 153:4

155:23 157:1,6
157:11 158:12,19
159:14,16,17
**depositions** 14:22
**depth** 21:8 80:4
83:16 84:6,25
87:5,23 88:3
103:10 105:5,7,7
105:9 115:3
141:6,19 142:3
142:14 143:1,19
143:21 145:10,15
145:15 148:25
**depths** 85:25
**derive** 45:4
**derived** 45:1
**describe** 36:3
41:2,19,22,25
46:22 62:1 78:16
94:9 143:5
**described** 35:16
53:4 54:15 56:5
59:1,3,4 61:3
66:8 68:2 78:8
82:5 89:11 96:9
97:25 126:16
127:9,24 128:1
128:25 135:17
144:24
**describes** 46:14
53:9 54:7 138:2
145:9
**describing** 48:2
48:21 53:7,8
145:11,18
**description** 3:14
4:2 39:1 48:10
50:1,6 73:24

108:9
**design** 32:23
70:14 128:22
135:15 136:12,13
136:14,15,17
137:24 138:2,4,5
138:19,24 139:1
139:19 149:13
151:17
**designated** 44:8
44:13,16
**designation**
71:14,14
**designations**
47:22
**designed** 38:3
**desired** 60:8
**detail** 34:16 38:5
48:22 53:1 68:9
75:10 108:7
143:10
**detailed** 117:13
**details** 38:2,6
43:12,24 44:2
50:7 51:15 59:5,6
**detect** 99:14,19
100:1 122:18
**detectable** 151:18
**detected** 110:21
117:18
**detection** 132:24
133:24
**detections** 101:19
101:21 102:4
105:24 111:10
115:25 121:6,8
124:2,2 133:17

**determination**
33:24 54:7 68:14
73:7 85:15 86:2
88:6
**determine** 39:8
40:6 72:19 83:23
84:11 87:24
104:7 113:20
145:21 149:4,6
**determined** 34:12
54:5 75:19 83:3
108:1 151:23
**determining**
86:10 97:12
139:7,9
**develop** 126:4,10
127:5
**developed** 82:15
126:6,6
**developing** 16:1
49:20 75:14
126:14
**development**
111:17 138:8
**deviating** 143:6
**deviation** 55:2
60:5,8 144:18
**device** 7:22
**dictate** 141:2
**dictated** 35:25
**difference** 13:22
**different** 14:16
14:25 23:21,22
24:1,22 25:15
42:17 43:20 52:8
73:14 82:17 84:9
84:19 95:22
99:25 119:13

120:1,5,17,17,22
120:25 121:6
122:8 131:4
132:16 134:20,20
137:17 145:24
147:10
**differentiation**
8:22
**differently** 91:25
**difficult** 101:5
137:10,19
**diligence** 32:8
**dimensions** 25:24
62:5
**dioxin** 79:19
81:18
**dioxins** 81:8
**direct** 3:4 5:22
**directed** 48:19
**directing** 64:19
**direction** 80:11
95:11,14,16,17
97:16,16 99:2
108:24 109:5,10
109:17,23 118:17
**directional** 95:4
96:14
**directionality**
101:2,4,7 105:16
**directions** 95:13
95:22 97:22
119:7,18
**directly** 8:11
109:4
**disagree** 139:3
**discharged** 79:21
**discharges** 114:3
125:3

**disclose**  116:9
**disclosed**  12:15
    29:16 70:15
    77:22 78:5,11
**disclosures**  139:8
**disconnected**
    143:2
**discuss**  44:2
**discussed**  50:8,8
    54:15 135:6
**discusses**  136:12
**discussing**  75:6
    77:1
**discussion**  13:17
    14:24 44:12 95:7
    105:20 129:13,19
    135:4 140:21
    144:17
**displayed**  29:5,18
**displays**  114:21
**distance**  105:22
    111:11
**distances**  14:20
    112:6
**distinct**  23:18
**distinguish**
    104:14 105:1
**distributed**  22:11
    22:15 52:19
    65:24 76:15
**distribution**  40:5
    55:24 57:17
    122:9,10 151:25
**district**  1:1,1 5:7
    5:7
**diverse**  36:17
    41:16 49:16

**diversity**  56:2
    76:5,9
**divided**  52:7
    94:21 100:16
**division**  1:2 5:8
**document**  21:18
    22:5 46:14 49:4
    56:13 136:2,21
    139:3 140:20
    144:4 145:8,18
    146:3,6,21 151:8
**documentation**
    10:3
**documents**  18:20
    19:11 22:24 26:9
    56:12
**dog**  130:14,15
**doing**  27:23 49:6
    60:19 61:13 68:8
    80:2 85:19 88:16
    102:17 114:19
    128:13 129:8
    145:20
**domain**  38:22
    105:25 119:9,10
**domains**  47:18,19
    55:20
**door**  130:14
**dot**  121:9
**dots**  71:10 121:6
**download**  59:9,9
    93:14,16
**downloaded**
    59:12
**downs**  111:8
**dqo**  126:13,23
    127:3 129:22
    130:1,6,10 132:7

132:19 134:5,9
**dqos**  127:15
    129:22
**dr**  10:17 11:1,6
    34:15 42:20
    43:19
**draft**  153:1
**drawing**  14:11
    81:19
**drive**  35:9
**dry**  13:18,22,24
    14:13,19,21 15:1
    15:24 92:21
**due**  32:8 88:20
**duly**  156:12
**duplicates**  129:1
    129:2

## e

**e**  10:18,18
**earlier**  20:8 30:16
    33:15 56:14 98:8
    100:7 116:13,21
    141:24
**early**  31:4 124:18
**east**  2:8 57:19
    58:5 74:15 80:10
    94:23 97:20 98:6
    98:17,19,19,21
    99:11,11,12
    101:12 106:3
    118:22 158:6
**eastern**  5:2
**effect**  14:11 15:1
**effectiveness**
    19:18 23:3,5
**efficiently**  24:8
    24:20

**effort**  45:12,21
    52:14 73:22
    128:8
**efforts**  16:14 23:5
    48:3
**eight**  18:25 120:1
    122:4 133:14
**either**  33:21
    52:16 64:20 66:2
    67:25 69:16
    87:12 88:1 98:21
    117:18 130:16
**electronic**  20:6
**elevated**  83:9
**eliminate**  58:15
**emission**  15:15
    122:18 152:5
**emissions**  14:6,8
    79:7,9,12,15
    81:22 82:2 89:3
    106:2 113:13
    115:7 121:24
    122:15 123:23
    124:7,9,11,19,22
    125:5,7,22,24
    150:20 151:20,21
**emphasis**  125:1
**employee**  157:15
    157:16
**emsbo**  1:22 3:3
    5:4,24 6:8,24
    7:22 9:14 18:16
    19:10 20:25 29:4
    32:11 66:17 70:9
    71:9 93:10
    106:24 118:14
    130:3 131:1
    134:3 154:1,7

155:2,25 156:11 157:7 158:5,9,10 159:10
enclosed 56:19 159:14
enco 4:14
encompasses 56:19
encounter 16:11
encountered 16:4 99:24
ended 34:6 35:12 35:13 83:16
endorsed 110:14
ends 28:23 70:3 118:8
engineering 2:12
enriched 80:16 92:19 117:18
enrichment 80:7 82:11,23 85:21 85:22 87:25 88:1 88:17,24 115:5 115:16,17 117:15 117:24,25 118:3
enter 155:4
entered 155:24
entering 40:2
entire 21:19 57:9
entisols 83:24
entities 30:10 31:19,21
environment 81:7 87:8
environmental 10:21 32:4 33:22 33:23 51:13 53:13

envision 26:19
epa 4:10 33:22 38:16 39:3,17,23 40:10,15 86:18 139:25 140:6,13 144:14 145:8,18
epa's 126:13 141:11
equal 74:13
equals 55:3 105:9
equipment 35:3 35:15 127:17 129:25
errata 3:6 154:4 155:1
error 39:7 40:6 59:21 60:10 64:14,15,17 135:3,5
especially 147:22 148:16 150:11
esquire 2:5,10,15 158:5 159:6,8
essentially 120:21
establish 129:23
established 47:18 86:17
establishing 51:7 54:17 137:11
estimating 54:25 60:3
et 1:8 5:5 62:9,9 68:4 86:18
evaluate 44:8 81:22 82:11,14 82:20 125:3,4 134:23

evaluated 151:18
evaluating 28:1 42:15 44:25 85:21 95:15 121:23 122:1
evaluation 83:1 89:4 134:19
evaporate 91:20
event 13:18,18,22 13:23,24 14:1,5 14:10,19,21 43:8 62:15 84:23 158:16
events 14:10,13 147:17 148:4,11
eventually 54:1
evidence 78:21 79:6 105:23 143:11,13
evidenced 105:24
evident 61:23 149:9
exact 9:23 31:5 78:18
exactly 42:23 46:1 58:2 84:20 112:15
examination 3:4 5:22
example 24:3 25:7 87:17 91:16 128:14 134:23 149:1
exceedances 103:1
exceeded 54:21 114:13

exceeds 117:25
exception 12:18 57:11
exceptions 92:17
excerpt 107:10 147:10
exclude 45:21
excluded 9:12
excluding 57:12
exclusively 129:21
excuse 127:15
exercise 126:9
exert 81:15
exerted 79:21
exhibit 3:15,16 3:17,18,19,20,21 3:22,23,24,25 4:3 4:4,4,5,6,7,8,9,10 4:11,12,14,15 6:3 6:5,15 18:4,6 19:2,4 20:20,23 21:20 22:7,9 29:5 31:23,23 36:3,9 37:6,8,11,15,17 40:14 41:2,4,5,6 44:1 47:4 49:2 66:13,16,18,18 71:6 73:8 75:7 94:15 96:18 102:11,14,21 104:16,17 105:13 105:22 106:17,19 107:2,2,4,12,14 107:15,19,20,24 108:8,13,14,22 112:11 117:4 122:21 124:21

130:23 131:16,19
136:3,4,6,8,10
137:7,15,17,22
139:24,24 140:2
140:18 143:17,17
143:18,20,23,24
144:8,11 146:7
146:17,19 147:7
147:8 150:2,5,23
151:1
**exhibits** 3:13 4:1
6:19 129:18
136:2 150:5
**exist** 87:4
**existing** 12:2
**exists** 12:5
139:12
**expect** 14:20
15:12 81:12 87:9
88:23 107:9
112:16 126:2
**expected** 112:1
**expecting** 15:14
126:1
**expensive** 35:4
**experienced** 34:3
**expert** 3:16,17,18
3:19,20,21,23 4:6
6:6 10:9,13 11:20
12:8 16:17 18:5
19:3 20:19 22:6
31:12 37:7,16
42:14 44:3 47:5
60:21 75:12
106:18 131:18
151:7
**experts** 125:9,13

**expires** 154:21
156:21
**explain** 34:16
94:8 141:15
**explained** 45:7
149:21
**explaining** 34:7
143:9
**explanation**
80:12
**exposed** 83:8
113:8
**exposure** 4:13
16:20 17:3
110:15 113:11,21
142:7 145:23
147:2,5
**exposures** 147:21
147:24 148:15,18
**extend** 27:5 63:22
141:5
**extends** 56:17
**extensive** 84:21
**extrapolated**
138:22
**eyeballing** 96:24
**eyes** 35:10 104:20

**f**

**f** 2:5 159:6,8
**facility** 74:12
**fact** 35:11 54:17
72:25 79:24
82:21 111:10
112:4 135:9
**factor** 71:23
**factors** 35:5

**facts** 12:16 49:23
**fair** 21:3 23:5,19
25:11,19 38:15
44:23 63:6,17,17
92:10 115:9
139:13
**fairly** 23:25 61:2
**fallout** 85:25
**false** 64:21
133:20
**familiar** 14:23
24:25 34:3 35:21
62:18 136:16,24
147:1
**familiarize** 20:25
**familiarizing**
13:19
**far** 13:6 33:5
124:21
**farther** 15:5
47:15 56:21 57:6
58:3 63:25 112:6
**fashion** 137:10
**faster** 89:19
**fate** 81:20
**fdep** 110:7
114:12
**fdep's** 113:24
**feature** 53:16
**features** 41:2,19
41:23 70:14 83:2
83:12
**federal** 4:12
147:1,5
**feet** 103:13
**fetterman** 2:21
**field** 11:13,17
16:3,10 33:4,6,9

