# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

PHYLLIS GRAYSON; and
PHILLIP PENSON,

    Plaintiffs,

v.

LOCKHEED MARTIN
CORPORATION,

    Defendant.

Case No. 6:20-cv-1770

## NOTICE OF MATERIALS FILED IN SUPPORT OF LOCKHEED MARTIN'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF DR. SHAHROKH ROUHANI

Lockheed Martin files the following materials in support of its Response in Opposition to Plaintiffs' Motion to Exclude the Expert Report and Testimony of Shahrokh Rouhani:

1. Transcript of Hearing before Judge R. Dalton (Oct. 26, 2021).
2. Transcript of Discovery Hearing before Judge D. Irick (Sept. 20, 2022).
3. Expert Report of Shahrokh Rouhani, Ph.D., P.E.
4. Email disclosing Dr. Rouhani's Report Clarifications.
5. Rouhani Deposition Exhibit 14.
6. Expert Report of Stephen Emsbo-Mattingly, M.S.
7. Deposition Transcript of Stephen Emsbo-Mattingly (Sept. 21, 2022).
8. Pulsipher, et al., "Visual Sampling Plan (VSP): A Tool for Balancing Sampling Requirements Against Decision Error Risk"
9. Expert Report of Michael Ballenger, P.E.

10. Expert Report of Charles Cowan, Ph.D.

11. Deposition Transcript of Charles Cowan, Ph.D. (Aug. 24, 2022).

12. Cowan Deposition Exhibit 6.

13. Cowan Deposition Exhibit 9.

14. Cowan Deposition Exhibit 10.

15. Cowan Deposition Exhibit 11.

16. Cowan Deposition Exhibit 12.

17. Tyler VanderWeele & Maya Mathur, *Some Desirable Properties of the Bonferroni Correction: Is the Bonferroni Correction Really So Bad?*, in 188 American Journal of Epidemiology 617-618 (2018).

18. Deposition Transcript of Martin Wells, Ph.D. (Sept. 16, 2022).

Dated: November 1, 2022

Respectfully submitted,

/s/ Christopher Torres

| | |
|---|---|
| Francis A. Citera* | David B. Weinstein (FBN 604410) |
| citeraf@gtlaw.com | weinsteind@gtlaw.com |
| Gretchen N. Miller* | Christopher Torres (FBN 0716731) |
| millerg@gtlaw.com | torresch@gtlaw.com |
| **GREENBERG TRAURIG, LLP** | Ryan T. Hopper (FBN 0107347) |
| 77 West Wacker Dr., Ste. 3100 | hopperr@gtlaw.com |
| Chicago, Illinois 60601 | Raymond Jackson (FBN 1028350) |
| Telephone: (312) 456-6583 | jacksonra@gtlaw.com |
| Facsimile: (312) 899-0320 | Christopher R. White (FBN 1022219) |
| | whitech@gtlaw.com |
| *Specially admitted | **GREENBERG TRAURIG, P.A.** |
| | 101 E. Kennedy Blvd., Ste. 1900 |
| | Tampa, Florida 33602 |
| | Telephone: (813) 318-5700 |
| | Facsimile: (813) 318-5900 |

*Attorneys for Defendant Lockheed Martin Corporation*

## CERTIFICATE OF SERVICE

I certify that on November 1, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Christopher Torres
Attorney
