# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| PHYLLIS GRAYSON; and PHILLIP PENSON,<br><br>    Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION,<br><br>    Defendant. | Case No. 6:20-cv-1770 |

## NOTICE OF MATERIALS FILED IN SUPPORT OF LOCKHEED MARTIN'S RESPONSE IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE EXPERT REPORT AND TESTIMONY OF STEPHEN MATTINGLY

Lockheed Martin files the following materials in support of its Response in Opposition to Plaintiffs' Motion to Exclude the Expert Report and Testimony of Stephen Emsbo-Mattingly. (Doc. 202.)

1. Transcript of Hearing before Judge R. Dalton (Oct. 26, 2021).
2. Transcript of Discovery Hearing before Judge D. Irick (Sept. 20, 2022).
3. Expert Report of Stephen Emsbo-Mattingly, M.S.
4. Mattingly Report Attachment 1.
5. Mattingly Report Attachment 2.
6. Mattingly Report Attachment 3.
7. Mattingly Report Attachment 4.
8. Mattingly Report Attachment 5.
9. Mattingly Report Attachment 6.
10. Mattingly Report Attachment 7.
11. Mattingly Report Attachment 8a.

12. Mattingly Report Attachment 8b.

13. Mattingly Report Attachment 8c.

14. Mattingly Report Attachment 8d.

15. Mattingly Report Attachment 8e.

16. Mattingly Report Attachment 8f.

17. Mattingly Report Attachment 8g.

18. Mattingly Report Attachment 8h.

19. Mattingly Report Attachment 8i.

20. Mattingly Report Attachment 8j.

21. Mattingly Report Attachment 8k.

22. Mattingly Report Attachment 8l.

23. Mattingly Report Attachment 8m.

24. Mattingly Report Attachment 8n.

25. Mattingly Report Attachment 8o.

26. Mattingly Report Attachment 8p.

27. Mattingly Report Attachment 8q.

28. Mattingly Report Attachment 8r.

29. Mattingly Report Attachment 9.

30. Mattingly Report Attachment 10.

31. Mattingly Report Attachment 11.

32. Mattingly Report Attachment 12.

33. Deposition Transcript of Stephen Emsbo-Mattingly (Sept. 21, 2022).

34. Visual Sample Plan (VSP): A Tool for Balancing Sampling Requirement Against Decision Error Risk.

35. Mattingly Deposition Exhibit 23.

36. Deposition Transcript Excerpt of Derek Huston (November 16, 2022).

Dated: November 18, 2022

Respectfully submitted,

/s/ Christopher Torres

Francis A. Citera*
citeraf@gtlaw.com
Gretchen N. Miller*
millerg@gtlaw.com
**GREENBERG TRAURIG, LLP**
77 West Wacker Dr., Ste. 3100
Chicago, Illinois 60601
Telephone: (312) 456-6583
Facsimile: (312) 899-0320

*\*Specially admitted*

David B. Weinstein (FBN 604410)
weinsteind@gtlaw.com
Christopher Torres (FBN 0716731)
torresch@gtlaw.com
Ryan T. Hopper (FBN 0107347)
hopperr@gtlaw.com
Raymond Jackson (FBN 1028350)
jacksonra@gtlaw.com
Christopher R. White (FBN 1022219)
whitech@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, Florida 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

*Attorneys for Defendant Lockheed Martin Corporation*

## CERTIFICATE OF SERVICE

I certify that on November 18, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

/s/ Christopher Torres
Attorney

ACTIVE 683394078