**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

---

PHYLISS GRAYSON and PHILLIP PENSON,

    Plaintiffs,

v.                                         Case No. 6:20-cv-1770-RBD-DCI

LOCKHEED MARTIN CORPORATION,

    Defendant.

| **UNITED STATES MAGISTRATE JUDGE:** | Daniel C. Irick | **COURTROOM:** | 5C |
|---|---|---|---|
| **DEPUTY CLERK:** | Tiffany Palmer | **COUNSEL FOR PLAINTIFF:** | Mike Morgan |
| **AUDIO RECORDING:** | Digital Orlando_Digital_Transcripts@flmd.uscourts.gov | **COUNSEL FOR DEFENDANT:** | David Weinstein<br>Christopher Torres<br>Ryan Hopper<br>Raymond D. Jackson<br>Joel Nagler |
| **DATE/TIME:** | November 22, 2022<br>11:05 A.M. – 12:15 P.M. | | |
| **TOTAL TIME:** | 1 hour, 10 minutes | | |

**CLERK'S MINUTES**
**Motion Hearing (docs. 230 and 233)**

Case called; appearances taken; procedural setting by the Court.

Motion For Extension of Time to Complete Discovery as to the December 1, 2022 Expert Disclosure Deadline (doc. 233) addressed. Motion will be granted in part. Order to enter.

Motion for Protective Order Against Unilaterally Noticed Rule 30(b)(6) and Fact Witness Deposition (doc. 230) addressed. Order to enter.

Court adjourned.