UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| PHYLLIS GRAYSON; and PHILLIP PENSON; individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LOCKHEED MARTIN CORPORATION<br><br>Defendant. | Case No.: 6:20-cv-01770 |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY**

Pursuant to Local Rule 3.01(c) and (d), as well as this Court's inherent authority, Plaintiff moves for an Order granting Plaintiff leave to file, no later than November 30, 2022, a Reply of no more than seven (7) pages to Defendant's Response in Opposition to Plaintiffs' Motion for Class Certification.

### A. PROCEDURAL AND FACTUAL BACKGROUND

On September 28, 2020, Plaintiffs filed their initial Complaint (Dkt. 1), asserting claims that stemmed from Defendant's environmental contamination of residential areas surrounding its manufacturing facility in Orlando, Florida. On February 21, 2022, Plaintiffs filed a Fourth Amended Complaint (Dkt. 124-1) asserting claims for Strict Liability for Ultrahazardous Activity, Strict Liability pursuant to Fla. Stat. § 376.313, Public Nuisance, Private Nuisance, Negligence and Medical Monitoring.

On October 28, 2022, Plaintiffs filed their Motion for Class Certification and Legal Memorandum in Support Thereof. Plaintiffs asserted that the requirements of

Fed. R. Civ. P. 23 (a), (b)(2), (b)(3) and (c)(4) were satisfied, that the proposed class was sufficiently defined and that class certification was proper. On November 18, 2022, Defendant filed its Response in Opposition to Plaintiff's Motion to Certify a Class, raising numerous challenges to certification. *See* Dkt 246.

Now, Plaintiff moves for leave to file a Reply to Defendant's Response in Opposition. The requested Reply will address the additional factual and legal issues raised by Defendant and assist this Court in resolving the underlying Motion for Class Certification.

**B. MEMORANDUM OF LEGAL AUTHORITY IN SUPPORT OF REQUEST**

The Local Rules provide that "[n]o party shall file any reply or further memorandum directed to [a] motion for response…unless the Court grants leave." M.D. Fla. R. 3.01(c). As Courts throughout the District have held, "the purpose of a reply brief is to rebut any new law or facts contained in the opposition's response to a request for relief before the Court." *Tardif v. People for the Ethical Treatment of Animals*, No. 2:09-cv-537-FtM-292SPC, 2011 WL 2729145, *2 (M.D. Fla. July 13, 2011).

While the parties may ask for leave to file a reply, they must show good cause. *McDonald v. United States*, No. 3:13-cv-168-J-37MCR, 2013 WL 3901871, *1 n.3 (M.D. Fla. July 29, 2013). The Court will not grant leave to file a reply brief unless the reply will benefit the Court's resolution of the pending motion. *Schumann v. Collier Anesthesia, P.A.*, No. 2:12-cv-347-FtM-29CM, 2014 WL 1230644, *4 n.3 (M.D. Fla. Mar. 25, 2014). Courts within the District have permitted the filing of a Reply in the context of

2

resolving a pending motion for class certification. *See Easterwood v. Sedgwick Claims Mgmt. Servs. Inc.*, No. 619CV700ORL78LRH, 2019 WL 12471699, at *2 (M.D. Fla. Dec. 20, 2019).

Here, Defendant's Response in Opposition includes in-depth discussion of new factual and legal arguments beyond those cited in Plaintiff's Motion for Class Certification. Also, Defendant's Response in Opposition mischaracterizes arguments and evidence presented by Plaintiff in support of its Motion for Class Certification. Plaintiff should have an opportunity to clarify such issues. The proposed Reply would benefit the Court's review of the pending Motion and accordingly, good cause exists to provide Plaintiffs with the requested relief.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant Defendant leave to file a reply brief not to exceed seven (7) pages in length, to be filed with the Court no later than November 30, 2022 after the granting of this Motion.

Respectfully submitted,

Date: November 23, 2022

/s/ T. Michael Morgan
T. Michael Morgan
FL Bar No. 62229
MORGAN & MORGAN, P.A.
20 N Orange Ave., Suite 1600
Orlando, FL 32801
mmorgan@ForThePeople.com
P: (407) 418-2031
F: (407) 245-3384

Frank M. Petosa
FL Bar No. 972754
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
8151 Peters Road, 4th Floor

Plantation, FL 33324
fpetosa@ForThePeople.com
P: (954) 327-5366
F: (954) 327-3018

Rene F. Rocha\*
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
400 Poydras St., Suite 1515
New Orleans, LA 70130
rrocha@ForThePeople.com
P: (954) 318-0268
F: (954) 327-3018

Michael F. Ram\*
mram@forthepeople.com
Marie N. Appel\*
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

*\*Pro Hac Vice*
*Attorneys for the Plaintiffs*

## LOCAL RULE 3.01(g) CERTIFICATION

    Pursuant to Local Rule 3.01(g), counsel has conferred with counsel for Defendant regarding the relief requested in this Motion. Counsel for the Defendant does not object to the relief sought herein.

Date: November 23, 2022   /s/ T. Michael Morgan
T. Michael Morgan
FL Bar No. 62229
MORGAN & MORGAN
20 N Orange Ave., Suite 1600
Orlando, FL 32801
mmorgan@ForThePeople.com

P: (407) 418-2031
F: (407) 245-3384
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
Counsel For Plaintiffs

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on November 23, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

                                        */s/ T. Michael Morgan*
                                        T. Michael Morgan
                                        FL Bar No. 62229