# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| PHYLLIS GRAYSON; and PHILLIP PENSON; individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>v.<br><br>LOCKHEED MARTIN CORPORATION<br><br>Defendant. | Case No.: 6:20-cv-01770-RBD-DCI |

## STIPULATION TO DISMISS ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiffs Phyllis Grayson and Phillip Penson individually and on behalf of all other similarly situated and Defendant Lockheed Martin Corporation, by and through their undersigned counsel, hereby stipulate that all claims brought by Plaintiffs against Defendant are hereby dismissed with prejudice, each party to bear its own fees and costs.

Date: December 5, 2022

| **Morgan & Morgan, P.A.** | **Greenberg Traurig, P.A.** |
|---|---|
| /s/ T. Michael Morgan<br>T. Michael Morgan<br>FL Bar No. 62229<br>MORGAN & MORGAN, P.A.<br>20 N Orange Ave., Suite 1600<br>Orlando, FL 32801<br>mmorgan@ForThePeople.com<br>Telephone: (407) 418-2031<br>Facsimile: (407) 245-3384 | /s/ David B. Weinstein<br>David B. Weinstein (FBN 604410)<br>weinsteind@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Ste. 1900<br>Tampa, Florida 33602<br>Telephone: (813) 318-5700<br>Facsimile: (813) 318-5900 |

| | |
|---|---|
| Frank M. Petosa<br>FL Bar No. 972754<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>8151 Peters Road, 4th Floor<br>Plantation, FL 33324<br>fpetosa@ForThePeople.com<br>Telephone: (954) 327-5366<br>Facsimile: (954) 327-3018 | Christopher Torres (FBN 0716731)<br>torresch@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Ste. 1900<br>Tampa, Florida 33602<br>Telephone: (813) 318-5700<br>Facsimile: (813) 318-5900 |
| Rene F. Rocha*<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>400 Poydras St., Suite 1515<br>New Orleans, LA 70130<br>rrocha@ForThePeople.com<br>Telephone: (954) 318-0268<br>Facsimile: (954) 327-3018 | Ryan T. Hopper (FBN 0107347)<br>hopperr@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Ste. 1900<br>Tampa, Florida 33602<br>Telephone: (813) 318-5700<br>Facsimile: (813) 318-5900 |
| Michael F. Ram*<br>mram@forthepeople.com<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6923 | Raymond D. Jackson (FBN 1028350)<br>jacksonra@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Ste. 1900<br>Tampa, Florida 33602<br>Telephone: (813) 318-5700<br>Facsimile: (813) 318-5900 |
| Marie N. Appel*<br>mappel@forthepeople.com<br>MORGAN & MORGAN<br>COMPLEX LITIGATION GROUP<br>711 Van Ness Avenue, Suite 500<br>San Francisco, CA 94102<br>Telephone: (415) 358-6913<br>Facsimile: (415) 358-6923 | Brian C. Porter (FBN 0120282)<br>brian.porter@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Ste. 1900<br>Tampa, Florida 33602<br>Telephone: (813) 318-5700<br>Facsimile: (813) 318-5900 |
| *Pro Hac Vice<br>*Attorneys for the Plaintiffs* | Christopher R. White (FBN 1022219)<br>whitech@gtlaw.com<br>GREENBERG TRAURIG, P.A.<br>101 E. Kennedy Blvd., Ste. 1900<br>Tampa, Florida 33602<br>Telephone: (813) 318-5700<br>Facsimile: (813) 318-5900 |

        Francis A. Citera*
citeraf@gtlaw.com
Gretchen N. Miller*
millerg@gtlaw.com
GREENBERG TRAURIG, LLP
77 West Wacker Dr., Ste. 3100
Chicago, Illinois 60601
Telephone: (312) 456-6583
Facsimile: (312) 899-0320

*Pro Hac Vice
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 5, 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using CM/ECF. Copies of the foregoing document will be served upon interested counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

        */s/ T. Michael Morgan*
T. Michael Morgan
FL Bar No. 62229