34:25 35:9 36:12
41:7 45:12 53:20
53:20 58:19,23
65:25 68:8,12,16
84:18 85:10
86:16 124:21,21
127:15 129:1,16
132:8,9 134:23
**figure** 32:10
46:24 56:10,11
57:8,15 101:3,16
101:17 103:25
109:3,8 113:14
114:21 121:17
145:22
**figured** 66:1
**figures** 101:5
120:11,11,15
121:4
**file** 22:12 29:10
29:17 159:14
**filed** 5:6
**files** 74:7
**fill** 87:13,16,17
**final** 35:6 38:19
69:21
**financially** 5:14
**find** 10:1 78:18
92:16 106:22
119:5 146:3,20
149:15
**fine** 9:18 28:19
32:11 33:4,8 43:1
53:20 131:15
137:23
**first** 7:1 17:21
27:13 29:18
30:22 33:13

41:13 44:7 47:12 58:8,9 59:16 80:8 86:14 101:15,16 103:6,18 110:7 110:17 115:5,11 122:8
**five** 66:9,10 68:7 93:1 118:6 152:12
**fixating** 135:9
**flag** 28:16
**flat** 118:3
**flexibility** 143:15
**flip** 20:11
**florida** 1:1,24 2:4 2:9,14 5:7 107:22 108:2 110:11,14 111:16 113:7 154:10,18 155:21 156:3,8,9,18 157:4,22 158:2,7 159:2,8
**floridian** 25:19
**fluoranthenes** 92:7
**focus** 23:14
**focused** 43:18 62:22 125:19 128:18 144:22
**folder** 6:19 130:23
**folks** 32:1,7 37:20 37:21
**follow** 30:13
**following** 100:24 150:14 151:1
**forces** 14:15

**foregoing** 157:9
**forensic** 76:25
**forensics** 145:20
**form** 14:8,9 16:21 21:20 23:20 31:13 42:21 72:10 80:20 90:25 114:11 121:2,15 121:22 135:19 139:14 143:8 144:1,20 149:16 155:23
**formalities** 153:5
**format** 29:10 137:19
**formatting** 137:10
**formula** 55:4 59:21
**formulas** 59:6
**forthepeople.com** 2:5
**forward** 149:22 159:18
**foundational** 126:18
**four** 34:9 58:19 66:10 93:24 94:1 94:21 96:4 100:8 100:9,16 102:6 118:20 119:18 123:17
**fpr** 1:24 156:17 158:23 159:24
**frame** 62:13
**framework** 54:17 86:1 127:13

149:19
**frankly** 17:4
**free** 59:9
**frequencies** 75:24
**frequency** 74:22
**frequent** 13:20
**frequently** 81:11
**friday** 158:15
**front** 7:5 27:6 29:6
**fuel** 24:6 26:3
**full** 3:22,24 79:20 102:13 107:3
**furnish** 158:17
**further** 15:11 18:20 44:12 59:6 70:22 75:10 76:18 88:18 100:15 108:9 109:18,24 123:2 154:6 157:14

**g**

**g** 10:17,17
**gables** 2:14
**gang** 10:17,17 11:1,6
**gas** 14:8,11 15:2 27:13 102:17 125:23
**gasoline** 9:3
**general** 9:24 15:9 19:15 35:24 50:7 50:12 53:10 54:15 59:3,4 62:5 85:10 99:2 100:1 139:18 140:21

**generally** 15:22 32:13 44:22 78:19 86:8 91:5 109:22 140:23
**generate** 28:3 49:5 120:9 122:7
**generated** 53:18 67:2,3,6,10 69:23
**geochemical** 83:1
**geographic** 38:13
**geological** 13:10 83:2,12 84:19,22 84:25 85:14 88:4 141:24 143:3 145:3 146:5
**geologically** 83:20 84:5
**geology** 21:23 83:13 84:6 85:11
**geometry** 63:12
**geostatistical** 47:21 68:4 119:17,23
**getting** 48:24 102:4
**gg** 156:20
**gis** 11:17 20:17 62:13,17,18 65:14,16 67:3 68:4
**give** 5:18 40:21 45:24
**given** 38:4,10 45:23 66:7 70:18 149:9
**gives** 27:11
**giving** 48:23

glad   101:3
go   7:2,4 8:4,11
  15:22 17:8,21
  18:7,18,19,19
  19:13,24,25
  21:20 22:15 23:6
  27:16 28:9,20
  33:16 35:9 36:5,7
  36:10,12 37:2,3
  41:3,6,10 44:1
  47:4,11 51:19,20
  53:19 56:10 57:2
  58:12,19,20,23
  61:20 66:8 68:12
  68:12,17 69:25
  71:5 73:13,15,18
  74:1,1,2,2,4,5,8
  74:18,19 75:8
  76:23 77:6 79:13
  80:24 88:18,18
  90:11 91:11 92:1
  94:12,16 95:11
  96:13,18 100:24
  103:24 105:19
  106:8 108:4,21
  109:13 110:8
  112:11,12,25
  113:17 115:23,24
  117:3 130:4,22
  132:3,6 133:2,8
  134:9 139:16
  140:9 144:8
  146:6,7 150:10
  150:25 151:2,13
  152:8
goal   39:10,10
  65:23

goes   56:17 97:19
  145:12
going   10:5 13:6
  15:7 16:5 21:19
  28:20 30:18
  32:15 36:13 37:4
  47:14,15 50:13
  69:7 74:6 87:4,19
  87:21,22 91:9,13
  91:13 95:10,11
  96:23 97:18
  110:6 111:1
  112:19 113:8
  117:10 122:14
  131:6 132:3,17
  132:17,17 133:1
  133:1,6,11,12,15
  133:21,21,25,25
  134:1 136:1,3
  139:2,23 146:8
  151:21
golder   32:1
good   5:1,24 6:1
  19:8,16 28:19
  35:24 43:13 45:6
  66:4 70:9,10,20
  92:23 99:21
  101:15 110:13
  118:5 133:22
  147:18 148:12
gradient   15:15
  80:10 100:20
  106:1 110:4
  115:6,8 122:21
gradients   108:22
  114:14,16 116:5
  116:5

gradual   15:14
gradually   91:16
graphical   61:14
  61:14
graphs   100:24,25
  106:5,12
gravitational
  14:15
gravity   90:3
gray   101:22
  110:20
grayson   1:3 5:5
  154:1 155:2
  158:8 159:9
great   7:20
greater   34:16
  48:22 87:5
  128:17 143:10
green   85:15
  96:22
greenberg   2:8
  158:6
grid   19:7
ground   140:24,25
  141:6,12
groundwater
  8:23 24:5,13,14
  24:15 25:23 26:4
  26:5 27:14 29:19
  29:20 104:22
group   48:5 94:22
  94:22,23,23
  101:11 118:24
  119:1
grouped   48:11
  93:23 95:3
  118:21,22,22,22
  119:7,8,9,17

grouping   96:3
  118:16
groups   94:21
  100:16
gs   47:20 68:20
  69:16 74:18
  76:13 119:24
  122:23
gs05   114:19,22
gs1   58:3 76:1
gs3   109:9
gs5   109:22
gs8   112:13,21
gso   58:2
gso1   57:18
gso2   57:13,15
gso4   57:13,24
gso5   56:18 57:12
  57:17 58:4
gso7   57:22 58:6
gso9   57:17,18
gtlaw.com   2:10
guess   58:5 75:4
  77:15,18 143:18
guide   4:12 147:2
  147:5
guidelines   114:12
gulf   55:22
guys   48:3 63:14
  91:12 152:25

**h**

h   10:17
half   32:21 55:1
  60:4,8 80:3 97:18
  97:18 103:12,13
  115:14 142:23
  143:21

hand   156:13
handed   67:19,23
hang   8:9 40:20
happen   29:19
   65:21
happened   52:15
   65:13
happens   62:12
   68:22 114:24
happy   43:25 55:4
   60:12 63:19
   79:11
hard   19:8 103:14
   104:21,23
harder   129:9
hazardous   114:4
   114:6
head   46:7 64:22
   73:9 89:16
   151:15
headers   21:25
health   142:6
   147:20 148:14
heavier   91:17,17
   91:17
heavy   79:18
   80:18,23 81:5,17
   88:24 91:8 125:1
   125:2
help   6:23 10:12
   106:10
helped   10:15 11:7
   11:12,12,13,16
   138:16
helpers   10:19
helpful   53:12
   60:14 66:13
   124:3 137:12

152:2
helping   11:5
helps   11:3 62:17
henderson   1:8
   5:5
higher   15:3,9
   56:22 88:8 90:22
   92:11 112:6
   114:23
highest   111:10
highlight   72:25
highly   147:21
   148:15
hired   9:14 134:7
historic   150:7
historical   17:22
   18:16 22:21
   28:12 29:24 31:1
   79:6,7,8,12 80:14
   80:15 81:24 82:1
   82:6,14 89:6
   101:22 102:8
   103:1 105:23
   113:13 123:23
   124:6 125:3,5,7
   125:22
history   12:19
   13:3,6
horizon   83:4,10
   83:11,15 141:25
   142:11,16,17
horizons   83:6
horizontal   25:24
horner   2:19
horse   138:14
hour   7:2 28:20
hours   9:20 10:2
   35:4 158:14

hsw   2:12 30:5,11
   30:20,22 31:6,20
   32:9
hu   10:17,17 11:1
   11:6 44:19
huh   32:22 44:5
   67:12 103:14
   144:16
humans   142:7
hundred   9:25
hurt   104:20
hydrocarbons
   9:3 51:24
hydrogeology
   21:24
hydrology   25:21
   25:25
hypothesis   28:1,2
   28:4,4,7 126:6

**i**

i.d.   154:15
idea   74:15 119:12
identification   6:3
   18:6 19:4 20:20
   22:7 37:8,17
   102:14 104:12
   106:19 107:4,19
   107:24 108:14
   131:19 136:6,8
   137:15 140:1
   146:17 147:6
   150:2,23
identified   12:15
   38:20 52:15
   54:18 68:10,11
   75:18 104:10
   134:25 135:21

136:13
identifies   59:13
identify   10:2 34:5
   38:18 39:16
   43:23 45:8 58:10
   58:22 59:15,19
   59:20 100:19
   138:16
identifying   38:17
   39:4 134:5
iii   1:12
image   108:17
images   119:4
imagine   57:22
imagining   15:7
   24:24
immediately
   14:13 89:21
impact   24:5 26:6
impactful   113:11
impacts   8:23
   15:15 24:16,17
   26:14 28:6 82:6
   82:14 123:18,23
   124:16 125:11,16
   152:6,9
imparted   39:7
implemented
   38:3 122:19
importance   146:4
important   15:8
   51:4 70:14 85:20
   110:7 112:14
   141:18,22
importantly
   52:10
impractical
   141:8

**inappropriate**
45:1
**inch** 80:3 115:14
142:23 143:21
**inches** 32:21,22
80:5 83:5 86:7
103:12 115:15,15
115:20 140:25
141:1,3,6,12,17
142:5,10,12
145:12,13,16,19
**include** 79:16
82:25 101:22
104:11 116:23
117:2 120:21
150:6 151:22
**included** 18:24
49:23 69:21 75:1
81:8 100:8 104:8
116:15 135:22
138:10,12
**includes** 32:6
55:18 56:25 57:3
82:9,10 107:14
**including** 120:16
**inclusive** 157:10
**incorporated**
151:17
**increasing**
105:21
**independent** 33:9
**index** 3:1
**indicate** 72:7
90:19
**indicating** 103:11
106:2
**indication** 103:21

**indicative** 110:3
**indicator** 90:18
**individual** 24:8
85:19
**individually**
23:17
**industrial** 105:25
110:10
**industry** 23:15
39:12 51:5,11
**inform** 122:15
123:9 126:21
**information**
11:13,17,18,23
11:25 12:2 21:2,5
21:9 23:8 26:20
27:12 47:9 48:12
48:22 51:4 59:22
70:18 74:25
93:15 105:4
125:21 128:7,16
132:5 138:12
139:12 149:15
**informative**
125:21
**ingesting** 113:9
**ingestion** 113:4,9
**initially** 44:25
**injuries** 17:14
**inorganic** 51:24
**input** 33:11
**inputs** 42:1 65:3
**inside** 71:20
**insight** 31:10
**instance** 25:7,17
40:12 43:22
47:12 48:8 52:12
86:6,14 88:24

110:18
**instances** 134:22
**instructed** 84:18
85:11 142:2
**instructive**
116:12
**integrated** 8:21
**intend** 11:21 12:1
**interest** 13:16
43:12
**interested** 5:14
13:3,12,13 26:12
51:14 53:1 75:11
**interface** 61:14
93:13
**intermediate**
25:17
**interpret** 88:14
149:12
**interpretation**
17:10
**interrupt** 28:16
**intersect** 99:9
**interval** 60:9 61:4
80:4 83:16,19
84:6,7,7 87:23
88:3 141:1,3,4,19
142:14 143:1,19
143:21 145:10,12
**intervals** 42:7,8
83:17 129:19
130:6 142:3
144:25
**introduced** 4:5
20:23
**invalidate** 112:4
**invariably** 66:2

**investigate** 78:20
**investigation**
43:21 79:7,9
127:14 141:2
151:2
**investigations**
53:13
**invoices** 10:2
**involve** 147:20
148:14
**involves** 34:1
**isaac** 2:19 71:6
73:11 90:12
94:14 102:20
105:13 108:11
130:18 136:10
140:3,11 144:10
150:5
**ish** 56:13
**isolated** 24:8,19
24:25 25:13 26:3
**issue** 69:2 125:14
**issues** 69:6,20
132:14,16,19
**itrc** 4:7,8,9 136:5
136:7,23 137:14
137:18 139:3

**j**

**j** 132:24
**janet** 1:23 5:11
152:24 156:7,17
157:3,21 158:23
159:24
**january** 121:14
121:21
**jerame** 2:18 5:9

**joe**  2:18,21 7:19
19:6 36:5,9 37:13
66:15
**joel**  2:22
**johnson**  2:15
**joint**  52:14
**judgmental**
136:13 138:18,25
139:2 149:12
**july**  103:21 139:8
**june**  152:8

**k**

**kay**  4:11 51:8,16
96:15 146:14,16
**keep**  8:13 16:2
47:14,15 74:6
132:17,17,17
133:1,1,6,11,12
133:15,21,21,25
134:1 141:22
**keeping**  146:4
**kennedy**  2:8
158:6
**key**  102:1 110:8
**kilogram**  108:3
109:1,2,7,10,14
109:15,20,25
110:10
**kind**  7:22 27:12
35:5 38:12 43:9
43:17 49:19 63:9
64:15,16,25
65:17 82:25
94:11 97:12
121:8 132:11
138:14,14

**kinds**  136:16
**knew**  16:12
150:18
**knocking**  130:14
**know**  7:2 8:10
9:22 12:5 16:2
21:7 24:21 26:3
30:2 31:4,14,16
31:21 32:9 36:16
39:25 40:7 43:13
45:11,18 46:6
50:20,25 56:18
58:20 62:4,8
65:18 66:1 67:8
68:9,12,17 81:2
85:22 86:25
87:18 89:16
96:16 98:7 111:3
112:22,24 119:12
124:2 128:19
135:24 139:15,16
139:19 146:22
151:14
**knowledge**  51:1
78:7
**known**  138:6,9
154:15

**l**

**lab**  103:24 129:1
131:22 132:9,10
**labeled**  48:13
68:1,6,20 70:24
71:1 76:1 77:3
119:24
**labeling**  48:2
68:21,22 71:23

**laboratory**  4:14
93:12,17 126:18
126:23 127:4
128:15 129:5
134:7,22
**lag**  81:2
**laid**  86:6
**lake**  34:19
**lakes**  65:17
**landfill**  24:4
**laptop**  7:24
**large**  1:24 21:18
22:4,12 23:16
24:1 29:17 34:18
53:18 89:18
154:18 156:10,18
**largely**  111:5
113:9
**larger**  7:20 35:5
147:11
**laser**  144:22
**late**  31:4
**lay**  101:10
**layer**  87:21 146:5
**lead**  3:24,25 4:4
91:7 105:22
106:5,22 107:3,7
107:14,18 108:2
108:9,13 110:5
111:4,4,13,18,18
**leads**  55:5
**leave**  76:24
**left**  7:14 34:23
**legal**  158:1 159:1
**legend**  57:1,3
**leipfinger**  5:9
**letter**  3:9,10
104:3 158:11

159:15
**level**  15:13 39:9
40:2 59:17,18,18
59:25 128:13
129:8 132:23
135:7
**levels**  25:16
110:12,13,14
115:10
**lewis**  2:13
**lewisbrisbois.c...**
2:15
**lied**  95:3
**liepfiner**  2:18
**light**  91:19
**lighter**  92:16
**limit**  39:13 51:2
62:9 63:23 110:8
110:9,11,21,22
118:1 132:21,21
135:1
**limited**  125:16
**limits**  110:21
113:2 117:19,21
**line**  41:13 99:7
111:9 135:25
155:5 158:17
**lines**  98:7 143:22
**link**  59:8
**links**  132:8
**list**  9:10 17:12
20:11 21:22 32:3
37:3 41:17 42:8
46:4 66:6 67:14
67:19,25,25
79:20 106:8
158:16

**listed**   9:2 18:1,17
22:19 26:9 42:11
77:9 158:12
159:14
**listing**   100:6
**lists**   142:4
**literature**   14:24
**lithological**   85:16
**little**   7:13,20
15:21 17:6 18:20
19:8 30:6 31:25
33:8 36:1,24 38:4
40:22 41:11
47:15 56:13,20
57:6,20,21 58:3,4
58:4,6 63:24
77:17 84:8 89:19
89:20 98:22
99:12,12 101:25
109:18,18,23,24
129:9 133:24
137:19
**llc**   1:12
**llp**   2:13
**lm**   68:2 69:17
120:4
**lm00367323**
151:11
**load**   66:13
**local**   111:16
**localized**   151:25
**locate**   10:6
**located**   138:17
**location**   21:1
33:5 34:24 35:10
46:2,3 47:19 48:5
48:10 51:8 52:5
53:21 56:18,20

57:22 58:3,5,20
63:5 67:24 68:13
68:18,19 71:18
74:14 76:19,20
82:18 83:23
85:13 86:15 89:1
119:23 120:22
122:4 127:22
129:11 138:5
**locations**   11:4
20:17 26:5 33:1,2
33:8,12 35:13,17
35:20,23 36:18
38:13,14,17,19
38:19,24 39:4
41:16 44:6,9,15
44:16,22 45:5,9
45:16 46:5,15,22
47:9,14,17,21,23
48:10,17,20 49:5
50:17 53:3,11,18
53:19 54:3,21
55:12,12,14,15
58:11,23 59:14
62:11,19 64:2,5
65:9,12,15 67:2,5
67:10,14 68:5,7
68:10,24 69:4,15
69:20 71:15,17
71:20 72:16,18
73:1,5 74:17,19
74:23 75:18,19
75:23 76:12,13
77:9 84:4 85:9
94:4 95:2 96:4
98:2 100:7,10,12
104:4 108:17
115:18 118:21

119:8 120:1,4,17
123:16,17 130:5
134:10,10 135:14
138:7
**lockheed**   1:6,11
1:17 5:5 21:1
26:22 27:5 32:5,9
68:3 101:23
102:8 154:1
155:2 158:8
159:9
**logical**   69:9,25
95:9
**loiselle**   2:20
**long**   13:11,13
27:7 43:12 61:1
69:3 147:21
148:8,15
**longer**   25:3,4
124:23
**look**   9:17 13:2,6
15:23 16:1 21:25
34:22,23 36:15
37:4 40:13,20
45:5 46:1,24
56:25 58:20 60:6
64:3,23 73:10
76:8 77:11 82:15
88:7 95:18,21
96:14,17,21 98:9
101:8 102:3
103:6,9,15 105:3
106:12 107:8,9
108:6 110:23
111:2 112:22
113:12 114:19
115:11 116:4
117:10 119:3,13

121:8 123:6
124:1 129:1,9
133:4
**looked**   9:9 12:21
12:24 13:7 16:9
84:2,25 97:15
98:1 100:19
108:22 112:11
113:19 116:5,7
134:3 150:20
151:15 152:3
**looking**   17:16,17
27:23 34:24,25
35:2 37:2 40:5
41:8 42:6 48:23
56:14 61:11 62:2
62:19 66:12
76:11 79:5,6 80:8
81:4 82:22 87:1
88:16 91:15 96:5
97:24 98:12
101:17 106:11
117:20 118:3
129:17 130:9
132:16 133:14
136:3 142:15
148:23
**looks**   26:18 29:7
77:8 103:6
104:24 107:10
109:4
**lost**   79:1 108:19
**lot**   9:22 34:20
46:17 48:19 52:8
70:11 112:5
121:6 131:7,9
134:2,21 151:13

**lots** 58:16 65:15
67:1 85:18,18
111:17 133:22
**low** 113:16,17
132:25
**lower** 15:4,11
92:8 109:5,24
112:19 114:22
**lowest** 132:21
**lsasdproc** 40:17
**lumped** 121:1
**lunch** 69:10

**m**

**m** 2:22
**m.s.** 1:22 3:3
154:1,7 155:2,25
158:9,10
**machine** 152:7
**main** 25:9 26:20
57:4 77:3
**maintained** 30:5
30:20
**maintaining** 31:7
31:9
**major** 97:21,22
**making** 27:25
86:1
**management**
1:12
**manganese** 116:1
**manifest** 13:20
132:20 134:21
**manner** 104:6
**manual** 141:7
147:11
**map** 45:5 56:14
57:8,9 58:14 62:2

64:2 71:5 74:24
**maps** 11:3,5,7
**march** 32:17
**marcy** 2:19
**margin** 7:14
**mark** 18:3 19:1
20:15 37:5,15
102:11 106:12,16
107:2,12,20
108:8 131:8
136:1,4 137:7
139:23 146:15
**marked** 6:2,5,19
18:5 19:4 20:20
22:7,9 29:5 36:3
37:8,11,17 73:8
75:7 102:14
106:16,19 107:4
107:17,18,23
108:10,13 130:21
130:23 131:19
136:5,7 137:14
140:1 146:16
147:6,8 150:1,22
**marking** 137:18
**markings** 137:3
**martin** 1:6,11,17
5:6 26:22 32:5
68:3 101:23
102:8
**matched** 98:2
**material** 82:16
92:18 95:10
120:8 145:21
**matrix** 21:7
**matter** 5:4 16:24
83:11 86:19
89:15,18 90:5

97:9 151:16
158:20
**mattingly** 1:22
3:3 5:4,24 6:8,24
7:22 9:14 18:16
19:10 20:25 29:4
32:11 36:6 66:17
70:9 71:9 93:10
106:24 118:14
130:3 131:1
134:3 152:21,22
154:1,7 155:2,25
156:11 157:7
158:5,9,10
159:10
**maximum** 60:8
**mdl** 132:22
**mean** 10:21 23:6
23:7 24:11,18
30:15 44:17
49:18 54:25 60:4
65:9 82:1 89:8
95:9 96:14 99:4
130:2
**meanders** 99:7
**means** 96:23
137:21
**measure** 64:17
122:3,4
**measurement**
98:16
**measurements**
133:20
**measures** 134:20
**media** 28:23 29:2
70:3,7 118:8,12
**medium** 26:12

**meet** 6:1
**memorandum**
38:8 46:13,20
**memory** 34:6
**mention** 41:12
49:9 139:21
**mentioned** 30:19
31:18 35:14 42:5
43:2 44:18 49:1
51:12,17 55:10
64:6 66:18 73:5
83:25 84:13
95:24 113:2
141:24
**mentioning** 8:20
40:19
**mercury** 91:7
**mess** 17:5
**met** 15:13
**metals** 79:19
80:19 81:5,18
88:24 90:9 113:8
125:1,17
**meteorological**
12:19,22 13:2
15:23 90:3
**meter** 150:13,15
151:5
**method** 28:2 96:9
126:8 132:23
133:18
**methodological**
95:7
**methodologies**
44:3
**methodology**
40:14 53:3,10
115:19 144:14

148:23
methods  125:10
  140:21 141:8,12
miami  156:4
  158:2 159:2
michael  1:14
  70:20 75:12
michael's  76:22
micrograms
  151:5
microns  89:15,18
middle  1:1 5:7
  114:9
migrate  121:25
migrated  79:25
migrating  106:2
migration  78:22
  80:14,15
mile  64:8
miles  63:14,16,23
  64:10,11 77:18
milligrams  108:3
  109:1,1,6,10,14
  109:15,19,25
  110:10 150:13,14
million  151:5
mind  9:16 19:12
  26:20 84:21
  90:13
mine  53:17
mineral  83:11
minimal  33:24
minimize  39:6
  135:5
minimum  34:5
  54:18,22 55:6,10
  58:13 59:13 60:7
  67:7

minor  77:20
minute  69:12
minutes  28:18
  69:10 92:25
  118:6
miscellaneous
  11:14
mischaracterize
  80:22
mischaracterized
  81:3
misleading
  147:22 148:16
missed  128:24
misstated  91:2
misstatement
  117:1
mistake  147:12
  149:20
mix  84:6
ml  2:20
model  15:6 126:4
  126:8,11
modify  142:1,2
  143:15
molecular  90:5,8
  90:15,22 91:4,21
  91:22 92:5,11
mollisols  83:24
moment  37:6,12
momentarily
  132:1
monday  158:15
monitor  7:24
  73:15
monitored  81:11
monitoring  19:19

morgan  2:3,3
  159:6,6
morning  5:1,24
  63:1 70:11 99:21
  127:12 129:14
  135:4,7 138:13
move  25:2
multiple  8:22
  23:18 26:5 64:25
  71:18 72:15,16
  73:1 75:15 121:5
multiply  34:9
municipality
  52:17
mystery  63:16

## n

n  10:17
nagler  2:22
nalley  2:19
name  5:9 8:7
  39:23 76:11
  103:9
named  30:5
names  10:16
narrative  97:25
  100:23 132:13
national  13:8
native  29:10
  82:17 87:8,12
naturally  55:24
nature  15:20 50:7
  51:7
near  92:19
  124:21
nearest  68:17
necessarily  25:18

need  7:17 8:3
  18:19 25:23
  28:17 58:10
  59:23 62:8 65:4
  68:16 77:10 79:4
  93:14 99:19
  100:2 105:3
  126:12 129:9
  133:4 144:23
  149:5
needed  16:2
  102:3 143:15
  150:18
negative  64:21
net  15:1
nevertheless
  123:15
new  11:22,25
  12:6,6 86:7
newfields  10:21
  10:23
nice  6:1 149:24
nicely  114:21
nine  78:16 133:15
noaa  13:9 129:6
noel  2:15
noel.johnson
  2:15
noncombined
  101:11
nonlandfill  24:5
nonnative  84:1,3
  84:12,14 85:8
  86:4
nonrandom
  138:19
nonsurface
  104:15

**north** 2:3 56:17
57:17 58:4 80:10
94:22 96:23
97:18,19 98:5
99:12 101:12
106:3 109:18,23
111:1,2 112:8,10
112:12 118:22
159:7
**northeast** 96:19
**northwest** 96:25
98:9
**notarized** 158:17
**notary** 1:24
154:18 156:9,18
156:20
**notes** 60:12,16,18
153:2 157:11
**notice** 1:24
**noticed** 7:1
**notification**
22:14
**notifying** 159:15
**noting** 158:17
**nth** 49:14
**nudge** 111:23
**number** 3:14 4:2
8:10,17 9:23 10:2
19:16 23:4 33:2
33:24 34:5,5,8,11
34:18 35:6,17,22
38:12,13 39:9
46:16 54:4,18,22
55:6,11,19 58:13
58:21 59:14,15
60:7 62:10,22
63:5 67:8,14
74:14 77:2 91:24

103:1 111:24
120:25 127:22
129:11 134:10
135:9,14 139:17
139:17 151:11
158:13
**numbered** 157:9
**numbers** 40:21
113:7 158:17

**o**

**o** 10:18,18 158:5
**oath** 3:7 5:12
156:1
**object** 16:21
23:20 31:13
42:21 72:10
80:20 90:25
121:2,15,22
135:19 139:14
143:8 144:1,20
149:16
**objection** 18:9
144:3,7
**objections** 40:14
**objective** 39:6
76:6,17 127:11
132:19
**objectives** 53:15
78:24,25 127:3,6
127:9,14,19,21
128:12,21 134:19
141:2 144:13
145:24
**observing** 115:17
**obvious** 44:10
**occur** 114:1
134:6

**occurred** 80:15
84:17,22 88:25
121:13 122:15
123:10 124:12,17
125:12 132:14
**occurring** 15:3
15:10,11 89:1
124:10
**occurs** 82:12
**oceanic** 13:8
**october** 9:16,19
157:18 158:4
159:5
**offer** 11:21 12:1
61:21
**office** 10:14,20
158:14,14 159:17
**official** 40:22
156:13
**officially** 68:23
**offset** 7:13
**offsite** 28:5
**oftentimes** 83:9
142:3
**oh** 39:19 66:13
108:19 131:1
136:22
**oil** 9:3 24:17
**okay** 6:11 8:1,13
8:17,18,20,25 9:5
9:11,20 10:1,5
11:10,16,25 12:8
12:15,22 13:12
13:16 15:9 16:8
16:15 17:25 18:3
18:22 19:1,15,18
20:2,15,23 21:10
21:14,18 22:1,17

23:3 26:8 27:9,19
28:8,12 29:23
30:2,13,22 31:6
31:10,24 32:4,25
33:11,13 36:2,10
36:13,15,25 37:5
37:10,19 38:6
41:10 42:12,19
44:21 45:14
46:17 47:3,11,16
48:7,12,16 49:13
49:18 50:3,19
53:9 54:2,14 55:8
55:14,19 56:8,16
57:2 59:24 60:15
60:20,23,25 61:7
61:25 62:8,25
63:8 64:12,24
65:11 67:5,10,22
68:19,24 69:19
69:24 70:23
71:24 72:4,6,22
73:3,13,15,16,18
73:18,19,19,21
74:5,5 75:4,16,22
76:1,7,18,23 77:6
77:14,25 78:13
79:8,10,14 80:12
80:18 83:18,22
84:24 86:13,14
87:3 88:9 89:24
90:22 92:20,23
93:17,20 94:8
95:6 97:3,11
98:11,20,23 99:3
99:8 100:15
102:6,11 103:5,8
103:11,18 104:2

105:11,19 106:16
107:1,12,17
108:8 109:9
112:25 114:19
115:13,23 116:4
117:5,10,13,20
118:2,5 119:15
120:4,7,14
125:15 126:23
127:2 128:25
130:4,13,17
132:2,18 133:7
133:11,13,14,22
135:12 136:1,19
137:2,13,24
138:1 139:5
140:19 142:16
144:6 146:10,15
146:19,25 147:13
150:25 152:7,11
**once** 64:12 65:3
73:6 74:20 76:20
76:20
**ones** 45:3 47:24
66:12 78:10
81:17 90:4 91:18
103:18
**open** 73:11
104:19 130:13
**opening** 41:14
**opens** 36:16
**operating** 4:10
40:15 126:19
139:25 140:6,14
143:6,14,25
144:15,18
**opinion** 28:6
88:10 123:20

**opinions** 11:21,24
12:1,7,9,10,17
123:22 150:17
151:7
**opportunity**
43:13 146:20
**ops** 129:16
**options** 61:18
**orange** 2:3 159:7
**orchestrated**
70:17
**order** 26:14
100:1 142:1
149:4
**organic** 85:15
132:18
**organics** 83:9,10
**organization**
136:24
**organizational**
98:4
**organize** 99:8
**organized** 48:15
104:7
**origin** 85:16
87:12
**original** 3:10
159:14,19,20
**orlando** 1:2 2:4
5:7 12:20 13:20
14:7 15:25 56:21
57:14 159:8
**outcome** 5:14
**outer** 25:5
**outlying** 63:25
**output** 45:14 63:4
**outputs** 42:1

**outset** 44:18
**outside** 71:21
84:25 127:4
**overabundance**
63:24
**overlap** 35:24
**overview** 36:21
**owned** 52:16,16

## p

**p** 10:18
**p.a.** 2:3,8 158:6
159:6
**p.m.** 1:20 70:5,5
93:6,6 118:10,10
152:17 153:5
158:15
**page** 3:2,5,14 4:2
8:10 18:18 27:13
29:18 36:12 41:8
41:15 47:2,11
71:7 73:14,16,18
73:18,19,20,20
73:20 74:2,8
76:24 77:2,6,8
78:16 90:8,13
91:14 96:18
100:5 101:16,25
105:19 106:22
108:4,16,21
109:13 110:6
112:12 117:11
132:3,5,12,15
134:4,4 136:12
137:25 140:20
147:9,10,14
150:10 151:3,12
155:5 158:17

159:19
**pages** 43:11
45:23 100:22
128:16 129:15
132:4 133:9,13
157:9
**pahs** 79:18 80:19
81:5,17 92:3,7
117:16 125:1,16
**paper** 8:20,21
35:8
**paragraph** 36:17
41:14 135:21
141:15 148:5
**parameter** 133:3
**parameters** 75:1
**parenthesis**
103:10
**park** 55:22
**parking** 34:20
58:16
**parsons** 11:5,7
44:19
**part** 8:16 17:7
30:24 58:1 74:16
75:20 77:19,22
80:13 82:2 92:8
99:21 124:18
141:18
**particle** 15:2 90:2
91:8,13 92:8
125:2
**particles** 14:14
87:18 89:20 90:6
90:17,21,23 91:9
91:14,19
**particular** 17:17
21:12 24:15

53:14 79:12,18
79:24 90:7,20
91:5 99:18 104:6
122:2,3,4 130:9
151:15
**particularly**
47:22
**particulate**  14:9
14:11 79:17
89:14,17 124:20
126:2
**particulates**
13:25 79:25
125:25
**parties**  157:16,17
**parts**  15:18
**party**  5:13
**pass**  152:11
**pathway**  113:6
**pathways**  23:12
113:21
**pattern**  4:4 15:9
15:12 81:4,13,15
96:5 99:10
108:13 112:4
124:22 126:3
**patterns**  14:4,17
14:21 15:25
88:23 116:12
**pause**  69:8 92:24
118:6
**pcbs**  79:19 81:8
81:18
**pdf**  21:20 29:9,11
104:21,23 117:11
137:5,9,25
147:14

**pen**  43:20
**penalties**  155:22
**penson**  1:3
**people**  12:6
112:18,21,23
145:23
**percent**  39:13
55:2,3,25 56:1
60:5,6 64:20
135:7
**percentages**  56:4
**perfectly**  67:12
**perform**  105:15
**performed**  101:1
**period**  27:8
122:17 124:23
**periods**  120:18
123:4 148:8
**perjury**  155:22
**person**  11:4
70:21
**personally**
154:15 156:11
**peters**  10:18
11:10 44:19,20
44:21 62:16
**ph.d**  85:19
**phase**  15:2 30:25
79:3,13,14,17
82:5,5,8,9,14
91:10 127:14
**phased**  79:3
**phillip**  1:3
**photo**  62:21
**phyliss**  1:3
**piano**  123:2,8
**pick**  62:5 63:14
76:15

**picked**  52:17 62:6
98:2
**piece**  129:12
**pieces**  17:5 46:17
**pipes**  111:20
**pit**  103:23,24
**place**  14:12 15:2
15:4 45:6 69:9
**placement**  11:3
**plaintiff**  1:15
17:15 151:22
**plaintiff's**  3:13
4:1 6:3 18:6 19:4
20:20 22:7 37:8
37:17 102:14
106:19 107:4,19
107:24 108:14
131:19 136:6,8
137:15 140:2
146:17 147:6
150:2,23
**plaintiffs**  1:4,9,23
2:2 16:20 17:2
31:11
**plan**  16:2 33:4,10
33:14 34:4,11
38:7 39:2,5,20,25
41:7 45:8 48:14
50:9,13,22 61:12
61:13 64:1 71:17
127:6,15 132:9,9
148:22 149:5
**planned**  38:3
**planning**  70:15
**plant**  25:9 57:4
77:3,19 96:20
109:19

**plaza**  2:13
**please**  5:16 6:7
18:8 36:9 37:13
60:14 66:18
73:12 91:2 94:15
96:18 102:21
130:18 140:4,11
146:22 158:13,16
**plot**  62:10 112:2
**point**  15:4,10
25:2,3 32:12 36:2
47:8 57:5 65:14
68:7 69:25 72:12
77:20 91:25
148:6
**pointing**  48:11
112:15
**points**  43:20 57:6
58:8 68:8 76:4,15
108:23 110:20
112:2 116:6
147:17
**polynuclear**
51:23
**pop**  57:1
**population**  44:24
56:23
**portfolio**  14:24
**portion**  28:13
54:12 128:17
**posed**  148:6
**positive**  64:21
133:20
**possession**
159:20
**possibility**  83:25
84:13 86:4

**possible** 14:18
19:14 104:19
115:16 138:5
**possibly** 122:23
**post** 93:13,15
**poster** 111:18
**potential** 14:6
44:10 150:20
**potentially** 16:10
84:12 86:4 106:1
**practice** 23:16
**preceded** 53:24
**precipitation**
13:4,11,14 90:3
**precision** 129:2
129:23 131:7
133:5
**precleaning**
127:17
**predicated** 92:21
**preparation**
10:12
**prepare** 10:9
60:18
**prepared** 16:3,13
17:9 60:16
157:13
**present** 2:17
147:24 148:18
**presentations**
8:14
**presented** 11:23
19:17 73:22
101:10 105:16
106:13
**presenting**
120:19 139:4

**presuppose** 125:8
**pretty** 61:23 66:4
86:25 95:9
103:16 110:6
**prevailing** 97:17
**previous** 91:11
91:12 92:2
121:25 123:3
**previously** 77:1
**primaries** 65:22
66:4 67:16
**primarily** 81:16
81:21 89:4
117:24 140:22
**primary** 10:19
45:8,9 58:22
65:20 66:3 67:25
68:12,13 69:5
83:6 129:7
**principle** 98:4
**print** 137:5,9
**prints** 137:3
**prior** 12:23 20:5
31:8,11 158:18
**probabilities**
129:19 130:5
138:9,15
**probability**
136:15 138:3,4,6
138:24 139:6,20
**probable** 149:20
**probably** 6:10
51:9 55:25 59:8
70:20 73:23
75:11 90:4 95:19
98:19 131:9
146:3

**problem** 29:9
54:10 69:13
147:22 148:16
**problems** 22:13
**procedure** 4:10
34:18 36:22
140:1,6 143:14
143:25 144:19
**procedures** 37:1
40:16 126:19
129:25 131:2,3
140:14 144:15
**proceedings** 7:9
18:11 28:24 70:4
93:5 118:9
152:16
**process** 13:20
22:11 35:15 36:4
37:1 40:2 50:2
62:25 126:13
148:24
**processes** 14:25
130:1
**produce** 33:25
129:13
**produced** 13:8
31:11 33:21
45:18 60:20
102:12 135:23
**production** 31:12
151:10
**professional**
63:19 156:8,8
157:4,4,22,22
**proffer** 135:24
**program** 32:23
38:2 40:24 49:21
70:12,14,15

72:13,13 82:25
122:19 127:20
134:24
**programs** 126:14
**project** 53:14
83:17 126:5
**prompt** 61:17
62:3 158:20
**propensity** 90:20
**proper** 144:7
**properly** 16:13
135:14
**properties** 36:19
52:16,18,23
55:23 67:19 91:5
**property** 1:11
25:1 33:6 82:21
85:24 115:2,3
**proportions** 56:4
**protection** 33:22
**protocol** 33:3,23
34:7 35:19 37:19
37:22,23 38:16
38:20 39:3,5,15
39:17,22,23
40:10,12,18,23
41:12 46:14
48:21,25 49:1,3,3
49:6 53:7,8 58:25
59:1 75:14,16
86:15 139:22
142:2,4,21 143:2
143:6,9,13 145:9
145:14,18 149:19
149:22,22
**protocols** 39:14
51:6 53:25 66:9
70:19,21 86:18

**[protocols - read]**                                                Page 186

86:25 126:20
**provide**   23:8,11
   42:3 43:25 46:5
   51:15 54:16
   147:17 148:12
**provided**   29:13
   43:8 44:15 45:14
   45:20 59:5 74:25
   159:17
**provides**   46:2
   90:8
**providing**   76:4
   116:11
**provision**   132:8
**public**   1:24
   154:18 156:9,18
**publication**   8:6,8
   51:8,16 52:1,4,7
   53:4
**publications**   8:5
   8:14,15 9:2
**pull**   19:7 20:18
   20:24 36:5 60:23
   62:13,20 71:6
   117:4 131:4
   136:10 140:3,11
   144:10
**pulled**   66:23
**pulling**   150:6
**purpose**   23:6,7
   78:19 81:23
   113:12
**purposes**   15:24
   26:10 29:23
   59:25 78:17
   93:24 94:5 97:13
   100:17 101:9
   115:21 119:15

126:11 131:12
   137:6,11 141:4
**pursuant**   1:24
**put**   7:17 17:7
   31:23 35:9 36:13
   37:13 56:3 58:14
   73:10,14 75:16
   86:20 91:5 101:3
   104:14,16 105:13
   106:7 107:1
   111:22
**puts**   64:2
**putting**   98:5
**pyrene**   92:7

**q**

**qaqc**   129:16
**qc**   129:8,10
   132:14 133:18
   134:2,2
**quadrant**   94:5
   95:4
**quadrants**   94:3
   95:20 100:18
**qualifiers**   132:23
**quality**   38:14
   127:3,6,9,11,13
   127:19,21 128:12
   128:16,18,20
   129:24 132:2
   134:2,18,21
   141:2
**quarter**   97:19,19
   97:20,20
**query**   104:13,14
**question**   8:1
   15:18 27:22 42:4
   43:15,16 47:7,13

50:12 54:9 64:16
   66:21,25 75:4
   78:9 83:13 84:8,9
   85:4,6 90:7,15
   92:9 94:18 95:6
   98:8 99:25,25
   101:6 113:19
   114:10,25 116:19
   119:6 134:8
   135:11 136:9
   143:22,23 144:22
   147:9 148:6,19
**questioning**
   135:25
**questions**   12:4,6
   17:20 30:13 54:4
   63:21 64:19
   70:22 145:2
   146:24 152:13,20
**quick**   104:19
**quite**   6:14 52:21
   54:2
**quote**   44:13

**r**

**r**   10:18,18
**r4**   40:17
**radial**   94:21
**radiant**   98:16
**radiating**   80:17
**radius**   63:10,12
   64:8
**raining**   14:1,2
**rainy**   16:6,13
**ran**   67:6
**random**   52:22
   55:24

**randomly**   38:17
   39:4 45:1,4,10
   52:17 53:18
**range**   19:15
**rate**   59:21 60:10
   64:14,15,17
**rates**   40:6 135:3
   135:6
**rationale**   73:7
   143:5 149:6
**rb**   47:23 48:7
   68:3,20 69:16
   71:1,11,14,20
   72:4,25 74:17
   75:19 76:12
   120:1 122:23
**rb01**   74:10 99:2
**rb03**   114:25
**rb06**   98:21
**rb06x**   98:20
**rb1**   77:10 97:7
**rb2**   74:13 109:4
**rb3**   109:17
**rb4**   96:24 97:2,5
**rb5**   77:15
**rb6**   98:11,15,25
**rb7**   72:22 77:10
   112:13,23
**rbd**   1:5,10,16
**rbo6**   58:5
**rcra**   22:22
**reaching**   48:25
**reactive**   125:2
**read**   16:24 19:8
   23:7 36:24 42:22
   46:12,21 54:13
   60:2,2,11 61:3
   79:4,4 104:21

109:14 137:19
141:9,10 147:25
148:5 149:11
152:24 155:23
158:10,14 159:11
159:15
**reading** 3:9 109:6
158:12,18,19
159:15,17
**reads** 109:10,19
**real** 104:19
**really** 25:20,20
45:22 48:12
64:18 65:19 94:8
114:18 122:14
123:9 151:16
**reask** 119:6
**reason** 17:19
83:24 86:3 90:7
95:2 103:2
113:22 114:11
129:6 141:18
142:4 155:5
158:17
**reasonably** 99:23
**reasons** 92:18
**recall** 33:16
**receive** 93:10
**received** 29:16
31:2 93:20,22
**receiving** 115:1,2
**receptor** 113:6
**recess** 7:9 18:11
28:24 70:4 93:5
118:9 152:16
**recognizably**
58:17

**recognize** 74:11
111:3
**recollection** 29:6
30:21
**reconstruct**
124:6 147:23
148:17
**record** 5:2 7:4,8
18:7,10 28:21,23
54:11,12 59:14
70:1 118:8 137:6
144:7 152:14
157:10 158:24
**recorded** 1:21
54:13
**records** 13:11
17:23,25 18:17
**recoveries** 133:18
**recreate** 49:20,22
50:9,13
**rectangle** 57:23
**refer** 12:22 66:23
137:20 140:16
142:22
**reference** 4:12
51:6,21 94:12
96:13 129:4
146:6,7 147:1,5
**referenced** 49:4
104:4 140:7
158:18
**references** 18:23
40:15 143:13,24
**referencing** 52:2
146:12
**referred** 36:22
100:6

**referring** 20:9
39:17 40:19
106:23
**reflect** 92:1
**refresh** 6:20 29:6
**regard** 149:3
**regarding** 14:19
20:17 21:4 26:17
78:4 81:13 101:2
127:21 128:21
129:10 134:8
**regardless** 15:12
**regards** 16:9
33:11 70:13,23
75:9 80:18 82:4
113:4 114:5
125:15 134:6
**regime** 48:2
**region** 4:10 40:15
139:25 140:6,13
144:14
**regional** 38:23
42:18 43:4 47:19
48:7 55:18 56:1
57:5 68:3 71:1
72:5,7,17,19,22
74:15 77:3
100:12 102:7
119:11,16,20
**registered** 156:7
157:3,22
**regulations**
113:24
**regulators**
141:21
**regulatory** 15:13
117:19,21 118:1

**relate** 9:2
**related** 5:13
138:21
**relates** 124:4
136:9 147:9
**relating** 66:25
**relation** 11:1
**relative** 62:19
82:20 157:15,16
**relatively** 85:12
88:3
**release** 15:4,10
24:6,20 25:3
92:19
**released** 124:23
**releases** 24:24,25
25:12 105:23
**relevant** 23:8
28:1 61:4 90:10
113:25
**relied** 45:15
**remain** 89:24
**remained** 45:3
**remarkable**
110:17
**remedial** 23:5
**remember** 33:18
52:20 64:22
111:12,14 114:19
**remote** 1:21 57:4
77:15 157:6
**remove** 86:19
**render** 12:16
**rendering** 150:16
151:6
**rene** 2:5 69:7
152:12 159:6,8

**repeat** 54:9,11
  75:20 76:5,16
  85:4 94:18
**repeatedly** 47:24
  71:16
**repeating** 33:17
**rephrase** 15:19
  100:9
**report** 3:16,17,18
  3:19,20,21,23 4:6
  4:11 6:6 10:9,13
  11:2,8,15,20 12:8
  12:20,21,23
  16:17 17:21 18:1
  18:3,5,17,23,24
  19:3,22,23 20:10
  20:11,19 22:6
  23:4 26:10 27:20
  29:5,15 30:24
  31:12 32:8,10
  36:2 37:7,16 38:5
  38:21 39:1 41:1,4
  41:13 42:1,11,14
  43:9,11,16,18
  44:3 45:19 47:5
  49:10,24 50:4
  51:7,18,20 54:6
  56:3,15 59:2
  60:21 68:2 73:24
  74:1 75:6,13,13
  77:8,23 78:6,11
  78:16 88:17,19
  89:11 94:10,13
  94:17 95:8 96:1
  97:17 100:5,23
  103:3,25 104:5
  106:5,9,13,18
  108:6,17 116:9

116:15,23 117:3
  117:9,10 120:9
  120:12 126:16
  127:10,24 128:1
  128:23 129:15
  130:11 131:18,22
  134:4,16,22
  135:18,22 137:1
  138:10 142:22
  143:6 144:24
  146:6,9,11,14,16
  149:8,11,14
  157:6
**reporter** 5:11,15
  5:17 54:11
  152:25 156:8,8
  157:4,5,22,22
**reporter's** 3:8
  157:1
**reporting** 132:21
**reports** 19:19,19
  19:19 23:3 26:6
  42:9 51:13 88:16
  103:15 128:15
  129:5 151:13
**represent** 11:24
  20:16 46:8 148:8
**representation**
  55:21
**representative**
  84:11 129:10
**representativen...**
  127:23 128:21
  135:13
**represented**
  120:15
**representing** 5:9

**request** 149:25
**requested** 54:12
  157:9
**require** 95:16
  110:15
**required** 33:25
**reserve** 11:22
**reside** 21:16
  112:21,23
**residential** 36:19
  48:1 71:25
  105:25 110:8,9
  110:16,19,20
  113:17 119:12
**resides** 126:22
**resort** 116:17
**respectfully**
  116:20 117:2
**rest** 30:18
**restate** 47:7
**result** 14:16
**results** 3:22,24
  4:14 21:11,16,22
  34:1 86:5 88:14
  88:22 93:11,13
  93:22,23 102:13
  102:25 107:3,7
  108:10,25 127:5
  132:18 138:20
**return** 110:5
**review** 11:22
  17:1,22,22 22:21
  26:8 30:22,25
  150:16 151:6,14
  157:8 159:18
**reviewed** 17:25
  18:17,21 19:23
  22:21 35:20

119:10
**riddled** 129:4
**right** 6:14,20
  11:22 19:11,15
  19:20 29:12
  36:11 40:25 48:6
  49:15 56:16 59:2
  60:24 62:9 63:21
  65:9 67:11,12
  74:4,4,5 76:14
  92:22 94:6,24
  96:3,21 97:1,10
  98:9,13,18,25
  100:25 101:11,23
  102:9,18 105:6
  108:5,22 110:1,8
  111:1,13,16
  118:23 119:18,21
  119:24 120:6,18
  123:11,13 124:12
  127:4,25 132:10
  132:12,13 138:11
  142:18 143:10
  144:15 145:6
**risk** 25:4,4 33:17
  141:3 142:5
  145:20,23
**river** 34:20 65:16
**rl** 132:21
**robust** 85:18 86:1
  149:1,9
**robustness** 149:6
**rocha** 2:5 3:4
  5:23 6:4,14,22
  7:4,16,21 8:15,19
  16:23 18:3,7,15
  19:1,6,9 20:15,22
  22:3,9,18 23:24

28:19 29:3 31:17
36:5,9 37:5,10,25
42:25 54:10 55:7
66:15,22 69:11
69:14,24 70:8
71:6,8 72:21
73:11 75:3 80:21
81:1 90:12,16
91:1 92:23 93:1,9
94:14,19 102:11
102:16,20,23
105:11,14 106:15
106:21 107:1,6
107:12,20,25
108:8,15 118:5
118:13 121:11,18
122:12 130:18,22
130:25 131:8,11
131:16,21 136:1
136:9,11 137:2
137:16 139:23
140:3,5,10,12
143:12 144:2,6
144:10,12 145:5
146:15,18 147:4
147:8,15 149:24
150:3,24 152:11
152:22 159:6,8
**rocket** 49:7
**roots** 86:20
**rosco** 10:18 11:10
62:16
**rose** 98:1
**rosette** 97:24
**rosettes** 97:15
**rough** 153:1
**roughly** 92:4,15
96:19 98:2,8

120:3
**rouhani** 34:2,15
42:12,20
**rouhani's** 43:19
**routinely** 51:11
**rpr** 1:24 156:17
158:23 159:24
**rrocha** 2:5
**run** 33:13 42:2,20
50:15 64:8
**running** 46:4
61:21
**runs** 56:6
**rush** 88:19
**rust** 32:1

## s

**s** 10:18,18
**safe** 35:11 45:13
66:2,5 67:18
**safely** 16:14
**safest** 64:4,5
**safety** 33:6 34:25
38:18 52:10
58:24
**sake** 77:25
106:15
**sample** 3:25 11:4
20:17 21:1,4,11
26:5 33:7 35:7,20
35:23 38:17,19
39:4 44:7,9,13,15
44:16 45:6,16
46:2,22 47:9,17
48:20 49:5 50:2
50:17 51:8 52:22
53:6 54:3,20
55:12,12,14,15

58:10 60:7,19
62:10,19 64:1,2
65:9,12,15 67:2,5
67:10,24 68:1,3,4
68:13 69:17
71:15 72:23 73:6
74:17,22,23 76:5
76:11 77:9 78:9
84:23 85:12
86:21 87:14
93:23 96:4
100:10 103:7,7,9
103:10 105:4,5
107:18 115:13,15
115:20,21 118:21
119:8 121:12,19
122:14,23,23
123:2,4,8 127:22
128:6 132:4
133:11 141:7
145:11,19
**sampled** 33:12
48:17 67:15
68:25 69:16,21
74:20 76:2,19,20
119:24 120:1,4
138:7
**samples** 4:15
21:7 24:14 26:15
26:17,21 27:1,4
27:12,13,16,19
28:10,13 29:18
29:19 30:15
32:20 33:25 34:5
34:11,18,19 35:6
35:17 37:22
38:12 39:7,10
40:13 42:13,16

42:20 43:4,5,23
44:9,25 46:3,16
47:24 48:5,7,8,13
48:18 49:16
50:11 54:4,18
55:6,11,19 56:20
58:18,18,21
59:23 62:22,24
63:2,2,5,6 65:4
65:19 66:8 67:21
68:23 70:24,25
71:15,16,16 72:7
72:14 73:17 74:9
76:2,15 77:1,3,21
78:1,7 83:15,19
84:5,19 85:3,7
86:15 89:10
93:11 97:21 98:5
98:5 99:9 100:6,8
100:16 101:23
102:6,7,8 103:20
103:24 104:1,7
104:10,15,22
107:16 113:19
119:16,17,21,21
120:16 122:7,22
123:5 126:24
127:12,18,22,23
129:4,11,25
133:7,8,16 134:6
135:9,14 138:16
138:17 140:23
141:23 142:23
144:25 145:7,8
145:10 146:1,4
148:7,25 149:20
150:1,7,9,22
151:2

**sampling**  4:10
  16:2,11 29:25
  32:16,23,25 33:2
  33:9,12,14 34:4
  34:11 35:3,10,13
  35:15,16,18,21
  35:23 36:12,17
  38:2,7,13,14 39:2
  39:5,20,22,25
  40:14,15,24
  41:16 44:6,8,22
  44:23 45:2,8
  46:14,15 47:17
  48:14 49:21 50:9
  50:13,21,22 52:5
  53:3,6 59:14
  61:12,13 62:15
  62:24 66:7 70:12
  70:13,15,19,23
  71:17 73:22 74:3
  75:9,10,15,15,20
  76:16 78:5 82:25
  83:23 84:3,11
  88:14 93:23 94:4
  98:2 100:7
  102:25 103:1
  107:7,15 108:9
  108:17 118:15
  119:23 120:22,25
  122:19 123:16,16
  123:17,18,24
  126:14 127:5,15
  128:6,8,22
  129:11 130:5
  131:2,3 134:10
  134:24 136:12,14
  136:15 137:24
  138:3,5,5,7,19,19

138:24 139:1,2
  139:19,25 140:7
  140:14 141:12
  144:13,14 147:17
  148:4,11,22
  149:5,13,20
  151:17
**satisfy**  135:24
**saw**  19:22 133:17
**sayeth**  154:6
**saying**  99:18
  105:12 126:24
**says**  30:24 44:7
  62:9 97:17
  101:17,18 105:6
  105:20 108:7
  109:8,12,16,21
  110:2 138:4
  140:21 141:15,17
  144:5,5 147:17
  153:1
**scale**  118:4
**schedule**  73:23
**science**  49:7 83:5
  85:17 87:7
**scientific**  28:2
  43:21 126:7
  147:11
**scientifically**  40:1
  40:8
**scientist**  49:19
**scope**  13:5
**scott**  11:5,7
**screen**  6:17,23
  7:13,18 17:8
  31:24 36:14
  37:14 73:10 79:1
  108:7,19 131:25

146:13 147:3
**screwed**  30:6
**scroll**  31:25
  36:23 41:10
  46:23 47:2 76:23
  77:10 79:5
  101:25 108:16
**scrolling**  8:13
  19:12
**sctls**  105:25
**seal**  156:13
**search**  139:22
**searching**  135:2
**second**  7:5 8:9
  20:18 22:3 36:16
  41:14 61:7 69:8
  74:5 77:2 80:9
  102:3 106:16
  108:21 115:10
  117:13 122:9
  130:24 132:6
  134:1 147:12
  150:12 151:12
**secondaries**
  65:23 67:17
**secondarily**
  114:13
**secondary**  58:22
  65:21 66:3 67:25
**section**  18:25
  36:24 41:7,14
  47:14,20 51:21
  73:15,25 75:5
  78:18 94:12
  96:13 102:12
  117:11 146:8
**sections**  23:17
  24:1

**secure**  35:11
  45:13 64:5 66:2,5
  67:19 68:15
**security**  35:3,25
  38:18 52:10
  58:25
**see**  7:14,16 8:17
  10:18 14:20
  15:12 19:25 21:6
  22:14 27:13
  31:22 36:23
  39:13 41:3 44:6
  44:12 45:22 46:1
  47:15 49:9 51:19
  51:20 56:11,25
  57:5,14,21 58:23
  60:23 61:25
  63:13,25 64:3
  71:9,17 72:6 74:1
  74:9,10,16,18,22
  74:23 76:13,25
  77:4 80:7,16
  81:12 82:5 84:16
  87:9 88:8,23 92:2
  96:5,5,18,22 98:8
  100:19 101:4,6
  102:1 105:6,11
  106:8 108:25
  110:6,9,9,24
  111:7 112:4
  119:4 121:4,6,8
  126:2 128:14,20
  131:1,24 132:5,7
  133:13 137:18
  139:21 140:13
  146:12 148:9
  150:11 151:4
  152:8,13

**seeing** 6:12 7:15
  49:11 111:23
  129:18
**seeking** 17:20
**seen** 46:8 75:13
  96:12
**segregate** 34:22
**segregated** 67:16
**select** 32:25 33:12
  46:3 50:17 53:11
  58:7,7 61:15,17
  62:11 63:2,9
**selected** 33:2
  35:16 36:18
  41:17 45:10
  46:15,22 47:10
  48:17 63:8 66:6
  89:10 94:3 96:10
  103:19 138:6,7
**selecting** 39:7
  45:15 62:3
**selection** 50:2
  52:5,23 53:7 54:3
  134:9
**selenium** 116:1
**self** 61:23 149:9
**send** 59:8 60:12
  158:16
**sense** 45:6 49:16
  56:21 61:14 83:3
  85:10 89:7
  115:22 116:17
  121:10 125:23
**sensitive** 113:5
**sensitivity** 132:20
  132:22 133:4
**sent** 31:15,15
  159:15

**sentence** 44:7
  46:12 117:13
**separable** 24:7,10
**separate** 24:21
  119:3 126:8,9
**separated** 34:12
**september** 1:20
  5:3 156:14
**sequencing** 73:23
  74:9
**sequential** 40:1,2
**sequester** 92:17
**serves** 34:6
**serving** 81:23
**session** 62:14
**set** 12:2 35:7
  52:17 53:18
  62:14 64:12
  65:18,22,23
  138:13,15 145:6
  150:9 151:1
**sets** 113:7
**setting** 61:7 63:21
**settle** 13:25 14:14
  90:21,24 92:12
  124:20
**settling** 89:14
**seven** 18:25
**severe** 147:23
  148:17
**shahrokh** 34:2
  42:10,12 64:19
  65:1 88:15
**shake** 86:19
**shallow** 140:22
  141:4
**share** 55:5

**shared** 6:16
**sheet** 3:6 113:1
  154:4 155:1
**shift** 36:1
**short** 122:17
**shot** 111:21
**show** 36:8 41:1
  112:3 114:18
  131:6 136:20
  143:20 147:3
  150:4
**showed** 151:24
**shows** 102:25
**side** 7:25 35:8
  86:20
**sign** 158:10,14
  159:11,16
**signature** 3:5
  153:5 156:17
  157:21 159:19
**signed** 158:16
**significant** 23:19
  34:15 47:23
  102:25 110:15
  111:11 113:18
  124:23 125:18
**significantly**
  56:14 113:15
  117:18
**signing** 158:12,18
  158:19 159:15
**similar** 37:23
  42:16 53:25 54:4
  55:23 106:12
  118:16 120:9,15
  122:20 123:1
**similarity** 36:18
  97:9,12

**simplify** 25:21
**simply** 71:14
  112:18 115:2
**simultaneously**
  97:4 98:24 99:5
**sincerely** 158:21
  159:22
**single** 75:15
**sir** 105:8
**site** 15:6 17:22
  22:20,22,23 23:1
  23:9,13,14,16,17
  23:22 24:1 25:8,8
  25:12 26:22,25
  28:9 29:25 32:16
  38:23 42:13,20
  44:13 61:16,18
  73:17 74:21
  79:15,24 80:17
  81:22 88:2 89:3
  94:3 95:11 99:10
  101:23 102:9
  105:24 106:2
  110:18 111:11
  112:7 113:16
  114:3,3,4 119:12
  121:25 124:2
  126:4,8,10
  138:22 141:6
  143:3 151:16,19
  151:24,25 152:6
  152:9
**sites** 4:13 44:9
  81:16 112:12
  124:1 147:2,6
**sitting** 39:16 55:9
  139:11

situation   24:12
   25:21
situations   24:7,10
size   60:7 85:15
skip   103:18
skipped   51:22
slide   57:20
   132:12
slightly   109:5,9
slrc   17:23 28:5,10
   78:22 79:23
   80:10 95:4 99:10
   113:15,16 123:19
small   92:5
smith   2:13
snapshot   102:24
   147:18 148:5,12
snapshots   147:21
   147:24 148:3,15
   148:18,21
snowing   14:1,2
sod   86:7,7,16,22
software   22:14
   33:20 38:16 39:6
   39:22 42:6 45:8
   45:10 54:1 61:12
   61:20 65:4
soil   3:22,24 4:4,7
   4:8,9,10 14:4
   15:3,15 24:16
   26:3,15,17,21,25
   27:4,13,15 28:9
   28:12 29:20,23
   30:15 32:16,21
   35:17 38:2 40:15
   42:13,20 43:4
   44:23 45:15
   46:22 47:9 48:2

53:3,11 54:3,4
58:17 62:23 63:2
68:4 70:12 72:24
78:14,19 80:3
81:20 82:9,10,13
82:15,17,17,18
82:21,23 83:1,4,5
83:8,18 84:9,10
84:12,14,24 85:7
85:17,19,23
86:20 87:2,8,11
87:23 88:2 89:10
92:13,17 93:11
100:6,8,10,13
101:18 102:5,5
102:13,18,25
103:17 104:24
105:10,21,24
107:3,7,15,21
108:13 110:11,12
111:16,24 113:3
113:14,19,22,24
114:5 115:3,14
115:16 117:14,19
118:15 123:17
124:2,25 125:15
125:20 126:1
128:9,11 131:2
136:5,7 137:14
139:25 140:7,13
140:23 141:11
142:10,24 144:14
145:18,23 150:19
soils   14:13 35:19
47:12,13 51:25
67:20 80:3,6,16
84:1,3 85:9 86:4
88:25 89:5,22

100:14 104:11
110:19 113:9
115:11 117:6,7
127:16 140:23,24
141:12,13
solder   111:20
solemnly   5:17
solutions   158:1
   159:1
solvent   8:5,8
sooner   56:13
sops   126:21
sorry   9:23 15:17
   19:12 20:1 24:23
   31:5 32:8 33:18
   38:13 47:6 49:18
   50:25 51:20
   52:25 54:8 57:12
   57:18,24 61:13
   61:19 63:17
   66:12,20 71:16
   72:1 73:25 79:1
   80:25 85:3 93:21
   94:1,16 100:9
   102:3 105:3
   108:19 114:9
   117:11 120:10
   130:2,14 132:6
   136:22 143:19
   146:6
sort   29:11 35:7
   56:12 62:21 64:2
   85:16 90:18
   104:25 105:1
   119:4,13
sound   19:11 97:1
   108:5

sounds   19:15,16
   62:17
source   14:7 24:5
   26:25 92:19
   99:10,10 145:21
sources   23:12,21
   26:23 32:2,14
   44:10 111:16,23
south   57:13,19,22
   58:6 74:12 94:22
   97:19 98:6,19,22
   99:12 101:12
   106:3 118:22
   158:2 159:2
southeast   98:11
   98:18
southerly   80:11
spatial   56:2 76:5
   76:8,16 99:23
   100:1 105:25
   110:23 119:10
   122:8
spatially   36:17
   41:16 49:16
   65:24
speak   15:21 22:2
   76:18
speaking   60:24
speaks   144:4
special   129:24
specific   16:22
   17:6 48:20 56:3
   85:12 100:16
   121:17 123:5
   141:6 143:14
   144:21
specifically   98:18

specifying   135:14
spelled   79:10
spent   9:21 99:21
   124:18
spikes   133:5
   134:1
spill   26:2
spodosols   83:24
spoke   70:11
spread   76:13
squabble   77:17
srlc   121:24
ss   154:10 156:3
stable   79:17 81:7
   81:10 148:24
stacked   121:7
staff   44:8
stand   71:24 72:2
   72:4 130:15
standard   23:15
   23:25 33:3 39:12
   49:5 51:5 54:22
   55:2 60:4,7
   126:19 141:11
   143:14,24 144:18
stands   71:25
   127:3
stantec   37:21
   67:20
start   34:10 47:16
   53:17 62:18 85:4
   87:6,6 103:21
   105:6,9 145:14
started   34:17
   81:17 87:16
starting   65:15
   143:1 145:10

starts   33:23 77:7
   87:17 145:15
state   1:24 23:9
   78:19 110:14
   154:10,18 155:21
   156:3,9,18
statement   36:16
   54:24 139:18
   148:2,20
statements   46:21
states   1:1 5:6
   13:10 33:22
stations   76:5
statistical   38:11
   42:6 43:4,9,17
   50:21 51:2,7
   53:25 54:16 60:9
   65:5 88:5,13
   95:25 96:2
   127:13 136:15
   138:3,5 149:19
statistically   33:25
   34:12,14 42:16
   43:18
statistician   34:4
statistics   34:1
   39:8 43:19,23
   88:8,9,11,15
status   19:19
stay   89:21 113:17
stenographic
   157:11
stenographically
   157:6
step   17:22 33:13
   58:10,12,15,19
   61:7 138:15

stephen   1:22 3:3
   5:4 154:1,7 155:2
   155:25 156:10
   157:7 158:5,9,10
   159:10
steps   94:7
steven   152:13
stop   64:16 108:22
stopping   69:9
straight   99:6
straightforward
   87:1
strata   84:20 88:4
   141:24 145:4
   146:5
stratigraphic
   142:10,20
stratigraphy
   143:4
stream   125:24
strike   67:23 89:8
   93:21 94:9
   143:23
structured   92:4
students   40:4
studies   20:8 49:6
   53:23 86:18
study   15:8 23:17
   24:20,21 25:5
   33:3 34:10 35:8
   39:11 49:17 51:3
   52:7,19 53:9,17
   53:22,24 54:19
   55:17 56:8,9,16
   56:24 57:3,7,8,10
   57:16 59:20 61:9
   62:5 72:14 75:21
   101:19 135:15

studying   24:13
   91:6
stuff   39:12 65:17
   131:7 133:9
subclassified
   38:21
subcontractors
   129:7
subgroup   118:20
subgroups   93:24
   94:1
subject   155:23
submitted   10:10
   16:17
submitting   12:23
subscribed
   154:13
subselected   35:22
subset   107:16
substance   90:20
   155:24
subsurface   47:13
   82:20 103:7,16
   103:25 104:1
   105:2 114:20
   115:9,20 117:7
   117:14 140:23
   141:4 142:23
   145:7,11,13,15
   146:1,21
sufficiency   99:22
sufficient   34:13
   52:25 55:20
   135:9
sufficiently   34:12
   148:24 149:1,9
suggested   38:12
   65:12

**suitable** 58:24
  62:23 64:3 75:19
**suite** 2:4,9,14
  158:1,7 159:1,7
**sum** 30:11
**summarize** 79:11
  92:10
**summarized**
  41:13
**summary** 3:25
  107:18
**superimpose**
  101:5 119:4
**supervision**
  157:13
**support** 94:11
  95:7
**suppose** 78:18
**sure** 7:7 16:12
  22:23 31:16
  35:10 39:19 40:7
  48:20 54:23
  60:25 65:1,24
  67:18 73:10,11
  84:18,20 85:11
  85:14 87:10
  90:12 92:25 93:2
  103:16 140:10
  141:23 148:7
**surface** 14:4
  32:21 47:12
  51:25 80:3,6,8,16
  82:9,11,13,20
  83:8 84:7 85:21
  85:22 87:15,20
  88:24 89:5,6
  100:14 101:18
  102:4,5 103:7,25

104:11,14 105:2
105:10,21,24
114:20,23,24
115:1,7,11 117:3
117:6,7,14,15,19
140:22,23,24,25
141:6,13,13,18
142:3,19,24
143:1 145:7,10
145:12,19,25
148:25
**surfaces** 92:13
  115:7
**surficial** 24:6
  115:5 142:20
**surrogate** 91:24
**surrogates** 133:2
  133:10
**survey** 4:3 13:10
  107:21,23 108:1
**suspended** 89:21
  89:24
**swear** 5:16,17
**switch** 69:5
**switched** 61:21
  138:25
**sworn** 154:13
  156:12
**systematic** 40:1

**t**

**t** 10:18
**table** 21:6 36:11
  74:8,18 75:2
  76:25 77:2,7 90:8
  90:11 91:11,12
  91:22 92:2,4,8

**tables** 91:6 92:1
  111:22 120:10,10
**take** 7:5 9:18
  10:5 14:5 22:3
  34:8 35:5 46:23
  47:1 58:12 59:22
  62:12 69:25
  73:10 76:8,12
  77:11 84:19 85:2
  87:16,21 92:24
  96:14 110:24
  121:21 124:1
  152:12,25
**taken** 1:23 5:4
  7:9 18:11 21:4
  26:21 27:1 28:24
  70:4 93:5 115:14
  115:15 118:9
  121:12,20 123:8
  142:23 147:24
  148:7,18 152:16
  154:2 155:3
  158:9 159:10
**talk** 47:18 49:18
  59:12 70:21
  88:20 143:20
**talked** 54:2
  127:11 135:23
  138:13
**talking** 11:17
  47:12 56:9 57:24
  63:1 69:3 94:1
  98:20 99:22
  104:3 111:14
  118:14 121:16
  124:19 138:23
**talks** 52:6 132:13
  146:4

**tampa** 2:9 158:7
**tangelo** 55:22
**target** 67:8
  110:12
**targeted** 136:14
  138:25
**tasks** 11:14
**tce** 3:22 102:12
  102:13
**team** 16:3,3,10
  30:16 33:4,6,9
  35:1,21 40:4
  44:22 45:12
  53:20 66:8 68:12
  76:14 84:18
  85:10
**technical** 46:13
  46:20 61:2
**technically** 77:18
**technician** 86:17
**tell** 8:2 48:16
  51:16 56:22
  59:22 76:3 80:13
  92:5 97:15 99:8
  103:8,14 114:6
  121:13,20 122:7
  123:3 124:9,11
  125:6 129:2,3
**telling** 116:25
  132:23 133:19
**tells** 65:4 105:10
  114:2
**temporal** 76:17
  122:9 123:4
**ten** 9:10 68:7
  92:25
**tend** 89:20 91:18

tended 83:4
tendency 95:14
  95:24 96:1 111:8
term 13:11,13
  147:21 148:15
terms 58:21,21
  132:2
test 28:3 75:1
  103:23,24 115:5
  115:10
tested 126:7
testified 9:5
  38:11
testimony 5:18
  9:11 38:9,15 91:2
  122:13
testing 28:7 42:17
  135:1
tests 84:21 85:18
tetrachloroethy...
  8:23 81:15
  150:14
thank 6:5,7 8:25
  19:8 21:10 29:8
  32:14 66:19
  69:24 80:12
  88:20 113:1
  152:22
thanks 59:11
thickness 86:22
thing 60:9 62:1
  72:20 80:8,9
  85:20 110:7,17
  114:24 126:9,12
  132:16,20 138:14
things 33:7 36:1
  61:14 94:25
  122:8 125:18

127:16
think 8:4 9:16
  12:18,20 14:6,23
  15:17 16:18
  17:13 18:19,25
  19:14 20:2 25:23
  29:13 30:5,9 32:2
  32:6,8 34:2,15
  39:24 40:4 41:8
  41:12 43:11
  45:21 46:1 48:24
  51:17 52:6,9
  53:12,16 54:24
  56:10,14 61:11
  61:19 62:6 64:10
  64:10 67:7 68:5,6
  69:1,24 71:4
  73:21 74:19
  75:12 76:10
  78:13 79:10,20
  85:3 91:12 99:16
  99:21 101:21
  102:2 104:3,17
  105:3 106:10,22
  111:1 119:19
  120:6 134:4
  135:2,10 138:23
  139:15 145:17
  146:5,7 148:21
  149:8,17
thinking 40:11
  47:16 50:11
  111:15
third 56:12
thought 17:4
  42:15 106:7
  116:11

thousands 43:11
  45:23 128:16
  129:15
three 34:9 58:13
  58:15 59:4 67:7
  79:13,14 82:5,9
  83:6 112:2 120:5
  133:12
time 5:2,15 9:18
  23:15 26:22 27:8
  28:18,20 31:1,3
  32:5 47:1 67:22
  68:1 69:3 76:2
  85:5 92:6,23
  94:18 97:18,19
  97:20,20 116:17
  116:18 118:5
  120:17 122:6,10
  122:11,17 124:24
  129:13 147:20
  148:14 152:7,23
  159:19
times 9:8 55:10
  58:13 59:4 67:7,8
  71:19 72:16 73:2
  74:11,17,21
  136:25 141:20
  149:18
title 51:17
titled 8:21 71:10
titles 19:21
today 10:6 17:9
  39:16 50:8 55:10
  124:10 135:23
  139:11 141:25
  152:23
todd 2:21

toggle 29:11
  66:15
told 6:21 43:6
  53:5 67:1 116:16
  116:21 128:2
  139:9
tool 43:19,20
tools 101:7
top 20:1 32:21,22
  34:21 41:15 46:7
  57:14 64:21 73:9
  80:3 83:21 87:19
  87:21 89:16 92:6
  101:5 115:14
  121:7 145:12
  151:14
topics 147:11
tops 65:17
torres 2:20
total 9:1 19:10
touching 43:22
tower 158:1
  159:1
townsend 2:18
tp3-7 103:21
tracking 91:23
  111:6
traction 126:2
transcript 3:10
  154:5 155:4,23
  157:8,12 158:11
  158:14,20 159:14
  159:16,17,18,20
transects 110:22
transferred 20:4
  20:4
transport 81:20
  97:22 113:25

**traurig** 2:8 158:6
**trend** 99:13,19,23
  100:1 101:6
  112:17 113:18
  119:5
**trending** 111:9
**trends** 110:24
**trichlorethylene**
  81:14
**trichloroethylene**
  8:22 101:18
  150:12 151:4
**trinity** 35:22
  37:23 67:20
  70:18
**trinity's** 73:24
**trip** 132:5,7
  133:16 134:23
**tripping** 39:24
**trivial** 42:3
**trouble** 31:23
  94:17 136:20
**true** 9:4 25:15,16
  43:7 64:21 154:5
  155:23 157:10
**truth** 5:19,19,20
**try** 10:6 15:21
  26:19 45:5 68:13
  97:21 124:16
  133:15
**trying** 16:8 17:10
  17:18,19 25:6
  32:12,13 46:10
  49:8,20 53:2
  55:21,23 60:23
  84:15 88:21 91:3
  99:7,13 113:14
  122:18 130:10

131:13 135:5
  145:21,22
**tune** 33:5
**tunes** 53:20
**tuning** 33:8
**turn** 46:9 105:12
  118:16
**turns** 33:4
**two** 10:19 11:6
  14:16 26:20
  55:20 58:12
  64:22 69:1,4,12
  69:15,19 77:9
  82:8,14 85:25
  87:24 103:20
  115:20 123:15
  135:21 136:13,16
  138:2 144:25
  145:15 150:4
  158:2 159:2
**type** 21:8 83:1
  84:24 147:22
  148:16
**types** 23:22 84:9
  84:10 85:7,20
  136:13 138:2

**u**

**u** 10:17
**ubiquitous** 87:7
  111:4
**uh** 32:22 44:5
  67:12 144:16
**undergirding**
  51:2
**underground**
  26:4

**understand**
  15:20,24 16:8
  17:10,19 20:3
  32:13 44:3,24
  49:8 51:10 53:2
  53:13 60:25
  72:12 75:5,8
  81:25 84:15 85:8
  85:17 88:21 91:3
  122:13 130:10
  134:5 149:5
**understandable**
  130:15
**understanding**
  16:19 17:2,18
  20:16 27:9,15,17
  31:6 42:19 43:2,3
  48:25 94:20
  101:10 113:6
**understood** 16:15
  31:18 81:12 84:8
**unfortunately**
  63:20
**uniform** 88:3
**unit** 29:2 70:3,7
  118:8,12 142:20
**united** 1:1 5:6
  13:10 33:21
**universal** 1:11
  32:7,9
**unpack** 55:8
**unquote** 44:13
**unsuitable** 58:17
**update** 66:14
**updated** 8:3
**uploaded** 27:10
**uploading** 26:19

**ups** 57:1 110:15
  111:8
**use** 25:7 34:21
  39:3,8 40:4 42:5
  43:19,20 53:24
  58:10 64:7,9
  82:13 88:5,8,9,11
  88:11,13 91:21
  91:21 101:7
  115:19 125:9,11
  129:23 137:22,23
**useful** 46:6 91:4
**uses** 129:6
**usgs** 4:3 13:10
  86:18 107:21,23
  108:1 111:5,15
  141:21 146:3,11
**utilize** 126:13
**utilized** 27:19
  28:12 29:24 48:3
  50:10,14

**v**

**v** 1:4,10,16 154:1
  155:2 158:8
  159:9
**valid** 34:1
**value** 132:24,25
**values** 120:25
**vantage** 72:12
**vapor** 91:10
  125:22,25,25
**variability** 76:17
  111:4,25 112:5,5
  122:6
**variable** 59:19
  61:8 97:21

varied  71:18
vary  122:11
vegetation  86:22
vegetative  86:16
  86:19
velocity  89:14
verify  32:12
  140:17
veritext  5:10
  22:14 158:1,14
  159:1
version  6:9 20:6
  29:9 137:4,17
versus  5:5 24:4
  75:15 76:20 80:6
  115:14
vertical  25:24
vervicia  1:8
video  1:21 5:2,3
  7:11 18:13 28:22
  29:1 70:2,6 93:7
  118:7,11 152:18
videographer
  2:18 5:1,10 6:15
  7:8,11 18:10,13
  28:22 29:1 70:2,6
  93:3,7 118:7,11
  152:14,18
view  66:17 149:5
virtual  33:14
  34:4,11 39:5,20
  39:22,25 40:24
  45:8 61:12 64:1
visual  11:7 61:12
  61:13 62:1
visuals  11:15
vitae  3:15 6:2

vocs  81:13,14,20
  81:21 82:2
  123:23 124:3
volatiles  89:4
  92:19 102:18
  132:18
vsp  40:22,22 41:2
  41:17,19,22 42:2
  45:15 49:3 50:15
  51:10,10 53:25
  54:1 56:6 57:11
  57:16 58:1,2,8,10
  59:7,9,13 64:8
  65:3 67:3,4,10
  129:13 135:4
  138:13 139:21

## w

wait  8:13
waive  159:15
waived  153:6
  158:19
want  7:2 17:6,7
  28:15,16 40:7
  43:24 44:1 47:2
  50:20,25 51:1
  56:2,3 59:6,18
  62:11 63:23
  73:13,14 88:18
  88:19 91:8 95:18
  104:25 125:8
  131:4 137:22
  139:16 142:11
  147:3
wanted  16:12
  45:22 54:23
  59:24 63:22
  66:23 70:12

71:15 83:15
  122:20
wants  149:21
water  58:16
  62:20
way  6:22 7:14
  25:22 29:11
  49:22 54:15
  56:12 63:15
  76:10,16 85:25
  86:10 98:11
  99:18 104:25
  113:10 116:7
  118:24 119:3
  135:8 137:3
  139:7,9,22
ways  29:14 101:8
  119:13,13
we've  28:20 36:3
  63:1 69:7 75:6
  118:14 133:3
  134:3,25 135:21
  135:23 144:23
  152:1
web  93:13
website  137:4,9
wednesday  1:20
weed  65:16
weeds  86:16
weeks  32:16
  122:5
weight  90:5,15,19
  90:22 91:4,19,21
  91:22 92:5,11
weights  90:9
  111:21
weinstein  2:10
  7:19 16:21 18:9

23:20 31:13
  42:21 69:7,13
  72:10 80:20,24
  90:25 92:25 93:2
  121:2,15,22
  135:19 139:14
  143:8 144:1,4,20
  149:16 152:12,20
  152:24 153:3
  158:5
weinsteing  2:10
went  58:3 63:24
  65:25 67:17
west  57:18,18
  80:10 94:24
  97:20 98:6
  101:12 106:3
  118:23
wet  13:18,23 14:1
  14:1,5,10,10 15:1
  15:24
whichever
  137:22
whittle  35:6
width  60:8
wind  95:11,12
  97:15,16,17,18
  97:20,22,24 98:1
  99:6
winnow  62:22
witness  3:2,5,7,9
  5:16,21 6:20 7:13
  7:17 8:12,17
  16:22 22:17
  23:21 28:15
  31:14 36:7,10
  37:19 42:22
  54:14 66:20

**[witness - zoom]** Page 198

72:11 73:13
80:25 90:14
94:16 121:4,16
121:23 131:9,14
135:20 137:13
139:15 143:9
144:8,21 149:17
152:11 156:1,10
156:13 157:7,12
159:14,17,19
**wondering**  54:9
90:9
**word**  86:23,24
**words**  13:5 16:5
39:24 63:5 68:2
99:16 104:13
120:24 123:7
**work**  6:12 9:15
11:12 14:25
30:23 31:8 52:11
59:16 63:10
115:12 128:13,18
131:12 132:9,9
**workers**  52:11
**working**  9:21
52:13 62:14
125:9 132:11
**write**  155:4
**writing**  12:21

**y**

**yeah**  6:25 12:24
15:20 16:7,12
20:14 21:8 32:22
39:19 50:16
55:13 57:15
66:18 68:9,22
71:4,22 72:24

73:17 76:10
77:13 83:21 85:6
90:14 92:15
95:23 96:22
102:2,5 107:10
112:14 114:2
116:8 117:11
120:8 128:24
131:11,14,24
142:15 144:10
151:11
**year**  27:1 30:16
107:16 124:12
**years**  27:16,18
87:18 123:19
124:14,17 125:12
**yunker**  96:15

**z**

**zero**  105:9 141:1
141:3,17,17
142:3,4,9,12,25
143:2,21 145:10
145:15
**zone**  123:16,17
142:7
**zoom**  6:23 130:16
156:12 157:7

FLORIDA RULES OF CIVIL PROCEDURE

Rule 1.310

(e) Witness Review. If the testimony is
transcribed, the transcript shall be furnished to
the witness for examination and shall be read to or
by the witness unless the examination and reading
are waived by the witness and by the parties. Any
changes in form or substance that the witness wants
to make shall be listed in writing by the officer
with a statement of the reasons given by the
witness for making the changes. The changes shall
be attached to the transcript. It shall then be
signed by the witness unless the parties waived the
signing or the witness is ill, cannot be found, or
refuses to sign. If the transcript is not signed by
the witness within a reasonable time after it is
furnished to the witness, the officer shall sign
the transcript and state on the transcript the
waiver, illness, absence of the witness, or refusal
to sign with any reasons given therefor. The
deposition may then be used as fully as though
signed unless the court holds that the reasons
given for the refusal to sign require rejection of

the deposition wholly or partly, on motion under

rule 1.330(d)(4).

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES

ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

2019.  PLEASE REFER TO THE APPLICABLE STATE RULES

OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.